IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, CASE M. TIERNEY, by and through his next best friend, J. ROBERT TIERNEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>SHERIDAN SWIM CLUB, INC., an Illinois corporation, ANDREW C. SCHNACK, III, in his individual capacity, DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ, Members of the Sheridan Swim Club, Inc., Board in their individual and official capacities, BARNEY BIER, Member of the Sheridan Board in his individual and official capacity, and in his individual capacity as the Adams' County State's Attorney, JON BARNARD, in his individual capacity as an Adams' County Assistant State's Attorney, DENNIS GORMAN, Attorney for the Quincy School District #172, a political subdivision of the State of Illinois, in his individual and official capacities,<br><br>Defendants. | No. 04-3138 |

## MOTION FOR ENLARGEMENT OF TIME

NOW COMES the Defendant, BARNEY BIER, by and through his attorney, LISA MADIGAN, Attorney General for the State of Illinois, who represents him in his individual and official capacity with the Adams' County State's Attorney, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, moves this honorable Court for an enlargement of time until December 17, 2004, in which to respond to plaintiffs' complaint. In support thereof, defendant makes the following statements:

    1.    Assistant Attorney General Matthew D. Bilinsky has been assigned to

1

represent the interests of Defendant Bier in the above-referenced matter.

2. Defendant's response to plaintiff's complaint is due on or about December 14, 2004.

3. Mr. Bilinsky was unexpectedly out of the office on December 14, 2004, and therefore additional time until December 17, 2004, is needed to respond to plaintiffs' complaint.

4. Plaintiffs will not be unduly prejudiced by this short enlargement of time.

5. This motion is made in good faith in order to properly represent the interests of the defendant and is not intended to cause undue delay.

WHEREFORE, the defendant respectfully prays this honorable Court grant his motion for an enlargement of time up to and including December 17, 2004, in which to respond to plaintiffs' complaint.

                Respectfully Submitted,

                BARNEY BIER, individually and in his official capacity as Adams' County State's Attorney,

                Defendant,

                LISA MADIGAN, Attorney General of the State of Illinois,

Terence J. Corrigan, #6191237       Attorney for Defendant,
Matthew D. Bilinsky, #6217270
Assistant Attorney General
500 South Second Street       BY:  /s/Terence J. Corrigan
Springfield, IL 62706                 Terence J. Corrigan, on behalf of
217/782-5819                           Matthew D. Bilinsky
                                      Assistant Attorney General

Of Counsel.

## Certificate of Service

I hereby certify that on December 14, 2004, I presented the foregoing Motion for Enlargement of Time to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on December 14, 2004, I have mailed by United States Postal Service, the document to the following non-registered participant:

Robert Tierney
Ann Tierney
Case Tierney, c/o Robert Tierney
2517 Summer Creek
Quincy, IL 62305

Respectfully submitted,

 /s/Terence J. Corrigan
Terence J. Corrigan
Matthew D. Bilinsky
Assistant Attorney General
Attorney for Defendant
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-5819
Facsimile:  (217) 524-5091
mbilinsky@atg.state.il.us