E-FILED
Wednesday, 15 December, 2004 12:53:04 PM
Clerk, U.S. District Court, ILCD

OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____   District of:_____Illinois_____

J. Robert Tierney, Ann S. Tierney
Case M. Tierney, By and Through His Next
Best Friend, J. Robert Tierney
                Plaintiffs

**SUMMONS IN A CIVIL ACTION**

V.

**CASE NUMBER: 04-3138**

SHERIDAN SWIM CLUB, INC., an Illinois corporation,
DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ,
Members of the Sheridan Swim Club Inc., Board in their
Individual and Official Capacities, ANDREW C. SCHNACK, III,
BARNEY BIER, and JON BARNARD, in their Individual
Capacities, DENNIS GORMAN, Attorney for The Quincy
School District #172, a political subdivision of the
State of Illinois, in his Individual and Official Capacities
                Defendants

TO:

**ROBERT HULTZ & SHERIDAN SWIM CLUB, INC.**
**% ROBERT HULTZ**
**720 SOUTH 22ND STREET QUINCY, IL 62301-   (HOME)**
**3800 EAST LAKE CENTER QUINCY, IL 62305-   (WORK)**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S:

**J. ROBERT TIERNEY & ANN S. TIERNEY**
**2517 SUMMER CREEK**
**QUINCY, IL 62305**

an answer to the complaint which is served on you with this summons, within Twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_s/John Waters_____   _12/13/04_____
CLERK   DATE

_s/Barb Race_____
(By) DEPUTY CLERK