**E-FILED**
Wednesday, 15 December, 2004  12:54:29 PM
Clerk, U.S. District Court, ILCD

OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central  District of: Illinois

J. Robert Tierney, Ann S. Tierney
Case M. Tierney, By and Through His Next
Best Friend, J. Robert Tierney
           Plaintiffs

**SUMMONS IN A CIVIL ACTION**

V.

**CASE NUMBER: 04-3138**

SHERIDAN SWIM CLUB, INC., an Illinois corporation,
DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ,
Members of the Sheridan Swim Club Inc., Board in their
Individual and Official Capacities, ANDREW C. SCHNACK, III,
BARNEY BIER, and JON BARNARD, in their Individual
Capacities, DENNIS GORMAN, Attorney for The Quincy
School District #172, a political subdivision of the
State of Illinois, in his Individual and Official Capacities
           Defendants

**TO:**

    **DENNIS GORMAN**
    **2801 SOUTHFIELD DRIVE QUINCY IL 62305-   (HOME)**
    **525 JERSEY STREET QUINCY, IL 62301-(WORK)**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS:

    **J. ROBERT TIERNEY & ANN S. TIERNEY**
    **2517 SUMMER CREEK**
    **QUINCY, IL 62305**

an answer to the complaint which is served on you with this summons, within Twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John Waters                            12/13/04
CLERK                                                       DATE

s/Barb Race
(By) DEPUTY CLERK