**E-FILED**
Wednesday, 15 December, 2004  03:16:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, CASE M. TIERNEY, by and through his next best friend, J. ROBERT TIERNEY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | No.  04-3138 |
| SHERIDAN SWIM CLUB, INC., an Illinois corporation, ANDREW C. SCHNACK, III, in his individual capacity, DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ, Members of the Sheridan Swim Club, Inc., Board in their individual and official capacities, BARNEY BIER, Member of the Sheridan Board in his individual and official capacity, and in his individual capacity as the Adams' County State's Attorney, JON BARNARD, in his individual capacity as an Adams' County Assistant State's Attorney, DENNIS GORMAN, Attorney for the Quincy School District #172, a political subdivision of the State of Illinois, in his individual and official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

NOW COMES the Defendant, BARNEY BIER, by and through his attorney, LISA MADIGAN, Attorney General for the State of Illinois, who represents him in his individual and official capacity as the Adams' County State's Attorney, and for his motion to dismiss pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, represents unto the Court as follows:

1.      Plaintiffs, a husband, wife and child, have previously brought litigation against Mr. Bier in both state and federal court.  Their claims are thereby barred by either *res*

1

*judicata* and/or collateral estoppel and/or *Rooker-Feldman*.

2.      Additionally, the Seventh Circuit Court of Appeals on July 8, 2004, in consolidated appeals 02-1403 and 04-1205 made the Tierney's aware that Case M. Tierney may only appear and proceed through an attorney and then dismissed Case Tierney's appeal for failure to have an attorney make an appearance on his behalf.

3.      Alternatively, the claims against Mr. Bier are barred by either qualified immunity and/or prosecutorial immunity.

4.      Incorporated herein by reference is defendant's memorandum of law in support of his motion to dismiss.

WHEREFORE, defendant, BARNEY BIER, in his individual and official capacity as Adams' County State's Attorney, prays that this honorable Court dismiss the lawsuit against in its entirety.

Respectfully Submitted,

BARNEY BIER, individually and in his official capacity as Adams' County State's Attorney,

Defendant,

LISA MADIGAN, Attorney General of the State of Illinois,

Attorney for Defendant,

Matthew D. Bilinsky, #6217270
Assistant Attorney General
500 South Second Street          BY:    /s/Matthew D. Bilinsky
Springfield, IL 62706                    Matthew D. Bilinsky
217/782-5819                             Assistant Attorney General

Of Counsel.

2

**Certificate of Service**

I hereby certify that on December 15, 2004, I presented the foregoing Motion to Dismiss to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on December 15, 2004, I have mailed by United States Postal Service, the document to the following non-registered participant:

Robert Tierney
Ann Tierney
Case Tierney, c/o Robert Tierney
2517 Summer Creek
Quincy, IL 62305

Respectfully submitted,

 s/ Matthew D. Bilinsky
Matthew D. Bilinsky, #6217270
Assistant Attorney General
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-5819
Facsimile:  (217) 524-5091
mbilinsky@atg.state.il.us