Meeting of the Membership. The Nominating Committee shall have charge of the election, shall count the ballots, and shall certify the returns to the Board of Directors.

(d) If the number of persons nominated does not exceed the number of Directors whose terms expire at the immediate election, then the Nominating Committee may dispense with voting by ballot and the election may be by acclamation.

(e) Board of Directors Succession Chart
    1996 - Edgar, Forbes, Dewell
    1997 - Koester, Kroeger
    1998 - Hultz, Schnack

Section 2.    Each Director and Officer whether or not then in office shall be indemnified and held harmless by the CLUB against all costs and expenses reasonably incurred by or imposed upon him in connection with or resulting from any action, suit or proceeding to which he may be made a party by reason of his being or having been a Director of Officer of the CLUB except in relation to matters as to which a recovery shall be had against him by reasons of his having been finally adjudged in such action, suit or proceeding to have been derelict in the performance of his duties as a Director of Officer, and the foregoing right of indemnifications shall not be exclusive of other rights to which he may be entitled as a matter of law.

Section 3.    Except as provided in the Constitution, the Board of Directors shall have the authority to borrow such sums of money as it may deem necessary for operation of the CLUB, maintenance, improvement or expansion of CLUB facilities, not to exceed an unpaid balance of $10,000; loans that would result in an unpaid balance greater than $10,000 require approval by a majority of the membership in attendance at the Annual Meeting or at a special meeting called for this purpose.

C948

Exhibit ___ D

Section 4. All contracts authorized by the Board of Directors shall be executed by the President or Vice-President and counter-signed by the Secretary.

**ARTICLE 2** Committees

Section 1. Following the first meeting of the Board of Directors, the President shall appoint from the list of membership, standing committees to be known as the Auditing Committee, the House and Grounds Committee, the Membership Committee, the Social Committee, the Budget Committeee, Insurance Committee and such other committees as shall be deemed necessary by the Board of Directors.

Section 2. Auditing Committee - This Committee shall consist of three, and it shall be their duty to audit the accounts and books of the Treasurer and membership records and they shall make their report at the annual meeting of the Association.

Section 3. House and Grounds Committee - This committee shall have control of the CLUB facilities; it shall have authority to make all small improvements and repairs costing $250.00 or less, provided such expenditures are maintained within the limits of the CLUB's established Budget; it shall supervise the manager and other employees; and it shall have authority to enter into contracts regarding the clubhouse and employees thereof as may be necessary for its proper operation, maintenance and improvement, but such contract shall be ratified by the Board of Directors.

Section 4. Budget Committee - The Budget Committee shall meet throughout the year at such times and places as such Committee shall provide and said Committee shall prepare the annual budget, maintain a watch over the fiscal affairs and policies of the CLUB, advise the Board of Directors concerning any and all expenditures and the relation of the same to the budget.

Section 5. Insurance Committee - The Insurance Committee shall make recommendations to the Board of Directors concerning all types of insurance for

3

       the CLUB and shall have referred to it claims made by members or third persons and shall plan the insurance program for the CLUB.

Section 6.   Membership Committee - The Membership Committee shall conduct membership campaigns from time to time, as authorized by the Board. They shall investigate prospective members, as a basis for recommending approval of applicants for membership, in accordance with Article 4 of these By-Laws.

Section 7.   Other Committees - The President and Board of Directors shall have power to appoint any other committee for any purpose deemed expediant and advisable and to hold office not longer than until the next annual meeting of the CLUB.

Section 8.   At least one member of the Board of Directors shall always be a member of each of the aforesaid Standing Committees, except the Auditing Committee, and shall report to the Board of Directors concerning the meetings and activities of said Committees.

Section 9.   Each standing committee shall keep minutes of its meetings and file the same with the Secretary. It shall submit to the Board of Directors a monthly report of work done. It shall not enter into any contract or incur any indebtedness or financial obligation of the Board of Directors and except as provided in Section 3 hereof. It shall have power to appoint such sub-committees for carrying on the work under its direction as it may deem necessary.

Section 10.   Subject to the approval of the Board of Directors, each committee shall have power to adopt such rules as may be necessary for the conduct of the work entrusted to it.

