IN THE APPELLATE COURT

OF ILLINOIS

FOURTH DISTRICT

In re: Tierney, J. Robert & Ann v. Sheridan Swim Club et
General No. 4-03-0434
County of Adams
02L12

ORDER

This matter is heard upon a Rule, entered upon this Court's own motion, against appellant to show cause why the appeal should not be dismissed for failure to file an appellant's brief as required by Supreme Court Rules 342 & 343.

The Court, being fully advised of the premises, hereby enforces the Rule and dismisses the appeal for failure to comply with this Court's Rule.

Appeal dismissed.

ENTERED: 12/22/03

FILED
DEC 2 2 2003
Clerk of the
Appellate Court, 4th Dist.

BY ORDER OF THE COURT
CONSISTING OF THE PANEL OF:

Honorable Robert W. Cook
Honorable James A. Knecht
Honorable Robert J. Steigmann



DEFENDANT'S EXHIBIT B