IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, CASE M. TIERNEY, by and through his next best friend, J. ROBERT TIERNEY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | No.  04-3138 |
| SHERIDAN SWIM CLUB, INC., et al., | ) ) | |
| Defendants. | ) | |

**RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

NOW COMES the Defendant, BARNEY BIER, by and through his attorney, LISA MADIGAN, Attorney General for the State of Illinois, who represents him in his individual and official capacity as the Adams' County State's Attorney, and for his Response to Plaintiffs' Motion for Leave to File Amended Complaint states as follows:

**ARGUMENT**

Under Federal Rule of Civil Procedure 15, the Court should allow leave to file an amended complaint freely where justice so requires.  "But, if repleading does not correct the defects in the party's claim, a court should not grant leave to replead."  Mosler v. M/K Ventures International, Inc., 103 F.R.D. 385, 387 (N.D. Ill. 1984); *see also* Textor v. Board of Regents of Northern Illinois University, 711 F.2d 1387, 1391 (7th Cir. 1983) ("A district court may refuse to allow amendment of a complaint when the proposed amendment fails to cure the deficiencies of the original complaint.")

Defendant hereby incorporates herein by reference his Motion To Dismiss (Doc. 13) and Supporting Memorandum of Law (Doc. 14) in support of his response. Plaintiff has already amended the complaint once. Defendant moved to dismiss plaintiffs' first amended complaint based upon certain legal defects, namely: The claims are thereby barred by *res judicata;* and/or collateral estoppel; and/or *Rooker-Feldman;* and/or qualified immunity; and/or prosecutorial immunity; and/or that the claims were untimely under the Statute of Limitations.

Plaintiffs proposed second amended complaint does not cure these legal defects.

## CONCLUSION

WHEREFORE, Defendant, BARNEY BIER, respectfully requests that this Honorable Court deny Plaintiff's Motion for Leave to File Amended Complaint because the proposed Amended Complaint fails to cure the deficiencies of the original Complaint.

Respectfully Submitted,

BARNEY BIER, individually and in his official capacity as Adams' County State's Attorney,

Defendant,

LISA MADIGAN, Attorney General of the State of Illinois,

Attorney for Defendant,

Matthew D. Bilinsky, #6217270
Assistant Attorney General
500 South Second Street      BY:   /s/Matthew D. Bilinsky
Springfield, IL 62706              Matthew D. Bilinsky
217/782-5819                       Assistant Attorney General

Of Counsel.

2

**Certificate of Service**

I hereby certify that on January 3, 2005, I presented the foregoing Response to Plaintiffs' Motion for Leave to File Amended Complaint to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on January 3, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

Robert Tierney
Ann Tierney
Case Tierney, c/o Robert Tierney
2517 Summer Creek
Quincy, IL 62305

Respectfully submitted,

 /s/ Matthew D. Bilinsky
Matthew D. Bilinsky, #6217270
Assistant Attorney General
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-5819
Facsimile:  (217) 524-5091
mbilinsky@atg.state.il.us