E-FILED
Thursday, 13 January, 2005 04:15:15 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
JAN
U.S. DISTRICT, Clerk
CENTRAL DISTRICT COURT
OF ILLINOIS

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, ) <br> CASE M. TIERNEY, By And Through His ) <br> Next Best Friend, J. ROBERT TIERNEY ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> SHERIDAN SWIM CLUB, INC., et al., ) <br> Defendants ) | No.04-3138 <br> JURY DEMAND |

## MOTION FOR LEAVE OF COURT TO UTILIZE THE ELECTRONIC CASE FILING SYSTEM OF THE DISTRICT COURT

Now comes the Plaintiffs Robert Tierney, Ann Tierney, and Case Tierney, Pro se, and pursuant to the Local Rules governing the Electronic Case Filing System / Administrative Procedures for Pro Se filers, moves this honorable Court for leave to file documents utilizing the Electronic Case Filing Procedures.

Plaintiffs are guided by the directions for Pro Se filers as found on page 28 of the District Courts Manual:

### ADMINISTRATIVE PROCEDURES FOR FILING, SIGNING, AND VERIFYING PLEADINGS AND PAPERS BY ELECTONICE MEANS.
### IN CIVIL CASES
Revised
October 15, 2004

Wherefore, the plaintiffs respectfully prays this honorable court grant this Motion for Leave utilize the Electronic Case Filing System of the District Court, and for any other relief the court deems appropriate.

Dated January 12, 2005

Respectfully submitted,

_____  _____
Robert Tierney                              Ann Tierney

_____
Case Tierney

**PROOF OF SERVICE**

Service of the foregoing instrument was made by faxing a copy of same to the fax number of such attorneys of record of the parties to the above cause or, by hand delivering same in an envelope addressed to such attorney/parties at their business address as disclosed by the pleadings of record herein; or, by enclosing the same in an envelope addressed to same attorneys/parties, with postage thereon fully prepaid, addressed to the individuals set forth below and by depositing the same in the United States Mail from the Office on this _12_ day of _January 12, 2005_

_____

Matthew Bilinsky
Office of the Attorney General
500 South Second Street
Springfield, IL 62706