## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY ) | |
| CASE M. TIERNEY, by and through his ) | |
| Next Best Friend, J. ROBERT TIERNEY, ) | |
|   ) | |
|   Plaintiffs, ) | |
|   ) | Case No. 04-3138 |
|   v.  ) | |
|   ) | Judge Jeanne E. Scott |
| SHERIDAN SWIM CLUB, INC., an Illinois ) | |
| Corporation, ANDREW C. SCHNACK, III, in his ) | Magistrate B. G. Cudmore |
| Individual Capacity, DOUG OLSON, ROBERT ) | |
| MEYER, and ROBERT HULTZ, Members of the ) | |
| Sheridan Swim Club, Inc. Board in their Individual ) | |
| And Official Capacities, BARNEY BIER, Member ) | |
| Of the Sheridan Board in his Individual and ) | |
| Official Capacities, and in his Individual Capacity ) | |
| As the Adams County State's Attoney, JON ) | |
| BARNARD, in his Individual Capacity as an ) | |
| Adams County Assistant State's Attorney, ) | |
| DENNIS GORMAN, Attorney for The Quincy ) | |
| School District #172, a political subdivision of the ) | |
| State of Illinois, in his Individual and Official ) | |
| Capacities, ) | |
|   Defendants. ) | |

## MOTION FOR SUBSTITUTION OF ATTORNEYS

Defendant, Barney Bier, in his Individual Capacity as the Adams County State's Attorney, by his attorneys, Julie M. Koerner and Clifford G. Kosoff, moves this Court for an Order granting Julie M. Koerner and Clifford G. Kosoff leave to enter their appearance as counsel for said defendant and Matthew Bilinsky leave to withdraw his appearance as counsel for said defendant, in accordance with the attached withdrawal and substitution of attorneys.

DEFENDANT BARNEY BIER, IN HIS
INDIVIDUAL CAPACITY AS THE
ADAMS COUNTY STATE'S ATTORNEY


By:  s/Julie M. Koerner
Julie M. Koerner Bar Number: 6204852
Attorney for Defendant-Barney Bier
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
E-mail: jkoerner@okgc.com


Julie M. Koerner
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
**SPRINGFIELD DIVISION**

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY ) <br> CASE M. TIERNEY, by and through his ) <br> Next Best Friend, J. ROBERT TIERNEY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vi. ) <br> ) <br> SHERIDAN SWIM CLUB, INC., an Illinois ) <br> Corporation, ANDREW C. SCHNACK, III, in his ) <br> Individual Capacity, DOUG OLSON, ROBERT ) <br> MEYER, and ROBERT HULTZ, Members of the ) <br> Sheridan Swim Club, Inc. Board in their Individual ) <br> And Official Capacities, BARNEY BIER, Member ) <br> Of the Sheridan Board in his Individual and ) <br> Official Capacities, and in his Individual Capacity ) <br> As the Adams County State's Attorney, JON ) <br> BARNARD, in his Individual Capacity as an ) <br> Adams County Assistant State's Attorney, ) <br> DENNIS GORMAN, Attorney for The Quincy ) <br> School District #172, a political subdivision of the ) <br> State of Illinois, in his Individual and Official ) <br> Capacities, ) <br> Defendants. ) | Case No. 04-3138 <br><br> Judge Jeanne E. Scott <br><br> Magistrate B. G. Cudmore |

**STIPULATION**

    I hereby withdraw my appearance on behalf of Defendant Barney Bier, in his Individual Capacity as the Adams County State's Attorney.


s/Matthew Bilinsky
Assistant Attorney General
Law Bureau Office of the IL Attorney General
500 S. Second Street
Springfield, IL 62706

I hereby enter my appearance as attorneys for Defendants Defendant Barney Bier, in his Individual Capacity as the Adams County State's Attorney.

s/Julie M. Koerner  
Julie M. Koerner Bar Number: 6204852  
Attorney for Defendant-Barney Bier  
O'Halloran, Kosoff, Geitner & Cook, P.C.  
650 Dundee Road, Suite 475  
Northbrook, Illinois 60062  
Telephone: (847) 291-0200  
Fax: (847) 291-9230  
E-mail: jkoerner@okgc.com

s/Clifford G. Kosoff  
Clifford G. Kosoff Bar Number: 3122385  
Attorney for Defendant-Barney Bier  
O'Halloran, Kosoff, Geitner & Cook, P.C.  
650 Dundee Road, Suite 475  
Northbrook, Illinois 60062  
Telephone: (847) 291-0200  
Fax: (847) 291-9230  
E-mail: ckosoff@okgc.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| J. ROBERT TIERNEY, et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 04-3138 |
| vii. | ) | |
| | ) | Judge Jeanne E. Scott |
| SHERIDAN SWIM CLUB, INC., et. al. | ) | Magistrate B. G. Cudmore |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 19, 2005, I electronically filed the foregoing MOTION FOR SUBSTITUTION OF ATTORNEYS with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Bilinsky
Assistant Attorney General
Law Bureau Office of the IL Attorney General
500 S. Second Street
Springfield, IL 62706

      And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

J. Robert Tierney
2157 Summer Creek Drive
Quincy, IL 62305

      By:  s/Julie M. Koerner
Julie M. Koerner Bar Number: 6204852
Attorney for Defendant-Barney Bier
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
E-mail: jkoerner@okgc.com

Julie M. Koerner
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200