# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY CASE M. TIERNEY, by and through his Next Best Friend, J. ROBERT TIERNEY, ) ) ) ) Plaintiffs, ) ) v. ) ) SHERIDAN SWIM CLUB, INC., an Illinois Corporation, ANDREW C. SCHNACK, III, in his Individual Capacity, DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ, Members of the Sheridan Swim Club, Inc. Board in their Individual And Official Capacities, BARNEY BIER, Member Of the Sheridan Board in his Individual and Official Capacities, and in his Individual Capacity As the Adams County State's Attoney, JON BARNARD, in his Individual Capacity as an Adams County Assistant State's Attorney, DENNIS GORMAN, Attorney for The Quincy School District #172, a political subdivision of the State of Illinois, in his Individual and Official Capacities, ) ) ) ) ) ) ) ) ) ) ) ) ) ) Defendants. ) | Case No. 04-3138  Judge Jeanne E. Scott  Magistrate B. G. Cudmore |

## MOTION FOR SUBSTITUTION OF ATTORNEYS

Defendant, Barney Bier, in his Individual Capacity as the Adams County State's Attorney, by his attorneys, Julie M. Koerner and Clifford G. Kosoff, moves this Court for an Order granting Julie M. Koerner and Clifford G. Kosoff leave to enter their appearance as counsel for said defendant and Matthew Bilinsky leave to withdraw his appearance as counsel for said defendant, in accordance with the attached withdrawal and substitution of attorneys.

DEFENDANT BARNEY BIER, IN HIS
INDIVIDUAL CAPACITY AS THE
ADAMS COUNTY STATE'S ATTORNEY


By:  s/Julie M. Koerner
Julie M. Koerner Bar Number: 6204852
Attorney for Defendant-Barney Bier
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
E-mail: jkoerner@okgc.com



Julie M. Koerner
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
**SPRINGFIELD DIVISION**

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY ) <br> CASE M. TIERNEY, by and through his ) <br> Next Best Friend, J. ROBERT TIERNEY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vi. ) <br> ) <br> SHERIDAN SWIM CLUB, INC., an Illinois ) <br> Corporation, ANDREW C. SCHNACK, III, in his ) <br> Individual Capacity, DOUG OLSON, ROBERT ) <br> MEYER, and ROBERT HULTZ, Members of the ) <br> Sheridan Swim Club, Inc. Board in their Individual ) <br> And Official Capacities, BARNEY BIER, Member ) <br> Of the Sheridan Board in his Individual and ) <br> Official Capacities, and in his Individual Capacity ) <br> As the Adams County State's Attorney, JON ) <br> BARNARD, in his Individual Capacity as an ) <br> Adams County Assistant State's Attorney, ) <br> DENNIS GORMAN, Attorney for The Quincy ) <br> School District #172, a political subdivision of the ) <br> State of Illinois, in his Individual and Official ) <br> Capacities, ) <br> Defendants. ) | Case No. 04-3138 <br><br> Judge Jeanne E. Scott <br><br> Magistrate B. G. Cudmore |

**STIPULATION**

  I hereby withdraw my appearance on behalf of Defendant Barney Bier, in his Individual Capacity as the Adams County State's Attorney.


s/Matthew Bilinsky
Assistant Attorney General
Law Bureau Office of the IL Attorney General
500 S. Second Street
Springfield, IL 62706

I hereby enter my appearance as attorneys for Defendants Defendant Barney Bier, in his Individual Capacity as the Adams County State's Attorney.

| | |
|---|---|
| s/Julie M. Koerner | s/Clifford G. Kosoff |
| Julie M. Koerner Bar Number: 6204852 | Clifford G. Kosoff Bar Number: 3122385 |
| Attorney for Defendant-Barney Bier | Attorney for Defendant-Barney Bier |
| O'Halloran, Kosoff, Geitner & Cook, P.C. | O'Halloran, Kosoff, Geitner & Cook, P.C. |
| 650 Dundee Road, Suite 475 | 650 Dundee Road, Suite 475 |
| Northbrook, Illinois 60062 | Northbrook, Illinois 60062 |
| Telephone: (847) 291-0200 | Telephone: (847) 291-0200 |
| Fax: (847) 291-9230 | Fax: (847) 291-9230 |
| E-mail: jkoerner@okgc.com | E-mail: ckosoff@okgc.com |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| J. ROBERT TIERNEY, et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 04-3138 |
| vii. | ) | |
| | ) | Judge Jeanne E. Scott |
| SHERIDAN SWIM CLUB, INC., et. al. | ) | Magistrate B. G. Cudmore |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 19, 2005, I electronically filed the foregoing MOTION FOR SUBSTITUTION OF ATTORNEYS with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Bilinsky
Assistant Attorney General
Law Bureau Office of the IL Attorney General
500 S. Second Street
Springfield, IL 62706

      And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

J. Robert Tierney
2157 Summer Creek Drive
Quincy, IL 62305

                                                            By:  s/Julie M. Koerner
                                                            Julie M. Koerner Bar Number: 6204852
                                                            Attorney for Defendant-Barney Bier
                                                            O'Halloran, Kosoff, Geitner & Cook, P.C.
                                                           650 Dundee Road, Suite 475
                                                           Northbrook, Illinois 60062
                                                           Telephone: (847) 291-0200
                                                           Fax: (847) 291-9230
                                                           E-mail: jkoerner@okgc.com

Julie M. Koerner
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200