IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, CASE M. TIERNEY, by and through his next best friend, J. ROBERT TIERNEY, <br><br>Plaintiffs, <br><br>-vs- <br><br>SHERIDAN SWIM CLUB, INC., et al., <br><br>Defendants. | ) ) ) ) ) ) ) ) No. 04-3138 ) ) ) ) |

## MOTION TO WITHDRAW

NOW COMES Lisa Madigan, Attorney General of the State of Illinois, and Assistant Attorney General Terence J. Corrigan, and hereby moves to withdraw as counsel for defendant, Barney Bier. In support thereof it is stated:

1.　The undersigned signed a pleading or other document on behalf of Assistant Attorney General Matthew D. Bilinsky, who was assigned to this file.

2.　Assistant Attorney General Matthew D. Bilinsky has subsequently been allowed to withdraw as counsel for Barney Bier.

3.　At the time Assistant Attorney General Matthew D. Bilinsky was allowed to withdraw, he was not aware that the undersigned was also listed as counsel of record.

4.　The undersigned should be allowed to withdraw for the same reasons as Assistant Attorney General Matthew D. Bilinsky.

5.　Barne Bier has other counsel who will be representing him in this matter and will not be prejudiced, if the undersigned is allowed to withdraw.

WHEREFORE, the undersigned respectfully requests that this Court grant the

Motion to Withdraw as counsel for Barney Bier.

                                                          Respectfully Submitted,

                                                          LISA MADIGAN, Attorney General of the State of Illinois,

Terence J. Corrigan, #6191237  
Assistant Attorney General  
500 South Second Street         BY:  s/Terence J. Corrigan  
Springfield, IL 62706                  Terence J. Corrigan  
217/782-5819                              Assistant Attorney General

Of Counsel.

**Certificate of Service**

I hereby certify that on January 26, 2005, I presented the foregoing Motion to Withdraw to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

ckosoff@okgc.com

and I hereby certify that on January 26, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

> Robert Tierney
> Ann Tierney
> Case Tierney, c/o Robert Tierney
> 2517 Summer Creek
> Quincy, IL 62305
>
> Barney Bier
> Office of the State's Attorney
> 521 Vermont Street
> Quincy, IL 62301

Respectfully submitted,

s/Terence J. Corrigan
Terence J. Corrigan, #6191237
Assistant Attorney General
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-5819
Facsimile: (217) 524-5091
tcorrigan@atg.state.il.us