UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY CASE M. TIERNEY, by and through his Next Best Friend, J. ROBERT TIERNEY, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 04-3138 |
| v. ) ) | Judge Jeanne E. Scott |
| SHERIDAN SWIM CLUB, INC., an Illinois Corporation, ANDREW C. SCHNACK, III, in his Individual Capacity, DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ, Members of the Sheridan Swim Club, Inc. Board in their Individual And Official Capacities, BARNEY BIER, Member Of the Sheridan Board in his Individual and Official Capacities, and in his Individual Capacity As the Adams County State's Attorney, JON BARNARD, in his Individual Capacity as an Adams County Assistant State's Attorney, DENNIS GORMAN, Attorney for The Quincy School District #172, a political subdivision of the State of Illinois, in his Individual and Official Capacities, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate B. G. Cudmore |
| Defendants. ) | |

**DEFENDANT BARNEY BIER'S MOTION FOR ADDITIONAL TIME
TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant, Barney Bier, In His Individual Capacity As The Adams County State's Attorney, by his attorneys, Julie M. Koerner and Clifford G. Kosoff, move this Court for additional time to respond to Plaintiff's Second Amended Complaint. In support of their motion, Defendant states as follows:

1. Plaintiffs filed a Second Amended Complaint against the Defendants on January 27, 2005.

2.     Defendant requests additional time to February 24, 2005, in which to file his responsive pleadings or file the appropriate Motion to Dismiss.

3.     Additional time is necessary to allow counsel for the defendant an opportunity to investigate the facts and law surrounding the issues raised in the second amended complaint.

4.     No prejudice will result to the plaintiffs from this short extension.

WHEREFORE, the Defendant, Barney Bier, In His Individual Capacity As The Adams County State's Attorney, respectfully request that this Honorable Court grant him leave for additional time to February 24, 2005 to respond to Plaintiff's Second Amended Complaint.

                DEFENDANT BARNEY BIER, IN HIS
                INDIVIDUAL CAPACITY AS THE ADAMS
                COUNTY STATE'S ATTORNEY

                By:  s/Julie M. Koerner
                Julie M. Koerner Bar Number: 6204852
                Attorney for Defendant-Barney Bier
                O'Halloran, Kosoff, Geitner & Cook, P.C.
                650 Dundee Road, Suite 475
                Northbrook, Illinois 60062
                Telephone: (847) 291-0200
                Fax: (847) 291-9230
                E-mail: jkoerner@okgc.com

Julie M. Koerner
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| J. ROBERT TIERNEY, et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 04-3138 |
| vi. | ) | |
| | ) | Judge Jeanne E. Scott |
| SHERIDAN SWIM CLUB, INC., et. al. | ) | Magistrate B. G. Cudmore |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2005, I electronically filed the foregoing **Defendants' Motion For Additional Time To Respond To Plaintiff's Second Amended Complaint** with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

J. Robert Tierney
Case M. Tierney
Ann S. Tierney
2157 Summer Creek Drive
Quincy, IL 62305

By:  s/Julie M. Koerner
Julie M. Koerner Bar Number: 6204852
Attorney for Defendant-Barney Bier
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
E-mail: jkoerner@okgc.com