E-FILED
Thursday, 24 February, 2005 09:13:26 AM
Clerk, U.S. District Court, ILCD

February 15, 2005

Clerk of the Court
U.S. Federal Court
151 U.S. Courthouse
600 E. Monroe
Springfield, IL 62701

Re: 04-3138

Dear Clerk,

Per the court Order of January 27, 2005, the Court granted leave to file the Second Amended Complaint.

Please file the enclosed copy of the second amended complaint and scan it into the ECF system. This copy of the second amended complaint contains better quality copies of several exhibits and corrects several typos and grammar errors.

Discard the other copy that was attached to the Motion for Leave to File Second Amended Complaint.

Yours,

*Robert Tierney*

Robert Tierney
2517 Summer Creek
Quincy, IL. 62305