E-FILED
Thursday, 24 February, 2005  04:52:53 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY<br>CASE M. TIERNEY, by and through his<br>Next Best Friend, J. ROBERT TIERNEY,<br><br>              Plaintiffs,<br><br>       v.<br><br>SHERIDAN SWIM CLUB, INC., an Illinois<br>Corporation, DOUG OLSON, ROBERT<br>MEYER, and ROBERT HULTZ, Members of the<br>Sheridan Swim Club, Inc. Board in their Individual<br>And Official Capacities, ANDREW C. SCHNACK,<br>III, BARNEY BIER, JON BARNARD, in their<br>Individual Capacities,  DENNIS GORMAN,<br>Attorney for The Quincy School District #172, a<br>political subdivision of the State of Illinois, in his<br>Individual and Official Capacities,<br>                           Defendants. | Case No. 04-3138<br><br>Judge Jeanne E. Scott<br><br>Magistrate B. G. Cudmore |

**DEFENDANT BIER'S MOTION TO DISMISS PLAINTIFFS'**
**SECOND AMENDED COMPLAINT**

Defendant, Barney Bier, by his attorneys, Julie M. Koerner and Clifford G. Kosoff, moves this Court to dismiss plaintiff's second amended complaint, pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6), as against defendant Bier, for the following reasons:

   1.   On June 23, 2004, plaintiffs initially filed a complaint alleging various civil rights violations and state law claims against several defendants, including Bier.  See, Complaint filed June 23, 2004 (Document 1).

   2.   On July 7, 2004, plaintiffs filed an amended complaint.  See, Amended Complaint filed July 7, 2004 (Document 3).

3. On January 27, 2005, plaintiffs filed a second amended complaint, which is the subject of this motion to dismiss. <u>See</u>, Second Amended Complaint filed January 27, 2005 (Document <u>23</u>).

4. As an initial matter, this Court must dismiss Case Tierney as a plaintiff in this action as Case Tierney is a minor and cannot appear *pro se*. Neither can Case Tierney be represented by his father, J. Robert Tierney, who is not licensed to practice law in the State of Illinois. Mr. Tierney, in footnote 1 of his second amended complaint <u>filed January 27, 2005</u>, states that Case Tierney is being added in the "interests of judicial economy pending directions from the Court" in that regard. <u>See</u>, Second Amended Complaint, bottom of Page 1, filed January 27, 2005 (Document <u>23</u>).

5. The Seventh Circuit issued a ruling in the appeal of the 1999 federal litigation, Appeal No. 04-1205, on <u>September 15, 2004</u> dismissing Case Tierney's appeal in that matter, stating that Case Tierney, a minor, "may only appear and proceed by and through an attorney." <u>See</u> Defendant's <u>Exhibit C</u>, Order of Court of Appeals, Seventh Circuit, September 15, 2004. The Order also references a prior order of <u>August 5, 2004</u> in which Case Tierney was ordered to secure new counsel to appear by September 10, 2004.

6. J. Robert Tierney was certainly on notice as of August 5, 2004, or at the latest September 15, 2004, that Case Tierney must be represented by an attorney. Mr. Tierney's inclusion of Case Tierney as a party in this matter on January 27, 2005, after being afforded notice by the Seventh Circuit Court of Appeals that Illinois law requires a minor to be represented by an attorney, was made in bad faith and merits sanctions.

7. Plaintiffs purported constitutional claims and state law claims are all subject to dismissal for one of more of the following reasons:

a)  plaintiffs' complaint is subject to dismissal in that a final judgment by a court of competent jurisdiction has been entered involving the same parties and the same issues and/or the issues should have been brought prior to the final judgment in said prior proceeding, to wit: *res judicata*, applies;

b)  plaintiffs' complaint is subject to dismissal in that any pending claims have been or should have been brought in the prior state court litigation between the parties, and that this Court lacks subject matter jurisdiction pursuant to the *Rooker-Feldman* doctrine;

c)  plaintiffs' complaint is subject to dismissal pursuant to collateral estoppel, in that the same parties were involved in a determination of ultimate fact for which a final judgment by a court of competent jurisdiction has been entered and the issues presented in the second amended complaint have been raised or should have been raised in the prior proceedings;

d)  plaintiffs' §1983 claims are time barred for conduct occurring prior to June 23, 2002;

e)  plaintiffs' state law claims are subject to a one year statute of limitations as against Bier, as plaintiffs allege his conduct occurred in his capacity as Adams County State's Attorney, thus 745 ILCS 10/8-101 bars plaintiffs' state law claims;

f)  plaintiffs' claims as against Bier are subject to dismissal as Bier is afforded absolute prosecutorial immunity for actions taken in his capacity as Adams County State's Attorney in the decision to initiate criminal prosecutions;

g)  plaintiffs' complaint fails to properly state a cause of action under §1983; and,

h)  this court lacks subject matter jurisdiction over the state law claims in Section VI, Counts I, II, and III because Bier is a State's Attorney for Adams County, a state official, and Illinois requires that any action brought against a state official for actions undertaken within the scope of their authority, be brought in the Illinois Court of Claims.

8. That defendant has filed a memorandum in support of his motion to dismiss contemporaneously with the filing of this motion to dismiss plaintiffs' second amended complaint.

WHEREFORE, defendant, Barney Bier, respectfully request that this Honorable Court grant his motion to dismiss plaintiffs' second amended complaint for the reasons set forth herein this motion and his supporting memorandum.

        Respectfully Submitted,

        DEFENDANT BARNEY BIER, IN HIS INDIVIDUAL CAPACITY AS THE ADAMS COUNTY STATE'S ATTORNEY

        By: s/Julie M. Koerner
        Julie M. Koerner Bar Number: 6204852
        Attorney for Defendant-Barney Bier
        O'Halloran, Kosoff, Geitner & Cook, P.C.
        650 Dundee Road, Suite 475
        Northbrook, Illinois 60062
        Telephone: (847) 291-0200
        Fax: (847) 291-9230
        E-mail: jkoerner@okgc.com

Julie M. Koerner
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| J. ROBERT TIERNEY, et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 04-3138 |
| vi. | ) | |
| | ) | Judge Jeanne E. Scott |
| SHERIDAN SWIM CLUB, INC., et. al. | ) | Magistrate B. G. Cudmore |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 24, 2005, I electronically filed the foregoing **Defendant Bier's Motion To Dismiss Plaintiffs' Second Amended Complaint** with the Clerk of Court using the CM/ECF system, in which plaintiffs' are participants.

J. Robert Tierney
Case M. Tierney
Ann S. Tierney
2157 Summer Creek Drive
Quincy, IL 62305

                                        By:  s/Julie M. Koerner
                                        Julie M. Koerner Bar Number: 6204852
                                        Attorney for Defendant-Barney Bier
                                        O' Halloran, Kosoff, Geitner & Cook, P.C.
                                        650 Dundee Road, Suite 475
                                        Northbrook, Illinois 60062
                                        Telephone: (847) 291-0200
                                        Fax: (847) 291-9230
                                        E-mail: jkoerner@okgc.com