Apr 21 04 09:05a   JON BARNARD

Wednesday, 15 December, 2004  03:20:15 PM
Clerk, U.S. District Court, ILCD

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT

ADAMS COUNTY, ILLINOIS

**FILED**
APR 1 6 2003

| | |
|---|---|
| JAMES R. TIERNEY, ANN S. TIERNEY and MERYL A. TIERNEY, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 02-L-12 ) |
| SHERIDAN SWIM CLUB, et al., | ) ) |
| Defendants. | ) |

### ORDER

Cause comes on for supplemental hearing on Defendants' Motion to Dismiss the Third Amended Complaint, and Plaintiffs' Motion to Strike the Motion to Dismiss. Plaintiff Robert Tierney appears in person, Ann Tierney and Meryl Tierney do not appear. Jonathan H. Barnard, appears on behalf of all Defendants.

Argument, and certain documentary evidence presented by Plaintiff is considered on the Motion to Dismiss. Oral argument is heard on the Motion to Strike. The Court, having considered the arguments of the parties, pertinent case law and evidence herein, hereby orders, adjudges and decrees as follows:

Plaintiffs' Motion to Strike, as well as the Request to Present Testimony in Support Thereof, is hereby denied. The Court hereby grants the Motion to Dismiss all Counts of the Third Amended Complaint of Plaintiffs, pursuant to Section 2-615 and Section 2-619 of the Illinois Code of Civil Procedure, and accordingly, the same are hereby dismissed with prejudice at Plaintiffs' costs.

It is further ordered that all other Motions pending at the time of this ruling are hereby denied, including Plaintiffs' Motions for Discovery and various Discovery Sanctions; School District No. 172's Motion to Quash and for Sanctions; and Chet and ~~~~~~~~~~~~~~

Dated: 4-11- , 2003.

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

The Honorable Joe K. Vespa

pc   Jonathan H. Barnard
     Marec Edgar
     Robert Tierney / Ann Tierney / Meryl Tierney
     Chet W. Vahle / Barb Vahle

The clerk will please send a copy hereof to Judge Vespa in Peoria, the Plaintiff, Mr Tierney and the attorneys. The Parties can make any further challenges to this order by way of Motion if they see fit to do so.

DEFENDANT'S EXHIBIT A

Apr 21 04 09:05a        JON BARNARD                217 223 6072

E-FILED
Wednesday, 15 December, 2004 03:30:18 PM
Clerk, U.S. District Court, ILCD

IN THE APPELLATE COURT

OF ILLINOIS

FOURTH DISTRICT

In re: Tierney, J. Robert & Ann v. Sheridan Swim Club et
General No. 4-03-0434
County of Adams
02L12

ORDER

This matter is heard upon a Rule, entered upon this Court's own motion, against appellant to show cause why the appeal should not be dismissed for failure to file an appellant's brief as required by Supreme Court Rules 342 & 343.

The Court, being fully advised of the premises, hereby enforces the Rule and dismisses the appeal for failure to comply with this Court's Rule.

Appeal dismissed.

ENTERED: 12/22/03

FILED
DEC 2 2 2003
Clerk of the
Appellate Court, 4th Dist.

BY ORDER OF THE COURT
CONSISTING OF THE PANEL OF:

Honorable Robert W. Cook
Honorable James A. Knecht
Honorable Robert J. Steigmann


DEFENDANT'S EXHIBIT B

CERTIFIED COPY

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

September 15, 2004

By the Court:

| | |
|---|---|
| ANN S. TIERNEY, J. ROBERT TIERNEY, et al., <br>     Plaintiffs-Appellants, <br><br> Nos. 02-1403 and 04-1205    v. <br><br> QUINCY SCHOOL DISTRICT NO. 172, a Political Subdivision of the State of Illinois, et al., <br>     Defendants-Appellees. | ] Appeals from the United <br> ] States District Court for <br> ] the Central District of <br> ] Illinois. <br> ] <br> ] Nos. 01 C 3179 <br> ]       99 C 3149 <br> ] <br> ] Jeanne E. Scott, Judge. <br> ] |

    The following is before the court: **PLAINTIFF-APPELLANTS MOTION TO EXTEND TIME FOR FILING APPELLANT REPLY BRIEF**, filed on September 13, 2004, by the pro se appellants.

    Pursuant to this court's order of August 5, 2004, appellant Case M. Tierney was ordered to secure new counsel and have counsel file an appearance and a disclosure statement by September 10, 2004. To this date, no attorney has filed an appearance or a disclosure statement on behalf of Case M. Tierney. Because appellant Case M. Tierney is a minor and may only appear and proceed by and through an attorney.

    **IT IS ORDERED** that appeal no. 04-1205 is **DISMISSED** as to Case M. Tierney.

    **IT IS FURTHER ORDERED** that #1 is **GRANTED**, and the appellants' reply brief, if any, is due by October 12, 2004. No further extensions of time will be allowed.

Note:    Circuit Rule 31(e) (amended Dec. 1, 2001) requires that counsel tender a digital copy of a brief, from cover to conclusion, at the time the paper copies are tendered for filing. The file must be a text based PDF (portable document format), which contains the entire brief from cover to conclusion. Graphic based scanned PDF images do not comply with this rule and will not be accepted by the clerk.

Rule 26(c), Fed. R. App. P., which allows three additional days after service by mail, does not apply when the due dates for briefs are specifically set by order of this court. All briefs are due by the dates ordered.

A True Copy:
Teste:

DEFENDANT'S EXHIBIT C