**E-FILED**
Tuesday, 01 March, 2005 03:51:35 PM
Clerk, U.S. District Court, ILCD

# United States District Court
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

March 1, 2005

**J Robert Tierney**

**Ann S. Tierney**

**Case M. Tierney**
2517 Summer Creek
Quincy, IL 62301

RE: Tierney, et al. v. Sheridan Swim Club, et al.
CASE NO. 04-3138

Dear Robert, Ann and Case Tierney:

     NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

                                                               JOHN M. WATERS, CLERK
                                                               U.S. DISTRICT COURT

cc: all counsel
notice revised 1/01
mhs