UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, and CASE M. TIERNEY by and through his next best friend, J. ROBERT TIERNEY, <br><br> Plaintiffs, <br><br> v. <br><br> SHERIDAN SWIM CLUB, INC., an Illinois corporation; DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ, Members of the Sheridan Swim Club Inc., Board in their Individual and Official Capacities, ANDREW C. SCHNACK, III, BARNEY BIER, and JON BARNARD in their Individual capacities, DENNIS GORMAN, attorney for the Quincy School District 172, a political subdivision of the State of Illinois, in his Individual and Official Capacities <br><br> Defendants. | No. 04-3138 |

## ENTRY OF APPEARANCE MOTION FOR EXTENSION OF TIME TO PLEAD

NOW COMES Brown, Hay & Stephens, LLP attorneys for Sheridan Swim Club, Inc., Doug Olson, Robert Meyer, Robert Hultz, and Andrew C. Schnack, III and hereby enters its appearance as counsel of record for the above defendants and for its Motion for Extension of Time to Plead, states as follows:

1. Although counsel is familiar with the background of this matter, Plaintiff's Second Amended Complaint was received on February 27, 2005 and counsel has had insufficient time to familiarize himself with its allegations.

2. This Motion is brought for purposes of justice between the parties and not for purposes of delay and none of the parties will be prejudiced by an extension of time.

WHEREFORE, Defendants pray for an Order extending the time to answer or otherwise plead for twenty-one (21) days through and including March 28, 2005.

>BROWN, HAY & STEPHENS, Attorneys for Defendants, Sheridan Swim Club, Inc., Doug Olson, Robert Meyer, Robert Hultz, and Andrew C. Schnack, III
>
>By: s/ Paul Bown
>    Paul Bown, Reg #0265926
>    Brown, Hay & Stephens, LLP
>    205 South Fifth Street, Suite 700
>    P.O. Box 2459
>    Springfield, Illinois 62705-2459
>    (217) 544-8491
>    (217) 544-9609
>    pbown@bhslaw.com

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the party and I hereby certify that I have mailed by United States Postal Service the document to the following that are non CM/ECF participants:

**J Robert Tierney**
2517 Summer Creek
Quincy, IL 62301
217-223-4849
Email: spg@insightbb.com

**Ann S Tierney**
2517 Summer Creek
Quincy, IL 62301
217-223-4849
Email: spg@insightbb.com

**Case M Tierney**
2517 Summer Creek
Quincy, IL 62305

**Clifford G Kosoff**
O'HALLORAN KOSOFF GEITNER &
COOK PC
650 Dundee Road
Suite 475
Northbrook, IL 60062
847-291-0200
Fax: 847-291-9230
Email: ckosoff@okgc.com

**Julie M Koerner**
O'HALLORAN KOSOFF GEITNER &
COOK PC
650 Dundee Road
Suite 475
Northbrook, IL 60062
847-291-0200
Fax: 847-291-9230
Email: jkoerner@okgc.com

s/ Paul Bown
Paul Bown, Reg #0265926
Brown, Hay & Stephens, LLP
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, Illinois 62705-2459
(217) 544-8491
(217) 544-9609
pbown@bhslaw.com

March 3, 2005/enn/F:\wpwin60\PB\LIT\PB\TIERNEY\04 Cent Dist\EOA 2.doc