E-FILED
Friday, 04 March, 2005  04:47:04 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, CASE M. TIERNEY, By And Through His Next Best Friend, J. ROBERT TIERNEY, <br><br> Plaintiffs, <br><br> v. <br><br> SHERIDAN SWIM CLUB, INC., an Illinois corporation, ANDREW C. SCHNACK, III, in his Individual Capacity, DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ Members of the Sheridan Swim Club Inc., Board in their Individual and Official Capacities, BARNEY BIER, Member of the Sheridan Board in His Individual and Official Capacities, and in his Individual Capacity as the Adams County State's Attorney, JON BARNARD, in his Individual Capacity as an Adams County Assistant State's Attorney, DENNIS GORMAN, Attorney for the Quincy School District #172, a political subdivision of the State of Illinois, in his Individual and Official Capacities, <br><br> Defendants. | Case No. 04-3138 |

## MOTION TO QUASH SERVICE AND DISMISS

Defendant **DENNIS W. GORMAN,** by his attorneys, **SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL**, moves this Court for the entry of an order quashing the service of summons pursuant to Fed. R. Civ. P. 4(e) and Fed. R. Civ. P. 12(b)(4), and for a dismissal under Fed. R. Civ. P. 4(m). In support of this motion, the Defendant states as follows:

1. The purported service of the summons on the Defendant is defective and should be quashed for the following reasons:

    a.      Plaintiff J. Robert Tierney is engaged in the unauthorized practice of law, and had no authority to direct service of a summons in this cause.

    b.      The summons directed to Dennis Gorman was not served on him personally or by leaving copies "at the individual's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein," as required by Fed. R. Civ. P. 4(e)(2).

    c.      There is no Illinois state law authority which permits service upon an individual by leaving the summons and complaint with a receptionist at the defendant's place of business (Fed. R. Civ. P. 4(e)(1)).

2.      The Defendant should be dismissed because the purported service of the summons on February 15, 2005, was well beyond 120 days after the filing of the original complaint. Fed. R. Civ. P. 4(m). There has been no showing to excuse the Plaintiffs' failure to serve the Defendant within 120 days of June 23, 2004, and the court should exercise its discretion to dismiss this Defendant under Rule 4(m).

3.      In further support of this motion, the Defendant submits a supporting memorandum which accompanies the filing of this motion.

Wherefore, Defendant Dennis Gorman moves for the entry of an order quashing the summons in this cause pursuant to Fed. R. Civ. P. 4(e), for dismissal under Fed. R. Civ. P. 4(m).

                                                  s/      Brett K. Gorman
                                                  Brett K. Gorman, IL Bar #6210850
                                                  Attorney for Defendant Dennis W. Gorman
                                                  Schmiedeskamp, Robertson, Neu & Mitchell
                                                  525 Jersey Street, P. O. Box 1069
                                                  Quincy, IL 62306-1069
                                                  Telephone: (217) 223-3030
                                                  Facsimile: (217) 223-1005
                                                  E-mail: bgorman@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, using the CM/ECF system which will send notification of such filing to the following:

J. Robert Tierney
Ann S. Tierney
Case M. Tierney
spg@insightbb.com

Paul R. Bown
Brown Hay & Stephens
pbown@bhslaw.com

Clifford G. Kosoff
Julie M. Koerner
O'Halloran, Kosoff, Geitner & Cook PC
ckosoff@okgc.com
jkoerner@okgc.com

Matthew D. Bilinsky
Terence J. Corrigan
Illinois Attorney General
mbilinsky@atg.state.il.us
tcorrigan@atg.state.il.us

                                                  s/_____ Brett K. Gorman____
Brett K. Gorman, IL Bar #6210850
Attorney for Defendant Dennis W. Gorman
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: bgorman@srnm.com