E-FILED
Monday, 07 March, 2005  03:22:41 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Central  DISTRICT OF  Illinois

**APPEARANCE**

J. ROBERT TIERNEY, ANN S. TIERNEY
CASE M. TIERNEY, By and through his
Next best friend, J. ROBERT TIERNEY,

                Plaintiffs,

v.  Case Number: 04-3138

SHERIDAN SWIM CLUB, INC., an Illinois
Corporation, ANDREW C. SCHNACK, III,
DOUG OLSON, ROBERT MEYER, ROBERT
HULTZ, BARNEY BIER, JON BARNARD, and
DENNIS GORMAN,

                Defendants.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for: **Jonathan H. Barnard, Adams County State's Attorney.**

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 03/07/2005 | s/Julie M. Koerner |
| Date | Signature |
| | Julie M. Koerner    #6204852 |
| | Print Name            Bar Number |
| | 650 Dundee Road, Suite 475 |
| | Address |
| | Northbrook, Illinois 60062 |
| | City          State          Zip Code |
| | (847) 291-0200    (847) 2919-230 |
| | Phone Number       Fax Number |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| J. ROBERT TIERNEY, et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 04-3138 |
| v. | ) | |
| | ) | Judge Jeanne E. Scott |
| SHERIDAN SWIM CLUB, INC., et. al. | ) | Magistrate B. G. Cudmore |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 7, 2005, I electronically filed the foregoing **Appearance on behalf of Jonathan H. Barnard** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following parties who are participants:

J. Robert Tierney
Case M. Tierney
Ann S. Tierney
2157 Summer Creek Drive
Quincy, IL 62305
spg@insightbb.com

Paul R. Bown
Brown, Hay & Stephens
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
217-544-8491
217-544-9609
pbown@bhsloaw.com

Brett K. Gorman
Schmiedeskamp, Rlobertson, Neu & Mitchell
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
217-223-3030
217-223-1005
bgorman@srnm.com

    By:  s/Julie M. Koerner
    Julie M. Koerner Bar Number: 6204852
    Attorney for Defendant-Jonathan H. Barnard
    O'Halloran, Kosoff, Geitner & Cook, P.C.
    650 Dundee Road, Suite 475
    Northbrook, Illinois 60062
    Telephone: (847) 291-0200
    Fax: (847) 291-9230
    E-mail: jkoerner@okgc.com