# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY ) <br> CASE M. TIERNEY, by and through his ) <br> Next Best Friend, J. ROBERT TIERNEY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> ) <br> SHERIDAN SWIM CLUB, INC., an Illinois ) <br> Corporation, et. al., ) <br> ) <br> Defendants. ) | Case No. 04-3138 <br><br> Judge Jeanne E. Scott <br><br> Magistrate B. G. Cudmore |

## AFFIDAVIT

I, Jonathan H. Barnard, do attest and affirm that I am an adult over the age of eighteen (18) years and have knowledge of the facts contained herein my affidavit:

1. That I am a defendant in the above entitled litigation.

2. That on or about February 15, 2005 a copy of the summons and plaintiffs' second amended complaint was left at my office.

3. That I was not personally served with a copy of the summons and complaint.

4. Neither was an agent authorized by appointment or by law served with a copy of plaintiffs' summons and complaint.

FURTHER, AFFIANT SAYETH NOT.

S/Jonathan H. Barnard_____
Jonathan H. Barnard, Bar #0113506
Adams County State's Attorney's Office
521 Vermont Street
Quincy, IL 62301
Phone: (217) 277-2225

**DEFENDANT'S EXHIBIT B**