CERTIFIED COPY

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

September 15, 2004

By the Court:

| | |
|---|---|
| ANN S. TIERNEY, J. ROBERT TIERNEY, et al., <br>     Plaintiffs-Appellants, <br><br> Nos. 02-1403 and 04-1205  v. <br><br> QUINCY SCHOOL DISTRICT NO. 172, a Political Subdivision of the State of Illinois, et al., <br>     Defendants-Appellees. | ] Appeals from the United <br> ] States District Court for <br> ] the Central District of <br> ] Illinois. <br> ] <br> ] Nos. 01 C 3179 <br> ]     99 C 3149 <br> ] <br> ] Jeanne E. Scott, Judge. <br> ] |

    The following is before the court: PLAINTIFF-APPELLANTS MOTION TO EXTEND TIME FOR FILING APPELLANT REPLY BRIEF, filed on September 13, 2004, by the pro se appellants.

    Pursuant to this court's order of August 5, 2004, appellant Case M. Tierney was ordered to secure new counsel and have counsel file an appearance and a disclosure statement by September 10, 2004. To this date, no attorney has filed an appearance or a disclosure statement on behalf of Case M. Tierney. Because appellant Case M. Tierney is a minor and may only appear and proceed by and through an attorney.

    IT IS ORDERED that appeal no. 04-1205 is DISMISSED as to Case M. Tierney.

    IT IS FURTHER ORDERED that #1 is GRANTED, and the appellants' reply brief, if any, is due by October 12, 2004. No further extensions of time will be allowed.

Note:    Circuit Rule 31(e) (amended Dec. 1, 2001) requires that counsel tender a digital copy of a brief, from cover to conclusion, at the time the paper copies are tendered for filing. The file must be a text based PDF (portable document format), which contains the entire brief from cover to conclusion. Graphic based scanned PDF images do not comply with this rule and will not be accepted by the clerk.

Rule 26(c), Fed. R. App. P., which allows three additional days after service by mail, does not apply when the due dates for briefs are specifically set by order of this court. All briefs are due by the dates ordered.

A True Copy:
Teste:

_[signature]_
Clerk of the United States
Court of Appeals for the
Seventh Circuit

DEFENDANT'S EXHIBIT A