LECTRONIC FILING SYSTEM - U.S. District Court ILCD    https://ecf.ilcd.uscourts.gov/cgi-bin/Dispatch.pl?255479231

## Other Orders/Judgments

3:04-cv-03138-JES-BGC Tierney, et al v. Sheridan Swim Club, et al

### U.S. District Court

### Central District of Illinois

Notice of Electronic Filing

The following transaction was received from LB, ilcd entered on 11/17/2004 at 1:49 PM CST and filed on 11/17/2004

**Case Name:**     Tierney, et al v. Sheridan Swim Club, et al
**Case Number:**   3:04-cv-3138
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ORDER by Magistrate Judge Byron Cudmore. Status Report [4] filed by J Robert Tierney, Ann S Tierney, Case M Tierney reviewed. Pro se Plaintiffs' request for extension of time to perfect service on Defendants ALLOWED. Extension granted to 1/3/05. Entered by Judge Byron G. Cudmore on 11/17/04. (LB, ilcd)

The following document(s) are associated with this transaction:

**3:04-cv-3138 Notice will be electronically mailed to:**

**3:04-cv-3138 Notice will be delivered by other means to:**

Ann S Tierney
2517 Summer Creek
Quincy, IL 62301

Case M Tierney
2517 Summer Creek
Quincy, IL 62305

J Robert Tierney
2517 Summer Creek
Quincy, IL 62301

Exhibit *A*

## Orders on Motions
3:04-cv-03138-JES-BGC Tierney, et al v. Sheridan Swim Club, et al

U.S. District Court

**Central District of Illinois**

Notice of Electronic Filing

The following transaction was received from MC, ilcd entered on 1/27/2005 at 2:44 PM CST and filed on 1/27/2005
**Case Name:** Tierney, et al v. Sheridan Swim Club, et al
**Case Number:** 3:04-cv-3138
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ORDER: Plaintiffs' Motion for Leave to File Second Amended Complaint (d/e 15) is ALLOWED. The Clerk is directed to file the proposed Second Amended Complaint attached to the Motion. The pending Motion to Dismiss (d/e 13) will be deemed moot unless revived by Defendant Bier within 14 days. Local Rule 7.1(E). Plaintiffs' Motion for Enlargement of Time (d/e 16) is ALLOWED. Plaintiffs have until February 18, 2005, to serve all parties. Plaintiffs do not need to respond to the Motion to Dismiss unless it is revived, and will have 14 days from the revival of the Motion (or the filing of a new Motion to Dismiss) to file a response. Plaintiffs' Motion for Leave of Court to Utilize the Electronic Case Filing System of the District Court (d/e 19) is ALLOWED in part. Plaintiffs J. Robert Tierney and Ann S. Tierney are authorized to use the Electronic Case Filing system (ECF) in this case. Case Tierney is a minor and will not be allowed to use ECF. The Clerk is directed to send Plaintiffs J. Robert Tierney and Ann S. Tierney registration forms to become registered users of ECF. (MC, ilcd)

The following document(s) are associated with this transaction:

**3:04-cv-3138 Notice will be electronically mailed to:**

Julie M Koerner    jkoerner@okgc.com,

Clifford G Kosoff    ckosoff@okgc.com,

**3:04-cv-3138 Notice will be delivered by other means to:**

Exhibit B

Ann S Tierney
2517 Summer Creek
Quincy, IL 62301

Case M Tierney
2517 Summer Creek
Quincy, IL 62305

J Robert Tierney

OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____   District of:_____Illinois_____

J. Robert Tierney, Ann S. Tierney
Case M. Tierney, By and Through His Next
Best Friend, J. Robert Tierney
          Plaintiffs

**SUMMONS IN A CIVIL ACTION**

V.

