Wednesday, March 16, 2005                                    Adams County, IL Case Search History

| Date | Entry | |
|---|---|---|
| 06/24/2002 | Notice of Filing filed. Special & Limited Appearance for purposes of | |
| 06/24/2002 | Responding To Subpoena filed by SRNM. | |
| 07/02/2002 | Final argument filed by JHB. | |
| 07/02/2002 | Closing argument in Pltff's motion for preliminary injunction filed | |
| 07/02/2002 | by R Tierney. | |
| 07/02/2002 | Motion for sanctions, injunction & protective order filed by R Tierney. | |
| 07/02/2002 | Motion to set for hearing filed by R Tierney. | |
| 07/09/2002 | This cause comes on to be heard on motion for preliminary hearing | JRV |
| 07/09/2002 | injunction filed by Pltff R Tierney, who appears in person prose, | JRV |
| 07/09/2002 | Def appearing by atty JHB. The Court hearing evidence & arguments | JRV |
| 07/09/2002 | orders that said request for Preliminary Injunction is denied. | JRV |
| 07/09/2002 | Judge Vespa's clerk will telephone the parties to set conference | JRV |
| 07/09/2002 | call hearing on remaining motions. | JRV |
| 07/10/2002 | Notice of filing request for production filed by R Tierney. | |
| 07/15/2002 | Pltff's motion to compel discovery & for sanctions for bad-faith | |
| 07/15/2002 | non-complaince w/the rules of discovery filed by JT. | |
| 07/15/2002 | Motion to set for hearing filed by RT. | |
| 07/17/2002 | Response of Def's to Pltff's motion to compel discovery filed by JHB. | |
| 07/23/2002 | Cause comes on to be heard on Pltff's Motion to compel discovery etc. | JRV |
| 07/23/2002 | Parties appearing by conference call, court being fully advised | JRV |
| 07/23/2002 | orders: Mr Barnard will make availabe for inspection and copying | JRV |
| 07/23/2002 | the documents requested, except for those to which objections are | JRV |
| 07/23/2002 | reserved. The production shall be made 7/23/02 at 10:00am. | JRV |
| 07/23/2002 | Request for sanctions is reserved. Cause is set for hearing on | JRV |
| 07/23/2002 | Motion to dismiss on 8/30/02 at 10:00am. Mr Barnard office to | JRV |
| 07/23/2002 | initiate the conference call. | JRV |
| 07/23/2002 | Affidavit of compliance filed by JHB. | |
| 07/23/2002 | Notice of Intent to use public records as evidence filed by JHB. | |
| 07/24/2002 | Notice of filing filed. Cause set for 7/24/02. | |
|  | Motion To Quash Subpoena, to enjoin the unauthorized practice of | |
| 07/24/2002 | law and for protective ordr filed by JHB. | |
| 08/29/2002 | Pltff's motion for leave of court to filed Pltff's third amended | |
| 08/29/2002 | complaint filed by RT. | |
| 08/29/2002 | Pltff's 2nd motion to compel discovery and for sanctions for Bad Faith | |
| 08/29/2002 | non-compliance w/the rules of discovery filed by RT. | |
| 08/30/2002 | Pltff's response to Def's motion for leave to amend response of all | |
| 08/30/2002 | Def's to Pltff's second amended complaint & Pltff's motion for | |
| 08/30/2002 | preliminary injunction filed by RT. | |
| 08/30/2002 | Cause comes on for hearing on pending motions. Pltff's motion for | JRV |
| 08/30/2002 | leave to file third amended complaint is granted instanter. Parties | JRV |
| 08/30/2002 | granted leave to file memoranda pertaining to third amended complaint | JRV |
| 08/30/2002 | as follows: Def to file memoranda on or before 9/13/02, Pltff to file | JRV |
| 08/30/2002 | response by 9/27/02. Memoranda shall be limited to 5 pages double | JRV |
| 08/30/2002 | spaced. Def granted leave to amend pending motion to dismissal to | JRV |
| 08/30/2002 | include the 3rd amended complaint instanter. | JRV |
| 08/30/2002 | Pltff's exhibit sheet filed along w/ Pltff exhibits 1-14. | JRV |

