E-FILED
Monday, 21 March, 2005  02:08:34 PM
Clerk, U.S. District Court, ILCD

OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____      District of:_____Illinois_____

J. Robert Tierney, Ann S. Tierney
Case M. Tierney, By and Through His Next
Best Friend, J. Robert Tierney
             Plaintiffs

**SUMMONS IN A CIVIL ACTION**

V.

**CASE NUMBER: 04-3138**

SHERIDAN SWIM CLUB, INC., an Illinois corporation,
DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ,
Members of the Sheridan Swim Club Inc., Board in their
Individual and Official Capacities, ANDREW C. SCHNACK, III,
BARNEY BIER, and JON BARNARD, in their Individual
Capacities, DENNIS GORMAN, Attorney for The Quincy
School District #172, a political subdivision of the
State of Illinois, in his Individual and Official Capacities

             Defendants

TO:

    **JON BARNARD**
    **2116 Aldo Blvd. Quincy, IL 62301 - (Home)**
    **521 Vermont Street Quincy, IL 62301 - (Work)**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS:

    **J. ROBERT TIERNEY & ANN S. TIERNEY**
    **2517 SUMMER CREEK**
    **QUINCY, IL 62305**

an answer to the complaint which is served on you with this summons, within <u>Twenty (20)</u> days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                     12/13/04
_____        _____
CLERK                                                        DATE

    s/Barb Race
_____
(By) DEPUTY CLERK

⁑AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2-15-05 + 3-11-05 |
| NAME OF SERVER (PRINT) Jeff Fleener | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Workplace 501 Vermont ST. Quincy, IL. 62305

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-15-05
              3-11-05
             _Date_

Signature of Server: Jeff Fleener

Address of Server: 5120 Wisman Ln. Quincy, IL 62305

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.