UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, CASE M. TIERNEY, By And Through His Next Best Friend, J. ROBERT TIERNEY, <br><br> Plaintiffs, <br><br> v. <br><br> SHERIDAN SWIM CLUB, INC., an Illinois corporation, ANDREW C. SCHNACK, III, in his Individual Capacity, DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ Members of the Sheridan Swim Club Inc., Board in their Individual and Official Capacities, BARNEY BIER, Member of the Sheridan Board in His Individual and Official Capacities, and in his Individual Capacity as the Adams County State's Attorney, JON BARNARD, in his Individual Capacity as an Adams County Assistant State's Attorney, DENNIS GORMAN, Attorney for the Quincy School District #172, a political subdivision of the State of Illinois, in his Individual and Official Capacities, <br><br> Defendants. | Case No. 04-3138 |

## MOTION TO STAY DEADLINES

Defendant **DENNIS W. GORMAN,** by his attorneys, **SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL**, moves to stay the deadlines to respond to Plaintiffs' pending motion to disqualify (d/e 40) and Plaintiffs' second amended complaint (d/e 39), pending the court's ruling on the Defendant's pending motion to quash and dismiss (d/e 32-33). In support of this motion, the Defendant states as follows:

1.	On March 4, 2005, Defendant Dennis Gorman filed a motion to quash service and for dismissal pursuant to Fed. R. Civ. P. 4(e), 12(b)(4), and 4(m), (d/e 32-33).

2.	Plaintiffs' response was due on March 18, 2005.

3.	On March 16, 2005, Plaintiffs J. Robert Tierney and Ann Tierney filed a paper entitled "Plaintiffs' Motion to Disqualify Attorney Brett Gorman/Plaintiffs' Motion to Strike" (d/e 40). The Defendant's response to this motion is due on March 30, 2005.

4.	On March 18, 2005, the Plaintiffs filed a return of service showing that after the Defendant filed the motion to quash and dismiss, J. Robert Tierney then had Defendant Dennis Gorman served on March 11, 2005, (d/e 41).

5.	Plaintiffs filed no further response to the motion to quash and dismiss by the deadline of March 18, 2005.

6.	The motion to disqualify makes no substantive response to the Defendant's motion to quash and dismiss, except to point out that after the motion to quash was filed, Plaintiff J. Robert Tierney personally served Dennis Gorman with a summons and complaint on March 11, 2005. This service was beyond the time limit established by Magistrate Judge Cudmore that required the Plaintiffs to effect service by February 18, 2005. See Order dated January 27, 2005.

7.	Plaintiffs make no response to controvert the issue raised by the Defendant that Plaintiff J. Robert Tierney is engaged in the unauthorized practice of law, and has no authority to direct service of a summons in this cause. In addition, Plaintiffs fail to present any showing to excuse their failure to serve the Defendant within 120 days of June 23, 2004, as required by Fed. R. Civ. P. 4(m). Plaintiffs also make no showing to excuse their failure to apply with Magistrate Judge Cudmore's order of January 27, 2005.

8.     No issue raised in the motion to disqualify should forestall or affect a ruling on the Defendant's motion to quash and dismiss.

9.     The Defendant should not be required to respond to the motion to disqualify filed by Plaintiffs (d/e 40), or the second amended complaint (d/e 39), until after the court rules on Defendant's motion to quash and dismiss (d/e 32-33).

WHEREFORE, the Defendant moves for an order excusing his filing of a response to Plaintiffs' motion to disqualify and a response to the second amended complaint until after the court rules on his pending motion to quash and dismiss.

s/           Brett K. Gorman
Brett K. Gorman, IL Bar #6210850
Attorney for Defendant Dennis W. Gorman
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: bgorman@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, using the CM/ECF system which will send notification of such filing to the following:

J. Robert Tierney
Ann S. Tierney
Case M. Tierney
spg@insightbb.com

Paul R. Bown
Brown Hay & Stephens
pbown@bhslaw.com

Clifford G. Kosoff
Julie M. Koerner
O'Halloran, Kosoff, Geitner & Cook PC
ckosoff@okgc.com
jkoerner@okgc.com

Matthew D. Bilinsky
Terence J. Corrigan
Illinois Attorney General
mbilinsky@atg.state.il.us
tcorrigan@atg.state.il.us

                                                    s/ Brett K. Gorman
                                                    Brett K. Gorman, IL Bar #6210850
                                                    Attorney for Defendant Dennis W. Gorman
                                                    Schmiedeskamp, Robertson, Neu & Mitchell
                                                    525 Jersey Street, P. O. Box 1069
                                                    Quincy, IL 62306-1069
                                                    Telephone: (217) 223-3030
                                                    Facsimile: (217) 223-1005
                                                    E-mail: bgorman@srnm.com