UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, and CASE M. TIERNEY by and through his next best friend, J. ROBERT TIERNEY,<br><br>    Plaintiffs,<br>v.<br><br>SHERIDAN SWIM CLUB, INC., an Illinois corporation; DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ , Members of the Sheridan Swim Club Inc., Board in their Individual and Official Capacities, ANDREW C. SCHNACK, III, BARNEY BIER, and JON BARNARD in their Individual capacities, DENNIS GORMAN, attorney for the Quincy School District 172, a political subdivision of the State of Illinois, in his Individual and Official Capacities<br><br>    Defendants. | No. 04-3138 |

## MOTION TO DISMISS

NOW COMES Sheridan Swim Club, Inc., an Illinois corporation, Doug Olson, Robert Meyer, Robert Hultz, and Andrew C. Schnack, III by and through their attorneys, Brown, Hay & Stephens, LLP and for their Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1), (12)(b)(6), shows the Court as follows:

1.    The subject matter of Plaintiff's Complaint has been discussed in a number of lawsuits. Each of those suits has been resolved against Plaintiff. Cases involving Sheridan Swim Club and its officers directly are: Tierney v. Powers, et al in the U. S. District Court for the Southern District of Illinois, 99-3149 and Tierney v. Sheridan Swim Club, Adams County No. 02-L-12. Each of the individuals named here: Doug Olson, Robert Meyer, Robert Hultz and Andrew C. Schnack,

III have been defendants in one or both of these prior lawsuits.1

2. Plaintiff's claims under the United States Constitution have been dealt with by this Court in Tierney v. Powers, et al, 99-3149 and re-litigation of these claims is barred under the principals of *res judicata*.

3. Plaintiff's pendant or state court claims are likewise barred under the principals of *res judicata* by the decision in Adams County Cause No. 2002-L-12. That matter was dismissed with prejudice on April 11, 2003 and the appeal was dismissed by the Fourth District on December 22, 2003.

4. If this Court were to decide that the present claims were not the same and *res judicata* is not applicable, principals of collateral estoppel would apply. Sheridan and its officers were determined not to be state actors by this Court in its order of October 2001. The Court's decision there is binding on the parties now before the court. Therefore this Court lacks subject matter jurisdiction requiring a dismissal under Federal Rule of Civil Procedure 12(b)(1).

5. Case Tierney is not a proper party Plaintiff as Case is alleged to be a minor and as such cannot appear pro se. See *Blue v. People of State of Illinois*, 223 Ill.App.3d 594, 596, 585 N.E.2d 605 (2nd Dist. 1992). Case Tierney is not properly before the Court as his father is not licensed to practice law in the state of Illinois. See 7th Circuit Appeal No. 04-1205, order of September 15, 2004 dismissing Case Tierney as a party Plaintiff.

---

1 Meyer, Schnack, and Olson were named in various capacities in 99-3149 and dismissed October 23, 2001. While Schnack, Olson, Hultz, and Meyer were named in Adams County 2002-L-12, dismissed April 16, 2003.

WHEREFORE, Defendants, Sheridan Swim Club, Inc., Andrew C. Schnack, III, Doug Olson, Robert Meyer, and Robert Hultz pray for an Order dismissing Plaintiff's Complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6) as Plaintiffs' claims are barred by the principals of *res judicata* or in the alternative Plaintiffs' Complaint should be dismissed for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) through the principals of collateral estoppel.

        SHERIDAN SWIM CLUB, INC., DOUG OLSON, ROBERT MEYER, ROBERT HULTZ, AND ANDREW C. SCHNACK, III, Defendants

        By: s/ Paul Bown
            Paul Bown, Reg #0265926
            Brown, Hay & Stephens, LLP
            205 South Fifth Street, Suite 700
            P.O. Box 2459
            Springfield, Illinois 62705-2459
            (217) 544-8491
            (217) 544-9609
            pbown@bhslaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the party and I hereby certify that I have mailed by United States Postal Service the document to the following that are non CM/ECF participants:

**J Robert Tierney**
2517 Summer Creek
Quincy, IL 62301
217-223-4849
Email: spg@insightbb.com

**Ann S Tierney**
2517 Summer Creek
Quincy, IL 62301
217-223-4849
Email: spg@insightbb.com

**Case M Tierney**
2517 Summer Creek
Quincy, IL 62305

**Brett K. Gorman**
SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL
525 Jersey
P.O. Box 1069
Quincy, IL 62306
bgorman@srnm.com

**Clifford G Kosoff**
O'HALLORAN KOSOFF GEITNER & COOK PC
650 Dundee Road
Suite 475
Northbrook, IL 60062
847-291-0200
Fax: 847-291-9230
Email: ckosoff@okgc.com

**Julie M Koerner**
O'HALLORAN KOSOFF GEITNER & COOK PC
650 Dundee Road
Suite 475
Northbrook, IL 60062
847-291-0200
Fax: 847-291-9230
Email: jkoerner@okgc.com

s/ Paul Bown
Paul Bown, Reg #0265926
Brown, Hay & Stephens, LLP
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, Illinois 62705-2459
(217) 544-8491
(217) 544-9609
pbown@bhslaw.com

March 25, 2005/ean/F:\wpwin60\PB\LIT\PB\TIERNEY\04 Cent Dist\MTD.doc