UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
MAR 2 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, CASE M. TIERNEY, By And Through His Next Best Friend, J. ROBERT TIERNEY<br>Plaintiffs,<br><br>vs.<br><br>SHERIDAN SWIM CLUB, INC., an Illinois corporation, DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ, Members of the Sheridan Swim Club Inc., Board in their Individual and Official Capacities, ANDREW C. SCHNACK III, BARNEY BIER, and JON BARNARD in their Individual Capacities, DENNIS GORMAN, Attorney for The Quincy School District 172, a political subdivision of the State of Illinois, in his Individual and Official Capacities,<br>Defendants | No.04-3138<br>**JURY DEMAND** |

## MOTION FOR LEAVE TO WITHDRAW AS A PARTY

Now comes one of the Plaintiffs, Case Tierney, by and through his parents and co-Plaintiffs Robert Tierney and Ann Tierney, Pro Se, and pursuant to Rule 41 and any other applicable Rules of Civil Procedure of the Federal Rules of Civil Procedure, moves this honorable Court allow Plaintiff Case Tierney to withdraw as a party with leave to re-enter.

1. On or about March 15, 2005, this Court entered an order that Plaintiff Case Tierney must be represented by an attorney who had to make an appearance by March 25, 2005.

2. As of this date, the Plaintiffs are unable to find an attorney to represent Case Tierney, however, attempts are on going.

3. At this time, Plaintiffs have no other option than to voluntarily withdraw Case Tierney as a Plaintiff.

Wherefore, the plaintiffs respectfully prays this honorable Court to allow Plaintiff Case Tierney (a minor) to withdraw as a Plaintiff without prejudice and with leave to re-enter if and when an attorney is obtained to represent him, and for any other relief the Court deems appropriate.

1

Dated March 24, 2005

Respectfully submitted,

*(signature)*

Case Tierney

*(signature)*

Robert Tierney

*(signature)*

Ann Tierney

**PROOF OF SERVICE**

Service of the foregoing instrument was made by faxing a copy of same to the fax number of such attorneys of record of the parties to the above cause or, by hand delivering same in an envelope addressed to such attorney/parties at their business address as disclosed by the pleadings of record herein; or, by enclosing the same in an envelope addressed to same attorneys/parties, with postage thereon fully prepaid, addressed to the individuals set forth below and by depositing the same in the United States Mail from the Office on this  24  day of  March 2005 

_____

Julie Koerner & Clifford Kosoff
O'Halloran, Kosoff, Geitner & Cook
650 Dundee Road Suite 475
Northbrook, Illinois 60062
E-mail: jkoerner@okge.com

Paul Bown
Brown, Hay & Stephens, LLP
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705
Fax: 217-5449609

Brett K. Gorman
Schmiedeskamp, Robertson
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
Fax: 217-223-1005