E-FILED
Wednesday, 06 April, 2005 03:39:43 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY and ANN S. TIERNEY, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>SHERIDAN SWIM CLUB, INC., an Illinois corporation, )<br>DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ, )<br>Members of the Sheridan Swim Club Inc., Board in their )<br>Individual and Official Capacities, ANDREW C. SCHNACK III, )<br>BARNEY BIER, and JON BARNARD in their Individual )<br>Capacities, DENNIS GORMAN, Attorney for The Quincy )<br>School District 172, a political subdivision of the State of Illinois, )<br>in his Individual and Official Capacities, )<br>Defendants ) | No.04-3138<br>**JURY DEMAND** |

**MOTION FOR ENLARGEMENT OF TIME**

Now comes the Plaintiffs Robert Tierney and Ann Tierney, Pro se, and pursuant to Rule 6b and any other applicable Rules of the Federal Rules of Civil Procedure, moves this honorable Court for an enlargement of time in which to reply to Defendant Gorman's Response to Plaintiffs Motion to Disqualify Counsel, and in support thereof, Plaintiffs make the following statements:

1. The Court issued several text orders on March 28, 2005, which disposed of several pending Motions and established new deadlines for the parties to respond to the pending complaint and to various Motions pending as of April 15, 2005. (See docket entries for March 28, 2005)

2. For some reason, the Plaintiffs did not receive notice by ECF/e-mail or by U.S. mail of these Court orders. However, to the best of our knowledge, the Plaintiffs did receive ECF notice of the filings of all the Motions filed by the Defendants.

3. The Plaintiffs only discovered the existence of these orders by checking the docketing statement via the Internet on April 6, 2005.

4. The Plaintiffs will consult with the Clerk of the Court to resolve these ECF Notice issues/deficiencies regarding future Court Orders.

5. As matters now stand the various Defendants have until April 15, 2005, to file responses/answers to the pending amended complaint.

6. The Plaintiffs have until May 6, 2005, to respond to any and all Motions/Responses filed as of April 15, 2005.

7. Defendant Gorman has filed a Response to Plaintiffs' Motion to Disqualify Counsel which was filed on or about March 16, 2005.

8. This Motion is made in good faith in order to properly represent the interests of the Plaintiffs and is not intended to cause undue delay.

9. None of the Defendants will be unduly prejudiced by granting these Motions.

10. Granting this Motion will in fact promote the interests of judicial economy.

11. The Plaintiffs can only assume and hope that the Court is not nearly as confused as the Plaintiffs are regarding the procedural quagmire which afflicted this litigation and thanks the Court for exercising judicial indulgence and patience in setting this case back on track.

Wherefore, the plaintiffs respectfully prays this honorable Court grant an enlargement of time up to and including April 22, 2005, for Plaintiffs to reply to Defendant Gorman's Response to Plaintiffs Motion to Disqualify Counsel, and for any other relief the Court deems appropriate.

Dated <u>April 6, 2005</u>

Respectfully submitted,

_____         _____
Robert Tierney                                                  Ann Tierney

Plaintiffs

PROOF OF SERVICE

Service of the foregoing instrument was made by sending this document as a PDF attachment to an e-mail to the following CM/ECF participants, or faxing a copy of same to the fax number of such attorneys of record of the parties to the above cause or, by hand delivering same in an envelope addressed to such attorney/parties at their business address as disclosed by the pleadings of record herein; or, by enclosing the same in an envelope addressed to same attorneys/parties, with postage thereon fully prepaid, addressed to the individuals set forth below and by depositing the same in the United States Mail from the Office on this __6_ day of _____April, 2005__.

*[signatures]*

Julie Koerner & Clifford Kosoff
O'Halloran, Kosoff, Geitner & Cook
650 Dundee Road Suite 475
Northbrook, Illinois 60062
E-mail:  jkoerner@okge.com

Paul Bown
Brown, Hay & Stephens, LLP
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705
Fax: 217-5449609

Brett K. Gorman
Schmiedeskamp, Robertson
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
Fax:  217-223-1005