E-FILED
Monday, 11 April, 2005  02:26:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, CASE M. TIERNEY, By And Through His Next Best Friend, J. ROBERT TIERNEY,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>SHERIDAN SWIM CLUB, INC., an Illinois corporation, ANDREW C. SCHNACK, III, in his Individual Capacity, DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ Members of the Sheridan Swim Club Inc., Board in their Individual and Official Capacities, BARNEY BIER, Member of the Sheridan Board in His Individual and Official Capacities, and in his Individual Capacity as the Adams County State's Attorney, JON BARNARD, in his Individual Capacity as an Adams County Assistant State's Attorney, DENNIS GORMAN, Attorney for the Quincy School District #172, a political subdivision of the State of Illinois, in his Individual and Official Capacities,<br><br>　　　　　　Defendants. | Case No. 04-3138 |

### MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSIVE PLEADING

Defendant **DENNIS W. GORMAN,** by his attorneys, **SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL**, moves for a fourteen day extension of time to respond to the Plaintiffs' second amended complaint. In support of this motion, the Defendant states as follows:

1.  The Defendant's deadline to file a responsive pleading is April 15, 2005.

2.  On April 5, 2005, the Seventh Circuit issued its mandate in J. Robert Tierney, et al., v. Quincy School District No. 172, et al., Central District Case No. 99-3149, and Ann S. Tierney v.

<u>Quincy School District No. 172</u>, Central District Case No. 01-3179; Seventh Circuit Case Nos. 02-1403 and 04-1205. The issuance of the mandate implicates the Defendant's defenses based upon the effect of the final judgment in these prior suits.

3. To present fully the Defendant's defenses based upon the Seventh Circuit's mandate, which just issued last week, the Defendant respectfully requests an additional fourteen days, making his responsive pleading due on April 29, 2005.

4. This motion is not presented for purposes of delay, and the Defendant believes that no party will be prejudiced by this request for a short extension of time.

Wherefore, the Defendant moves for an order extending the time by fourteen days for him to respond to the Plaintiffs' second amended complaint, to and including April 29, 2005.

s/_____<u>Brett K. Gorman</u>_____
Brett K. Gorman, IL Bar #6210850
Attorney for Defendant Dennis W. Gorman
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: bgorman@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, using the CM/ECF system which will send notification of such filing to the following:

J. Robert Tierney
Ann S. Tierney
spg@insightbb.com
jrtast1972@yahoo.com

Paul R. Bown
Brown Hay & Stephens
pbown@bhslaw.com

Clifford G. Kosoff
Julie M. Koerner
O'Halloran, Kosoff, Geitner & Cook PC
ckosoff@okgc.com
jkoerner@okgc.com

Matthew D. Bilinsky
Terence J. Corrigan
Illinois Attorney General
mbilinsky@atg.state.il.us
tcorrigan@atg.state.il.us

                                                s/           Brett K. Gorman
                                                Brett K. Gorman, IL Bar #6210850
                                                Attorney for Defendant Dennis W. Gorman
                                                Schmiedeskamp, Robertson, Neu & Mitchell
                                                525 Jersey Street, P. O. Box 1069
                                                Quincy, IL 62306-1069
                                                Telephone: (217) 223-3030
                                                Facsimile: (217) 223-1005
                                                E-mail: bgorman@srnm.com