UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, ) <br> CASE M. TIERNEY, By And Through His ) <br> Next Best Friend, J. ROBERT TIERNEY ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> SHERIDAN SWIM CLUB, INC., an Illinois corporation, ) <br> DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ, ) <br> Members of the Sheridan Swim Club Inc., Board in their ) <br> Individual and Official Capacities, ANDREW C. SCHNACK III, ) <br> BARNEY BIER, and JON BARNARD in their Individual ) <br> Capacities, DENNIS GORMAN, Attorney for The Quincy ) <br> School District 172, a political subdivision of the State of Illinois, ) <br> in his Individual and Official Capacities, ) <br> Defendants ) | No.04-3138 <br> JURY DEMAND |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Now comes Plaintiff J. Robert Tierney, pro se, and in response to DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING filed on behalf of Defendant Gorman, moves this Court to deny the Motion for extension of time, and in support thereof, Plaintiff make the following statements:

1. Defendant Gorman and all other Defendants were initially served with the amended complaint on or about October 15, 2004.

2. Defendant Bier filed a response on or about December 16, 2004

3. Gorman refused to accept waiver of service and failed to make an appearance and/or respond to the Complaint.

4. It required 2 separate services by process server to perfect service on Defendant Gorman.

5. Gorman has filed several dilatory, bad-faith Motions in a blatant attempt to avoid responding to the Complaint.
6. This pending Motion is the most recent incident of a dilatory, bad-faith Motion.
7. This Court has denied all of Gorman's motions and attempts to avoid answering the complaint and ordered Gorman and all other defendants to file an answer of responsive pleading by April 15, 2005.
8. The Plaintiffs have until May 6, 2004, to respond to all pending Motions filed as of April 15, 2005.
9. The "mandate" referred to in Gorman's Motion only consists of a bill of cost and a copy of the judgment initially issued on February 22, 2005. (See Exhibit attached hereto)
10. The mandate from the Seventh Circuit contains *no new material information* relevant to a responsive pleading that Gorman and the other Defendants did not already possess as of February 24, 2004! (See exhibit– date of Judgment, February 22, 2005)
11. The mandate is irrelevant to the claims asserted in this litigation since it pertains to claims asserted in 1999 and 2000.
12. The claims in this litigation arise from causes of action, which occurred in June 2002, and thereafter and involve additional parties.
13. Gorman's Motion is presented for purposes of delay and is clearly intended to prejudice the pro se Plaintiffs and forced them to unnecessarily file duplicative responses to Defendants' responsive pleadings.

Wherefore, the Plaintiff moves this Court to deny Defendant Gorman's Motion For Extension of Time.

Dated April 12, 2005

Respectfully submitted,

_____
Robert Tierney,
One of the Plaintiffs, pro se

## CERTIFICATE OF SERVICE

I hereby certify that on the  12  day of        April  2005       , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Julie M. Koerner
Clifford G. Kosoff
O'Halloran, Kosoff, Geitner & Cook
650 Dundee Road Suite 475
Northbrook, Illinois 60062
E-mail:jkoerner@okge.com

Paul Bown
Brown, Hay & Stephens, LLP
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, Illinois 62705-2459
E-mail:pbown@bhslaw.com

Brett K. Gorman
Schmiedeskamp, Robertson
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
Fax:  217-223-1005

Robert Tierney
Plaintiff, pro se
2517 Summer Creek
Quincy, IL  62305
Telephone:  217-223-4849
E-mail:  spg@insightbb.com

E-FILED
April, 2005 03:26:32 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**NOTICE OF ISSUANCE OF MANDATE**

DATE: April 5, 2005

TO: John M. Waters
United States District Court
Central District of Illinois
151 U.S. Courthouse
600 E. Monroe Street
United States Courthouse & Federal Building
Springfield, IL  62701

FROM: Gino J. Agnello, Clerk

RE: 02-1403
Tierney, Ann S. v. Quincy School 172
01 C 3179, Jeanne E. Scott, Judge
04-1205
Tierney, J. Robert v. Powers, Richard, et al
99 C 3149, Jeanne E. Scott, Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