**ARTICLE 3**   Organizations

Section 1.   No organization shall be effected within or in connection with the CLUB except with the approval of the Board of Directors, and all such

C950

Exhibit

organizations shall be under control of the Board of Directors, and their constitution, by-laws, and rules shall be subject to approval by the Board of Directors. The Board of Directors shall also have power to review their activities.

Section 2.   The President and Secretary shall be ex officio members of any and all such organizations.

### ARTICLE 4   Membership

Section 1.   Any person of acceptable moral stability, general character and temperament, reputation and financial status shall be eligible for membership in the CLUB.

Section 2.   All applications for membership in any class shall be made in writing by the applicant on blanks prepared by the CLUB and such applicant shall be vouched for and sponsored by one member of the CLUB. The application shall give the name, address and occupation of the applicant and state the class in which membership is desired. Such application shall be submitted to the Chairman of the Membership Committee and shall be reviewed and approved by him and then submitted to the Board of Directors for final approval, which shall be by majority vote of a Board quorum.

Section 3.   If an application for membership is rejected, the sponsoring member is to be notified immediately by the Chairman of the Membership Committee, and the sponsoring member shall determine whether a hearing before the Board is to be held to appeal the rejection, or whether the rejection is to stand. Upon such hearing, the Board shall consider any matters that may properly come before it and shall make the final decision concerning the application.

Section 4.   When an applicant for membership is elected and has paid the full fee, the Secretary shall deliver a membership certificate issued to the member so elected.

C951

Exhibit _D_

ARTICLE 5   Certificates of Membership

Section 1.    The form of the Certificate of Membership shall be as follows:

FRONT

No......................

Incorporated under the Laws of the State of Illinois.

THE SHERIDAN SWIM CLUB, INC., Quincy, Il.
CERTIFICATE OF MEMBERSHIP

This is to certify that _____ has been duly elected and enrolled as a Regular Member Class A- of the Sheridan Swim Club, a corporation, not for pecuniary profit. This Certificate is issued and accepted subject to the Constitution, By-Laws and Rules of the Sheridan Swim Club as they now or as they shall hereafter be amended. This Certificate is transferable only in accordance with the provision of the By-Laws and Rules of said corporation and may be revoked for cause in accordance with such By-Laws upon refund of all sums paid to the corporation therefor.

In WITNESS WHEREOF, the said corporation has caused this Certificate to be signed by its duty authorized officers and sealed with the seal of the corporation this _____ day of _____ A.D. 19____.

Attest:

_____    _____

Reverse Side

ASSIGNMENT

FOR VALUE RECEIVED, I, the owner and holder of the within Certificate of Membership, do hereby

6

Exhibit __

assign this Certificate to The Sheridan Swim Club and deposit the same with the Secretary of the corporation this _____ day of _____ A.D. 19_____.

Upon deposit of this Certificate I agree to accept the sum of _____ Dollars ($_____) which is the amount paid by me for this Certificate, less any indebtedness owing by the undersigned to the corporation, in full of my right, title and interest in and to said Membership Certificate.

Dated this _____ day of _____A.D. 19\_\_.

In presence of:

Section 2. (a) In the event of termination of membership, for whatever reason, a holder of a Certificate of Membership may request the Board of Directors to refund the holder the original price such certificate, and the Board at its discretion may do so. If the Board decides not to make such refund immediately, the refund, at a time to be determined by the Board, shall be made from funds received for new membership elections, provided, however, that the terminating member must assign his certificate to the CLUB, as provided herein, and the Treasurer shall make such refunds in the order that such assigned certificates are deposited with the CLUB.

(b) However, a holder of a Certificate of Membership shall have the right to transfer his certificate to another individual provided that individual makes application for membership, and is elected as provided herein. In such case the terminating member shall assign his certificate to the CLUB and the CLUB shall issue a new certificate to the newly elected member.

7

C953

Exhibit \_\_\_\_

Section 3.    Should the holder of a Certificate of Membership cease to be a member of the CLUB by reason of expulsion, such Certificate of Membership shall immediately become null and void.

**ARTICLE 6**    Dues and Privileges

Section 1.    Annual dues for CLUB privileges shall be reviewed/revised by the Board of Directors as required. All changes shall be approved by the membership at the Annual Meeting or at a Special Meeting. Summer Season is defined as the period from Memorial Day through Labor Day, inclusive.