**CASE NUMBER: 04-3138**

SHERIDAN SWIM CLUB, INC., an Illinois corporation, DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ, Members of the Sheridan Swim Club Inc., Board in their Individual and Official Capacities, ANDREW C. SCHNACK, III, BARNEY BIER, and JON BARNARD, in their Individual Capacities, DENNIS GORMAN, Attorney for The Quincy School District #172, a political subdivision of the State of Illinois, in his Individual and Official Capacities
          Defendants

TO:

    JON BARNARD
    2116 Aldo Blvd. Quincy, IL 62301 - (Home)
    521 Vermont Street Quincy, IL 62301 - (Work)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS:

    J. ROBERT TIERNEY & ANN S. TIERNEY
    2517 SUMMER CREEK
    QUINCY, IL 62305

an answer to the complaint which is served on you with this summons, within Twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 12/13/04

Exhibit C

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  2-15-05 & 3-11-05 |
| NAME OF SERVER (PRINT)  Jeff Fleenor | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Workplace 521 Vermont St. Quincy, IL. 62305

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00  30.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-15-05  Jeff Fleenor
             &          Signature of Server
             3-11-05
                        5120 Wisman Ln
                        Address of Server
                        Quincy IL 62305

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of: __Illinois__

J. Robert Tierney, Ann S. Tierney
Case M. Tierney, By and Through His Next
Best Friend, J. Robert Tierney
          Plaintiffs

**SUMMONS IN A CIVIL ACTION**

V.

**CASE NUMBER: 04-3138**

SHERIDAN SWIM CLUB, INC., an Illinois corporation, DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ, Members of the Sheridan Swim Club Inc., Board in their Individual and Official Capacities, ANDREW C. SCHNACK, III, BARNEY BIER, and JON BARNARD, in their Individual Capacities, DENNIS GORMAN, Attorney for The Quincy School District #172, a political subdivision of the State of Illinois, in his Individual and Official Capacities
          Defendants

**TO:**

**DENNIS GORMAN
2801 SOUTHFIELD DRIVE QUINCY IL 62305- (HOME)
525 JERSEY STREET QUINCY, IL 62301-(WORK)**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFFS:

**J. ROBERT TIERNEY & ANN S. TIERNEY
2517 SUMMER CREEK
QUINCY, IL 62305**

an answer to the complaint which is served on you with this summons, within __Twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

12/13/04
DATE

Exhibit C-2

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-15-05 & 3-11-05 |
| NAME OF SERVER (PRINT) Jeff Fleener | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: workplace
525 Jersey St. Quincy, IL. 62301

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 30.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-15-05        _[signature] Jeff Fleener_
3-11-05            *Signature of Server*

5120 Wisman Ln.
*Address of Server*
Quincy, IL 62305

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, CASE M. TIERNEY, By And Through His Next Best Friend, J. ROBERT TIERNEY<br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>SHERIDAN SWIM CLUB, INC., an Illinois corporation, Et al.<br><br>　　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) No.04-3138<br>) **JURY DEMAND**<br>)<br>)<br>)<br>) |

### DECLARATION OF J. ROBERT TIERNEY

STATE OF ILLINOIS   )
                    )
COUNTY OF ADAMS     )

I, J. ROBERT TIERNEY, under penalty of perjury as provided by 28 U.S.C. § 1746 states:

1. On March 10, 2005, I delivered to the Adams County Sheriffs' Department, 2 summons with a copy of the Second Amended Complaint for service upon Dennis Gorman and Jon Barnard.

2. On March 11, 2005, Chief Deputy Bill Anderson informed me that both Gorman and Barnard did not comply with a telephone request to make arrangements for discreet service of the Summons.

3. On March 11, 2005, I accompanied the process server, Jeff Fleener, and witnessed the personal service upon Dennis Gorman and Jon Barnard.