Exhibit E-4

| Date | Entry | |
|---|---|---|
| 08/30/2002 | Third Amended Complaint filed. | JRV |
| 09/13/2002 | Memorandum of Def in support of motion to dismiss Pltff's 3rd amended | |
| 09/13/2002 | complaint filed by JHB. | |
| 09/17/2002 | Notice of hearing filed. Cause set for 10/11/02 at 10:00am. | |
| 09/20/2002 | Addendum to Def's Memorandum in support of motion to dismiss filed | |
| 09/20/2002 | by JHB. | |
| 09/27/2002 | Pltf.'s response to Def.'s motions to dismiss Pltf.'s 2nd & 3rd | |
| 09/27/2002 | amended complaints filed by Pltf. | |
| 09/27/2002 | Notice of intent to use public records as evidence filed by Pltf. | |
| 10/07/2002 | Motion to continue hearing on Pltff's motion for sanctions filed | |
| 10/07/2002 | by JHB. | |
| 10/07/2002 | Served subpoena by MPI on Joe Bocke retd & filed. $18.00 | |
| 10/07/2002 | Served subpoena by MPI on Cheryl Lewis retd & filed. $18.00 | |
| 10/15/2002 | Order filed. Motion granted; hearing on all pending motions is | JRV |
| 10/15/2002 | contd to 10/23/02 @ 10:00am. All subpoenas & notices remain in effect. | JRV |
| 10/15/2002 | Mr Barnard & Mr. Edgar have until 10/15/02 @ 5pm to file & serve | JRV |
| 10/15/2002 | motions to Quash for protective orders. Mr Tienrey shall file & serve | JRV |
| 10/15/2002 | response if any before 10/17/02. (2 page limit) Mr. Edgar shall | JRV |
| 10/15/2002 | generate a conference call 10/18/02 @ 11:30am. For the 10/23/02 hrng | JRV |
| 10/15/2002 | the motions for sanctions is limited to 2 hours total. | JRV |
| 10/15/2002 | Notice of filing filed by SRNM. | |
|  | motion to Quash subpoena, to enjoin the unauthorized practice of | |
| 10/15/2002 | law, for protective order and for authorization of limited discovery | |
| 10/15/2002 | filed by SRNM. | |
| 10/15/2002 | Motion for protective order filed by JHB. (T. Beth) | |
| 10/15/2002 | Motion for protective order filed by JHB. (C. Lewis) | |
| 10/21/2002 | Served subpoena on D Gormen retd & filed. MPI $18.00 | |
| 10/21/2002 | Served subpoena on B Vahle retd & filed. MPI $18.50 | |
| 10/21/2002 | Served subpoena on J Citro retd & filed. MPI $18.00 | |
| 10/21/2002 | Served subpoena on C Vahle retd & filed. MPI $18.50 | |
| 10/21/2002 | Served subpoena on D Gorman retd & filed. MPI $18.50 | |
| 10/22/2002 | Transcript of proceedings on 6/25/02 filed by L Waibel, reporter. | |
| 10/24/2002 | Order filed. Since Def's only recently produced a document to Pltff, | JRV |
| 10/24/2002 | the Court grants Pltff's motion to continue the hearing of 10/23/02 | JRV |
| 10/24/2002 | to be re-set upon consultation between Judge's Clerk & Parties. | JRV |
| 10/24/2002 | Motions shall be filed on or before 11/5/02 and responses on before | JRV |
| 10/24/2002 | 11/12/02. (3 page limit) Subpoenas & notices remain in effect. | JRV |
| 10/30/2002 | Pltff's Response/Objections to Def's Motion to Cont. Hrng filed by JT. | |
| 10/30/2002 | Request for Extention of Time to Respond to Motions for Protective | |
| 10/30/2002 | Order & Quash Subpoena/Motion to Cont Hrng of these Motions filed JT. | |
| 10/30/2002 | Pltff's combined Motion for Sanctns for Bad Faith Non-Compliance | |
| 10/30/2002 | w/the rules of Civil Procedure on Discovery, for Sanctns for Failure | |
| 10/30/2002 | to Produce Docmnts as ordered by the Court at Prelmnry Injnctn hrng | |
| 10/30/2002 | for an Injunction, for a Protective Order, & to Compel discovery | |
| 10/30/2002 | filed by JT. | |

Exhibit E-5

Wednesday, March 16, 2005                              Adams County, IL Case Search History