**ENCLOSED:**                                                    **TO BE RETURNED AT LATER DATE:**
[9]     Volumes of pleadings                         [ ]
[4]     Volumes of loose pleadings                   [ ]
[1]     Volumes of transcripts                       [ ]
[ ]     Volumes of exhibits                          [ ]
[ ]     Volumes of depositions                       [ ]
[ ]     In Camera material                           [ ]
[ ]     Other_____       [ ]

Record being retained for use                         [ ]
in Appeal No. _____

Copies of this notice sent to:        Counsel of record
[ ]     United States Marshal
[ ]     United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Received above mandate and record, if any, from the Clerk, U.S.

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**BILL OF COSTS**


CERTIFIED COPY

Date: **April 5, 2005**

Taxed in favor of: Appellee - Quincy School 172 in 02-1403 & 04-1205

Appeal No. 02-1403, 04-1205

ANN S. TIERNEY,
        Plaintiff - Appellant
  v.

QUINCY SCHOOL DISTRICT NO. 172, a Political Subdivision of the State of Illinois,
        Defendant - Appellee

    Appellate Court No.: 02-1403, 04-1205    Docketed on: 2/15/02
    Short Caption: Tierney, Ann S. v. Quincy School 172
    District Court Judge: Jeanne E. Scott
    District Court No.: 01 C 3179, 99 C 3149

|   |   | Cost Of Each Item |   |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding | _____ | _____ |
| 2. | For reproduction of any record or paper, per page | _____ | _____ |
| 3. | Reproduction of briefs: | $ 576.00 |   |
|   | Total |   | $ 576.00 |

(1077-081992)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**CERTIFIED COPY**

<u>JUDGMENT- WITHOUT ORAL ARGUMENT</u>

Date: **February 22, 2005**

**BEFORE:**      Honorable JOEL M. FLAUM, Chief Judge

Honorable WILLIAM J. BAUER, Circuit Judge

Honorable RICHARD A. POSNER, Circuit Judge

Nos. 02-1403 and 04-1205

ANN S. TIERNEY, et al.,
       Plaintiffs - Appellants
   v.

QUINCY SCHOOL DISTRICT NO. 172, a Political Subdivision of the
State of Illinois, et al.,
       Defendants - Appellees

Appeals from the United States District Court for the
Central District of Illinois
Nos. 01 C 3179 and 99 C 3149, Jeanne E. Scott, Judge

The judgment of the District Court is AFFIRMED, with costs,
in accordance with the decision of this court entered on this date.

(1060-110393)



> UNPUBLISHED ORDER
> Not to be cited per Circuit Rule 53

# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

Submitted October 25, 2004[*]
Decided February 22, 2005

Before

Hon. JOEL M. FLAUM, *Chief Judge*

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. RICHARD A. POSNER, *Circuit Judge*

| | |
|---|---|
| Nos. 02-1403 & 04-1205 | |
| ANN S. TIERNEY, et al.,<br>    *Plaintiffs-Appellants*, | Appeals from the United States<br>District Court for the Central<br>District of Illinois |
| v. | |
| QUINCY SCHOOL DISTRICT NO.<br>172, a political subdivision of the State<br>of Illinois, et al.,<br>    *Defendants-Appellees.* | Nos. 01-3179 & 99-3149<br><br>Jeanne E. Scott,<br>*Judge.* |

ORDER

These successive appeals are the latest chapter in a case with a convoluted procedural history involving four suits in the district court, a separate case in state court, and four appeals to this court. We previously affirmed the dismissal of a number of claims and defendants and also sanctioned the plaintiffs' former attorney. *See Tierney v. Vahle*, 304 F.3d 734 (7th Cir. 2002). In the present appeals, the Tierneys raise a number of arguments but most are either waived,

---

[*] After an examination of the briefs and the record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the briefs and the record. *See* Fed. R. App. P. 34(a)(2).