Section 2.    Dues are payable in full by May 1 of each year. A Regular Member elected after May 31 shall pay a pro rata portion of the applicable annual dues rate, or after June 15 shall pay a pro rata portion of the applicable Summer Season rate, whichever applies.

Section 3.    In the event of membership termination after May 31, such member shall not be entitled to a refund of any or all of his dues payment.

Section 4.    In the event that a member shall fail to pay or make arrangements to pay the full amount of dues payable by May 31, his CLUB privilege shall be suspended.

Section 5.    A Regular Membership or Non-voting Membership held by the head of the family shall entitle the member's immediate family who reside with him to the privileges of the CLUB. "Immediate family" is defined as wife and husband and unmarried daughters who reside with such member and unmarried sons not over twenty-five (25) years of age who reside with such member and are not self-supporting. Deviations from the provisions of this Section may be made at the discretion of the Board provided such deviations are set forth in the minutes of a Board meeting; such minutes shall state what member or members are properly considered the head of the family and who are

8

C954

Exhibit

members of the "immediate family" and reside with such and are entitled to the privilege of the CLUB.

Section 6.   A Regular Membership or Non-voting Membership held by a single person shall entitle only such unmarried person to the privileges of the CLUB. Upon becoming married the membership shall be considered for all purposes as a regular membership held by the "head of a family" and pay dues accordingly.

**ARTICLE 7   Termination of Membership**

Section 1.   Termination of membership from any cause whatever shall operate as a release of all right, or title to, or interest in, the property or assets of the CLUB. The CLUB assumes no obligation under or by reason of having issued such Membership Certificate, except the sole obligation to carry out the provisions of these by-laws in good faith.

Section 2.   Action fo the Board of Directors, by an affirmative vote of five (5) Directors, shall be required to suspend or expel any member, and such action shall be based on infraction of the CLUB Constitution, By-Laws, or Rules.

**ARTICLE 8   Rules and Regulations**

Rules and regulations for the government, management and control of the CLUB may be adopted and promulgated by an affirmative vote of four members of the Board of Directors at any regular or special meeting of said Board. A copy of such rules shall be furnished to each member of the CLUB and, also, shall be posted in conspicuous places in the clubhouse. Any rule so promulgated by the Board of Directors may be rescinded at any annual or special meeting of the members of the CLUB by an affirmative vote of two-thirds of the members in attendance at any such meeting.

0955

Exhibit _____

ARTICLE 9

The order of business at meetings of the CLUB shall be as follows:

1) Roll call and reading of minutes of previous meeting.

2) Reports to Secretary-Treasurer.

3) Reports to other officers.

4) Reports of Committees.

5) Unfinished business.

6) New Business.

7) Adjournment.

ARTICLE 10    Amendments

Section 1.   The By-Laws of the CLUB may be amended by a two-thirds vote of the members in attendance, whether in person or by proxy, at any annual or special meeting of the CLUB. Each member shall be notified by the Secretary of any proposed changes or amendments to the By-Laws at least three days prior to the meeting.

Section 2.   These By-Laws may also be amended by the Board of Directors at any regular or special meeting of the Board by an affirmative vote of five (5) members of the Board, provided a notice stating the object of the meeting and giving a copy of the proposed amendment is mailed to each member of the Board at least five days prior to date of the meeting at which said proposed amendment is to be voted upon; provided however, that the Board of Directors shall have no power or authority to make any amendment to the By-Laws which either rescind or amend Article 10, Section 1 of these By-Laws, and provided further that no amendment of these By-Laws made by the Board of Directors shall become effective until 16 days after such amendment has

C956

Exhibit ___

been mailed to each member of the CLUB, and the adoption thereof has not been objected to in writing addressed to the Secretary of the CLUB by 25 or more of the members within 15 days.

Section 3.   Any Amendment to the By-Laws proposed by the Board of Directors and rejected by objection of 25 members or more shall not become effective until adopted in accordance with Article 10, Section 1 hereof.