4. Barnard at first refused to come out of his office and sent his secretary to accept the summons.

5. Mr. Fleener told the secretary that he had to personally hand the summons to Barnard.

6. Barnard came out of his office and accepted the summons with complaint.

7. Gorman also came out of his office and accepted the summons with complaint.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on March 15, 2005

　　　　　　　　　　　　　　　　　　　　　　　*Robert Tierney* (signature)

　　　　　　　　　　　　　　　　　　　　　　　J. Robert Tierney

Exhibit D

Wednesday, March 16, 2005                               Adams County, IL Case Search History

# Adams County, IL
Home | Cases | Premium Services
Search | FAQ/Help



Case [        ]    Name [        ]    Charge Text [        ]    [Search]  ☐ Exact Match

**2002L12 SHERIDAN SWIM CLUB**   Last Search | Information | Dispositions | History | Payments | Fines & Fee

| Date | Entry | Judge |
|---|---|---|
| | Entered Under: SHERIDAN SWIM CLUB | |
| 02/01/2002 | **Complaint filed on 02/01/2002 w/jury demand. All summons | |
| 02/01/2002 | issued to ACSD for service. $125.00 | |
| 02/06/2002 | Notice of filing corrected page of complaiant filed by | |
| 02/06/2002 | Robert Tierney. | |
| 02/13/2002 | Pltf.'s motion for leave of court to file Pltf.'s 1st amended | |
| 02/13/2002 | complant filed by Robert Tierney. | |
| 02/15/2002 | Motion calendar filed. | |
| 02/20/2002 | Summons served on Julie Anderson. 2/6/02 $ 16.00 | |
| 02/20/2002 | Summons served on Roderick Miller. 2/6/02 $ 16.00 | |
| 02/20/2002 | Summons served on Dave Daniels. 2/6/02 $ 16.00 | |
| 02/20/2002 | Summons served on Lisa Bearden. 2/7/02 $ 16.00 | |
| 02/20/2002 | Summons served on Robert Meyer. 2/7/02 $ 16.00 | |
| 02/20/2002 | Summons served on Patricia Crane. 2/6/02 $ 16.00 | |
| 02/20/2002 | Summons served on Barney Bier. 2/1/02 $ 16.00 | |
| 02/20/2002 | Summons served on Andrew Schnack. 2/4/02 $ 16.00 | |
| 02/22/2002 | Entry of appearance for Sheridan, Schnack, Anderson, Bier, | |
| 02/22/2002 | Bearden, Miller, Daniels & Crane filed by Jon Barnard. (JHB) $50.00 | |
| 02/25/2002 | Leave granted to all Pltf's. to file amended complaint by 3/4/02. | DKC |
| 02/25/2002 | Def's. to reply on or before 4/1/02. The undersigned hereby | DKC |
| 02/25/2002 | recuses himself & matter is referred to Chief Judg for reassignment | DKC |
| 02/25/2002 | to a judge outside 8th judicial. | DKC |
| 03/01/2002 | 1st amended complaint filed by Ptlf. R Tierney. | |
| 03/08/2002 | Motion for preliminary injunction filed by Pltf. | |
| 03/08/2002 | Motion for partial SJ filed by Pltf. | |
| 03/15/2002 | Motion to set for hearing filed by Pltf. | |
| 03/15/2002 | Notice of supplemental filing filed by Pltf. | |
| 03/26/2002 | It is ordered: Honorable Joe R Vespa to hear this case. | |
| 03/27/2002 | It is ordered: Honorable Joe R Vespa to hear this case. | |
| 04/01/2002 | Motion to dismiss filed by JHB. | |
| 04/05/2002 | Motion to set hearing filed by Pltf. | |
| 04/05/2002 | Motion to set for hearing filed by Pltf. | |
| 04/29/2002 | Pltf's. motion for leave to file 2nd amended complaint filed by | |
| 04/29/2002 | Pltf. | |
| 04/29/2002 | 2nd amended complaint filed by Pltf. | |
| 04/29/2002 | Motion for a TRO & order to show cause filed by Pltf. | |
| 04/29/2002 | Motion for partial SJ filed by Pltf. | |