| Date | Entry | |
|---|---|---|
| 10/30/2002 | Pltff's Motion to Compel a Def to appear & Produce for depo. & to | |
| 10/30/2002 | extend time allowed for the depo. filed by JT. | |
| 11/04/2002 | Formal Order filed.(from 10/21/02) | JRV |
| 11/04/2002 | Order filed. This cause comes on to be heard by conference call | JRV |
| 11/04/2002 | 11/1/02. The Court finds & orders as follows: In the future no-one | JRV |
| 11/04/2002 | shall file a motion to compel without including allegations of | JRV |
| 11/04/2002 | specific court rule. The deposition of Mr. Schnack will be 9am | JRV |
| 11/04/2002 | 12/2/02 for a maximum of 3 hours. (Mr. Tierney shall notify as to | JRV |
| 11/04/2002 | location). Further hearing on Motion fo Sanctions and other pending | JRV |
| 11/04/2002 | motions (except motion for partial judgmnt) will be 12/18/02 @ 10:00am | JRV |
| 11/04/2002 | in Adams Cty Courthouse. | JRV |
| 11/06/2002 | Notice of filing on Amended Motion to Quash Subpoena filed by SRNM. | |
| 11/06/2002 | Consolidated Motion to Quash Subpoenas & Protective order filed SRNM. | |
| 11/06/2002 | Amended Motion to Quash subpoena & Protective Order filed by SRNM. | |
| 11/08/2002 | Served subpoena retd & filed on B Gorman. MPI $18.00 | |
| 11/12/2002 | Response to Pltff's combined motion for sanctions, injunction, | |
| 11/12/2002 | protective order and to compel discovery,cross motion for sanctions | |
| 11/12/2002 | ahainst Pltff J. Robert Tierney & motion for protective order filed | |
| 11/12/2002 | by SRNM. | |
| 11/13/2002 | Notice of filing & Proof of service filed by SRNM. | |
| 12/03/2002 | Notice of filing on Motion to Quash subpoena and for Protective | |
| 12/03/2002 | Order filed by SRNM. | |
| 12/03/2002 | Motion to quash subpoena & for Protective Order filed by SRNM. | |
| 12/13/2002 | Request for Protective Order and Other Relief filed by CV. | |
| 12/13/2002 | Motion to cont hrng on pending motions/request for extention of time | |
| 12/13/2002 | to respond to motions for protective order & quash subpoens filed by | |
| 12/13/2002 | non-parties and to file amended motion for sanctions for obstruction o | |
| 12/13/2002 | of discovery/request for hrng to determine jursdctn of this court | |
| 12/13/2002 | over non-party witnesses/motion to compel apperance of Def's and | |
| 12/13/2002 | non-party witnesses for depos. filed by RT. | |
| 12/17/2002 | Order filed. Motion to continue is granted and the 12/18/02 hrng is | JRV |
| 12/17/2002 | contd generally to be re-set, if needed. Further status teleconference | JRV |
| 12/17/2002 | call will be 1/13/03 at 10:30am. All discovery efforts are stayed, but | JRV |
| 12/17/2002 | all subpoenas remain in effect and no one shall be prejudiced by this | JRV |
| 12/17/2002 | delay. all issues remain to be heard after 1/13/03 if needed. | JRV |
| 01/15/2003 | Order filed.Cause set for further status conference on 2/27/03 at | JRV |
| 01/15/2003 | 10:30am, Mr Edgar to initiate. (see order) | JRV |
| 01/29/2003 | Order filed. It is ordered that all motions filed by QPS or any other | JRV |
| 01/29/2003 | related subpoena Resp' are contd. All subpoena's issued to Qcy School | JRV |
| 01/29/2003 | District remain in effect. Pltff are not to serve any addtl subpoenas | JRV |
| 01/29/2003 | for prdctn of documents . depos, or any other purpose. Pltffs Counsel | JRV |
| 01/29/2003 | for Qcy School District are free to continue Illinois Supreme Court | JRV |
| 01/29/2003 | Rule 201(k) discussion on any subpoenas for the prdctn of documents | JRV |
| 01/29/2003 | served on the Quincy School district. | JRV |
| 02/11/2003 | Pltff's response to Judge Vahle's Motion for Protective Order/Motion | |
| 02/11/2003 | for the Unrestricted depos of Judge Chet Vahle & Barb Vahle filed. RT | |



Exhibit E-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 04-3138 |
| vi. ) | |
| ) | Judge Jeanne E. Scott |
| SHERIDAN SWIM CLUB, INC., et. al. ) | Magistrate B. G. Cudmore |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2005, I electronically filed the foregoing **Defendant Barnard's Motion To Dismiss Plaintiffs' Second Amended Complaint** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney of record for the party and parties that are participants as follows:

J. Robert Tierney
~~G~~
Ann S. Tierney
2157 Summer Creek Drive
Quincy, IL 62305
217-223-4849
email: spg@insightbb.com

Brett K. Gorman
Schmiedeskamp, Rlobertson, Neu & Mitchell
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
217-223-3030
217-223-1005
bgorman@srnm.com

Paul Bown
Brown, Hay & Stephens, L.L.P.
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
217-544-8491
217-544-9609
pbown@bhsloaw.com

By: s/Julie M. Koerner
Julie M. Koerner Bar Number: 6204852
Attorney for Defendant-Barney Bier
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
E-mail: jkoerner@okgc.com