## ARTICLE 11   Guests

Section 1.   Members entertaining guests on the club grounds shall upon entering the grounds register their names and the names and addresses of their guests in the club register at the clubhouse or other place of registration designated by the Board of Directors and pay the fees required (if any) in accordance with the schedule as fixed by the Board of Directors.

Section 2.   No guest shall be admitted to the grounds unless the entertaining member or one of his immediate family is on the grounds, nor shall the guest remain on the grounds after the departure of the entertaining member.

Section 3.   Guests cannot introduce other guests to the grounds.

Section 4.   On request of a member, a guest card may be issued to the Secretary to Non-Residents, which are defined as persons visiting a member and residing more than 100 miles distance from Quincy, for a period not exceeding two (2) weeks, upon payment of fees established by the Board of Directors.

## ARTICLE 12   Amendment of Article of Incorporation

The Article of Incorporation shall not be amended except by two-thirds vote of the members in attendance at any annual or special meeting of the CLUB, provided however that each member shall be

notified by the Secretary at least three days prior to the meeting.

C957

Exhibit _____

**SCHNACK LAW OFFICES**
510 VERMONT STREET
QUINCY, ILLINOIS 62301-2902
E-MAIL drewsch@adams.net
krsquire@bcl.net

ANDREW C. SCHNACK III
KENT R. SCHNACK

TELEPHONE 217-224-4000
FAX 224-8565

February 3, 2000

LOREN SCHNACK, OF COUNSEL

Dear Board Members:

I am sorry that I cannot be here personally to address you and answer any concerns that you may have but hopefully this letter will serve in my place.

Upon examination it would seem that cooperation between the Quincy School District and Sheridan Swim Club for purposes of the boys and girls highschool swim program would be a perfect match. Sheridan has a swimming facility that is second to none and is under utilized. The Quincy School system does not have a pool or the equipment necessary to run a highschool program but does have the swimmers and publicity and contacts associated with the sport. AS a current member of the Board of Directors and the one charged with the responsibility of trying to put this marriage together, I am authorized to make the following observations and suggestions, strongly pointing out that these are only suggestions:

1. We would welcome the opportunity to continue our cooperation with the school district. As far as the girls program is concerned, the swimmers are welcome to start swimming in August in the outdoor pool and can then move to the indoor pool. There is no problem with time or space. As in this passed year, all rules and regulations concerning IHSA will be complied with, especially, the idea of having two coaches on deck, one for Sheridan and one for QHS and having no co-mingling of responsibilities or practices. When the girls program is over, the boys program would commence under the same rules and regulations and guidance. It is our understanding that there is a possibility that there will not be enough swimmers for a boys program and we would not expect to have a firm answer or commitment on that until the season has started; but if the school district wants to use our facility they are certainly welcome to do so.

We are also cognizant of the fact that the school district needs to cut spending. In that light, the Club Board has authorized me to offer you both the facility at no cost, this would include not only the use of the pools, weight training, sauna, hot tub and locker rooms but would also include the use of approximately $50,000. worth of equipment owned by the swim team, including computers, touch pads, timing harnesses and the score board.

The only thing that we ask is that you give fair consideration to all candidates for the job and that anyone who is remotely associated with Sheridan not be penalized for that association. The question continues to arise is whether Sheridan trying to control the highschool program. Speaking for myself and the Board of Directors at Sheridan, we do not want to control the program. We do not want to run the program. All we want is a good quality program for as many swimmers as possible. In the past, you did not need to be a member of Sheridan to swim

C958

Exhibit E

on the Sheridan Team, you did not need to be a member of Sheridan to swim on the Quincy High swim team and that policy has been in place for at least as long as I have been involved in swimming and I can assure you that it will continue to be the policy for the foreseeable future. We want more people involved in swimming regardless of their abilities, not fewer.

In spite of the attack by one or two disgruntled families, I would make the following observations. The swimming program at Quincy High School has never been better. This past year the schedule was improved, giving the swimmers greater visibility to college coaches and improved programs. The girls team placed second in the Western Big Six in spite of having no diving. They finished second in Sectionals. They had three swimmers named individual all conference and five swimmers named all conference for participation in relays or individual events. The conference meets consist of them winning seven of 11 swimming events. At Sectionals, three individuals qualified for the state meet along with two relays. At the state meet, one individual placed ninth in the 500 free and 12th in the 200 free and earned honorable mention all state. The girls swim program has a booster club that is in place that has purchased swim bags for the girls, new suits, a new versamack trainer for the program, a new record board donated and in place, recently hosted a soup supper prior the East Moline v. QHS basketball game that generated $1,400. in additional funds for the girls and has almost $3,000 in the bank for purposes of boosting the program.