Exhibit E

| | | |
|---|---|---|
| 04/29/2002 | Memorandum in support of Pltf's. motion for partial SJ & | |
| 04/29/2002 | TRO filed by Pltf. | |
| 05/01/2002 | Pltf. w/draws 1st amended complaint & granted leave to file 2nd | JRV |
| 05/01/2002 | amended complaint instanter w/in 48 hours. Def's. to file responsive | JRV |
| 05/01/2002 | pleadings w/in 14 days thereafter. TRO is not regarding to grant | JRV |
| 05/01/2002 | same, motion for TRO is therefore denied. | JRV |
| 05/03/2002 | Second amended complaint filed by Pltf. R Tierney. | |
| 05/10/2002 | Motion To Reconsider filed. | |
| 05/10/2002 | Memorandum In Support Of Motion To Reconsider filed. | |
| 05/15/2002 | Summons issued back to Pltff for service. (R Hultz) | |
| 05/15/2002 | Summons issued back to Pltff for service. (L Miles) | |
| 05/15/2002 | Summons issued back to Pltff for service. (B Selvy) | |
| 05/15/2002 | Summons issued back to Pltff for service. (T Beth) | |
| 05/15/2002 | Motion To Set Hearing filed. Cause set for 5/31/02 for hearing. | |
| 05/15/2002 | Motion To Renew Motion For Preliminary Injunction filed. | |
| 05/15/2002 | Motion To Renew Motion For Partial Summary Judgment filed. | |
| 05/15/2002 | Memorandum In Support Of Motion To Renew Motion/Prel Injunctn filed. | |
| 05/15/2002 | Memorandum In Support Of Pltff Motion To Renew/Motion for Partial | |
| 05/15/2002 | Summary Judgment & Motion For Prel Injunction filed. | |
| 05/17/2002 | Def's combined motion to dismiss Pltfs 1st amended complaint & motion | |
| 05/17/2002 | preliminary injuction filed by JB. | |
| 05/17/2002 | Notice Of Hearing filed by JB. Cause set for 5/31/02 at 9:30am. | |
| 05/22/2002 | Order filed. Cause set for 5/31/02 at 9:15am. The Court on that day | JRV |
| 05/22/2002 | will take up all pending motions. There will be no continuances | JRV |
| 05/22/2002 | allowed except for good cause shown. | JRV |
| 05/24/2002 | 30 day summons issued to ACSD for service. | |
| 05/24/2002 | Motion For Leave to Amend Resp' of all Def's to second Pltff's Amended | |
| 05/24/2002 | Complaint & motion for Preliminary Injunction filed by JB. | |
| 05/30/2002 | Un-served subpoena on R Miller retd & filed. | |
| 05/31/2002 | Subpoena served on Lisa Bearden. 05/29/02 $16.00 | |
| 05/31/2002 | Subpoena served on Phil Joanson. 05/29/02 $16.00 | |
| 05/31/2002 | Subpoena served on Dave Daniels. 05/29/02 $16.00 | |
| 05/31/2002 | Subpoena served on Barney Bier. 05/29/02 $16.00 | |
| 05/31/2002 | Subpoena served on Julie Anderson. 05/29/02 $16.00 | |
| 05/31/2002 | Subpoena served on Robert Meyer. 05/30/02 $16.00 | |
| 05/31/2002 | Summons served on Timothy Beth. 05/16/02 $16.00 | |
| 05/31/2002 | Summons served on Barb Selvy. 5/16/02 $16.00 | |
| 05/31/2002 | Summons served on Doug Olson. 5/29/02 $16.00 | |
| 05/31/2002 | Summons served on Lori Miles. 5/17/02 $16.00 | |
| 05/31/2002 | Summons served on Robert Hultz. 5/17/02 $16.00 | |
| 05/31/2002 | Def exhibit 1 filed. (membership ledger/Tierney) | JRV |
| 05/31/2002 | Def exhibit 2 filed.(board minuets for 4/14/99) | JRV |
| 05/31/2002 | Pltff exhibit A1 filed. (initial disclosures. | JRV |
| 06/06/2002 | Notice Of Filing Request For Production filed by J.R.Tierney. | |
| 06/06/2002 | Request For Production Sheridan Swim Club filed. | |