Exhibit E-1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 04-3138 |
| v. ) | |
| ) | Judge Jeanne E. Scott |
| SHERIDAN SWIM CLUB, INC., et. al. ) | Magistrate B. G. Cudmore |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2005, I electronically filed the foregoing **Appearance on behalf of Jonathan H. Barnard** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following parties who are participants:

J. Robert Tierney
~~Case M. T~~
Ann S. Tierney
2157 Summer Creek Drive
Quincy, IL 62305
spg@insightbb.com

Paul R. Bown
Brown, Hay & Stephens
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
217-544-8491
217-544-9609
pbown@bhsloaw.com

Brett K. Gorman
Schmiedeskamp, Rlobertson, Neu & Mitchell
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
217-223-3030
217-223-1005
bgorman@srnm.com

By: s/Clifford G. Kosoff
Clifford G. Kosoff Bar Number: 3122385
Attorney for Defendant-Jonathan H. Barnard
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
E-mail: jkoerner@okgc.com

Exhibit E-2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 04-3138 |
| vi. ) | |
| ) | Judge Jeanne E. Scott |
| SHERIDAN SWIM CLUB, INC., et. al. ) | Magistrate B. G. Cudmore |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2005, I electronically filed the foregoing **Defendant Bier's Motion To Dismiss Plaintiffs' Second Amended Complaint** with the Clerk of Court using the CM/ECF system, in which plaintiffs' are participants.

J. Robert Tierney

Ann S. Tierney
2157 Summer Creek Drive
Quincy, IL 62305

                                              By: s/Julie M. Koerner
                                              Julie M. Koerner Bar Number: 6204852
                                              Attorney for Defendant-Barney Bier
                                              O' Halloran, Kosoff, Geitner & Cook, P.C.
                                              650 Dundee Road, Suite 475
                                              Northbrook, Illinois 60062
                                              Telephone: (847) 291-0200
                                              Fax: (847) 291-9230
                                              E-mail: jkoerner@okgc.com

Exhibit E-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 04-3138 |
| vi. ) | |
| ) | Judge Jeanne E. Scott |
| SHERIDAN SWIM CLUB, INC., et. al. ) | Magistrate B. G. Cudmore |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2005, I electronically filed the foregoing **Defendant Bier's Memorandum in Support of Motion To Dismiss Plaintiffs' Second Amended Complaint** with the Clerk of Court using the CM/ECF system, in which plaintiffs' are participants.

J. Robert Tierney

Ann S. Tierney
2157 Summer Creek Drive
Quincy, IL 62305

By: s/Julie M. Koerner
Julie M. Koerner Bar Number: 6204852
Attorney for Defendant-Barney Bier
O' Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
E-mail: jkoerner@okgc.com


Exhibit E-4

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2005, I electronically filed the for the Clerk of the Court using the CM/ECF system, using the CM/ECF system whic notification of such filing to the following:

J. Robert Tierney
Ann S. Tierney
~~Sean M. Tierney~~
spg@insightbb.com

Paul R. Bown
Brown Hay & Stephens
pbown@bhslaw.com

Clifford G. Kosoff
Julie M. Koerner
O'Halloran, Kosoff, Geitner & Cook PC
ckosoff@okgc.com
jkoerner@okgc.com

Matthew D. Bilinsky
Terence J. Corrigan
Illinois Attorney General
mbilinsky@atg.state.il.us
tcorrigan@atg.state.il.us



s/           Brett K. Gorman
Brett K. Gorman, IL Bar #6210850
Attorney for Defendant Dennis W. G
Schmiedeskamp, Robertson, Neu & N
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: bgorman@srnn.com



Exhibit F-5

# WAIVER OF SERVICE OF SUMMONS

TO:   **Robert Tierney, Ann Tierney, and Case Tierney, 2517 Summer Creek Drive, Quincy, Illinois 62305**

I, _____DENNIS GORMAN_____ acknowledge receipt of your request that I waive service of a summons in the action of <u>Tierney v. Sheridan Swim Club Inc., et al</u>, which is case number, <u>04-3138</u> in the United States District Court for the <u>Central District of Illinois</u>.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I {or the entity on whose behalf I am acting} be served with judicial process in the manner provided by Rule 4.

I {or the entity on whose behalf I am acting} will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me {or the entity on whose behalf I am acting} if an answer or motion under Rule 12 is not served upon you within 60 days after <u>October 15, 2004,</u> date request was sent, or within 90 days after that date if the request was sent outside the United States.

_____                                    _____
Date                                                                           Signature

                                                                                _____
                                                                                Printed/Typed Name

                                            As_____of_____

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for is failure to sigh and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections {except any relating to the summons or to the service of the summons}, and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney {or unrepresented plaintiff} a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request of service was received.

Exhibit _G_