As far as participation is concerned, at every meet that both varsity and junior varsity was offered, the entire team participated/every girl. Additionally, as opposed to basketball, baseball, football or other sports, swimming is a very objective sport, the swimmer with the best or fastest time swims. This has nothing to do with who is a member of Sheridan or who is not a member of Sheridan. The workouts are the same for all swimmers and any claim of favoritism to Sheridan swimmers would have to fall on deaf ears. I challenge anyone to find any meet anywhere at anytime in the last two years that a Sheridan swimmer was given preference over a non-Sheridan swimmer. To that end, I know the booster club is aware of this criticism and has bent over backwards to include all parents and all swimmers for everything. I think a check of any parents associated with the program for the last two years would support that.

In addition, we are attempting to include adaptive swimming in our program and would like to see that spill over into the highschool program. Adaptive swimming, for those of you who are not aware, could also be referred to competitive swimming for the handicapped or challenged. Swimming has designed a special set of rules and regulations to ensure that they can compete in all meets and we are very proud of this new frontier.

As far as compliance with new rules are concerned. In spite of the fact that no one from Quincy High School or Sheridan was invited to the meeting at Tiramisu with the IHSA nor were we given the opportunity to defend the program after a complete examination of the facts, it is obvious that the Quincy program was in compliance with all IHSA rules and regulations for the swimming year 1999 and I can assure you that the program is well aware of the scrutiny it is under and will continue to operate well within those rules. As far as 1998, inspite of complete and absolute scrutiny, the only problems we had was the division of swimmers which was changed after it was finally pointed out that there was such a rule and the safety certificate that

c959

Exhibit ___

the coach did not receive at the start of the season. Certainly you are aware that he was not informed of this prior to the start of the season. The swim program has been investigated by the Quincy High School Athletic Director, Quincy Board of Education, the Superintendant of Quincy Public Schools, Illinois Swimming, Inc., USA Swimming, Illinois State Police, Adams County States Attorney and the State of Illinois Appellate Prosecutors Office. All charges rendered against the program have been found to be baseless with the exception of the two violations in 1998 for which the 1999 team was punished. Four of the five counts in the federal lawsuit were dismissed on motion with a motion to dismiss the fifth count pending.

The only thing we ask is for the best candidate for the coaching position get the job and that the most qualified individual for coaching get the job. The long and the short of it is I think we have proven ourselves and the dedication to the girls and the sport. I can assure you that Sheridan is willing to give the same support to the boys program should you chose to put one in place.

I realize that some of you are not familiar with me and may question my knowledge or credentials of what is going on. Just so that there is no doubt, I have been involved in competitive swimming almost my entire life. I have been involved with my children in competitive swimming since 1992. I am currently one of ten members of the Illinois Swimming, Inc. Board of Directors. Illinois Swimming is comprised of over 12,000 swimmers and 110 teams. I am a member of the officials committee for Illinois Swimming and am also an official licensed by the IHSA and have been so for the past three years. I have officiated at all Quincy High meets for the past two years and donated back to the team all funds paid to me for officiating. I have been involved with Quincy High School and the attempts to coordinate Sheridan and Quincy High School for over three years. I was recently asked by Pat Lunsford, head of all USA Swimming officials to officiate at the Junior National meet in Florida in the next three weeks. USA Swimming is the entity that organizes the Olympics. I attended as a delegate USA Swimmings national convention in San Diego last year where I attended the committee meetings for the OIOC, Olympic International Organizing Committee. I have a daughter who is a freshman at Quincy High School and a son who is a seventh grader at Quincy Junior High School and I thoroughly believe in the concept of competing swimming.

> Respectfully submitted.
> Signature redacted pursuant to
> USDC-CDIL Adm.Proc. Rule II(I)(1)(f)
>
> Andrew C. Schnack, III

ACSIIIpjb

C960

Exhibit ___