Exhibit E-2

| Date | Entry | |
|---|---|---|
| 06/11/2002 | Notice to Def's To Appear & Produce filed by R Tierney. | |
| 06/11/2002 | Notice Of Filing Amended Request For Production filed by R Tierney. | |
| 06/13/2002 | Notice of hearing filed. Cause set for 6/17/02 at 1:15pm for motion | |
| 06/13/2002 | for preliminary injunction. Cause is also contd to 6/24/02 @ 9:00am | |
| 06/13/2002 | for any pending motions. | |
| 06/14/2002 | Transcript of proceedings on 5/31/02 filed by court reporter J Otte. | |
| 06/14/2002 | Motion To Quash Notice To Appear & Produce filed by Tierney. | |
| 06/14/2002 | Motion For Protective Order filed by Tierney. | |
| 06/17/2002 | Served subpoena on Peggy Pryor retd & filed. ACSD $16.00 | |
| 06/17/2002 | Served subpoena on D Gorman retd & filed. ACSD $16.00 | |
| 06/17/2002 | Served subpoena on P Johnson retd & filed. ACSD $16.00 | |
| 06/17/2002 | Served subpoena on R Meyer retd & filed. ACSD $16.00 | |
| 06/17/2002 | Motion To Quash or Modify Subpoenas filed by SRNM. | JRV |
| 06/17/2002 | Pltff exhibit A2 filed. (SSC letter) | JRV |
| 06/17/2002 | Pltff exhibit A3 filed.(diagram) | JRV |
| 06/17/2002 | Def exhibit 3 filed. (constitution) | JRV |
| 06/17/2002 | Def exhibit 4 filed (SSC by laws) | JRV |
| 06/18/2002 | Motion for expedited discovery & production of documents filed by RT. | |
| 06/18/2002 | Notice of filing & entry of appearance filed by SRNM for Board of EDC. | |
| 06/18/2002 | Motion To Quash or Modify Subpoenas by SRNM $50.00 | |
| 06/18/2002 | Special & Limited Appearance for purpose of resp. to subpoena filed | |
| 06/18/2002 | by SRNM for Board of Education. | |
| 06/18/2002 | Notice of filing & entry of appearance filed by SRNM for Pryor $50.00. | |
| 06/18/2002 | Motion To Quash or Modify Subpoenas filed by SRNM for P Pryor. | |
| 06/18/2002 | Special & Limited appearance for purposes of responding to subpoena | |
| 06/18/2002 | filed by SRNM for P Pryor. | |
| 06/20/2002 | Notice of Motion filed by JHB. Cause set for 6/21/02 at 10:00am. | |
|  | Motion to Quash Subpoenas and to enjoin the unauthorized practice | |
| 06/20/2002 | of law filed by JHB. | |
| 06/21/2002 | Served subpoena on Dr. George Meyer retd & filed. MPI $18.00 | |
| 06/24/2002 | Transcript of proceedings on 6/17/02 filed by court reporter JKO. | |
| 06/24/2002 | Served subpoena retd & filed on J Citro. MPI $18.00 | |
| 06/24/2002 | Pltf exhibit A4 filed (SSS letter to D Gorman) | |
| 06/24/2002 | Pltf exhibit A5 filed (Letter from G Powell to L Pappas) | |
| 06/24/2002 | Pltf exhibit A6 filed (parental consent form filed.) | |
| 06/25/2002 | Stipulation and Protective order filed. | JRV |
| 06/25/2002 | Order filed. Parties are directed to provide written final argument, | JRV |
| 06/25/2002 | on or before 7/2/02 at 4:30pm copy to Peoria cty. | JRV |
| 06/25/2002 | Pltff exh. A7 filed. (letter 2/16/99) | JRV |
| 06/25/2002 | Pltff exh. A8 filed. (billing statemant) | JRV |
| 06/25/2002 | Pltff exh. A9 filed. (letter from JA to SV) | JRV |
| 06/25/2002 | Pltff exh, A10 filed. (check stub) | JRV |
| 06/25/2002 | Pltff exh. A11 filed. (swimming propsal) | JRV |
| 06/25/2002 | Pltff exh. A12 filed. (letter form R Hultz to Dr Anderson) | JRV |
| 06/25/2002 | Pltff exh. A13 filed. (letters) | JRV |
| 06/25/2002 | Pltff exh. A14 filed. (letter fron century signs) | JRV |


Exhibit E-3