E-FILED
Tuesday, 12 April, 2005  01:37:47 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY CASE M. TIERNEY, by and through his Next Best Friend, J. ROBERT TIERNEY,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>SHERIDAN SWIM CLUB, INC., an Illinois Corporation, DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ, Members of the Sheridan Swim Club, Inc. Board in their Individual And Official Capacities, ANDREW C. SCHNACK, III, BARNEY BIER, JON BARNARD, in their Individual Capacities,  DENNIS GORMAN, Attorney for The Quincy School District #172, a political subdivision of the State of Illinois, in his Individual and Official Capacities,  )<br>Defendants.  ) | Case No. 04-3138<br><br>Judge Jeanne E. Scott<br><br>Magistrate B. G. Cudmore |

**DEFENDANT BIER'S RESPONSE TO PLAINTIFFS' MOTION TO DISQUALIFY ATTORNEY BRETT GORMAN/PLAINTIFFS' MOTION TO STRIKE**

Defendant, Barney Bier, by his attorneys, Clifford G. Kosoff and Julie M. Koerner, responds to plaintiffs', Robert Tierney and Ann Tierney, motion to disqualify Brett Gorman/Motion to Strike as follows:

1.  On February 24, 2005, Defendant Bier filed his motion to dismiss plaintiff's second amended complaint (d/e 26).

2.  Plaintiffs had until March 10, 2005 to file a response.

3.  On March 7, 2005, plaintiffs filed a motion requesting various forms of relief from this Court (d/e 38). With respect to Bier's motion to dismiss, plaintiffs requested an abeyance of time to respond.

4. Defendant Bier had no objection to the relief requested by the plaintiffs' in their motion for abeyance filed March 7, 2005 (d/e 38), and therefore made no response.

5. Subsequently, on March 16, 2005, plaintiffs filed a second response to, or more specifically a motion to strike, Bier's motion to dismiss. This motion was filed beyond the March 10, 2005 and therefore was outside the time limit for responding.

6. Then, on March 28, 2005, which was two days prior to the fourteen (14) day deadline to respond to plaintiffs' second and untimely motion filed March 16, 2005, this Court entered five (5) orders in response to plaintiffs' first motion for an abeyance.

7. Specifically, with respect to Barney Bier's Motion to Dismiss Second Amended Complaint (d/e 26), this Court ordered plaintiffs to respond to the motion by May 6, 2005. (Entered: 3/28/2005, 2:17 P.M.). Defendant submits that this Court's prior order setting a deadline for plaintiffs to respond by May 6, 2005 is appropriate.

8. Defendant Bier reasonably believed that this Court's order requiring plaintiffs, Robert and Ann Tierney, to respond to his motion to dismiss by May 6, 2005, was responsive to both motions filed by the plaintiffs, which made any response to plaintiffs' March 16, 2005 motion to strike moot.

9. However, on closer review, this Court's order requiring plaintiffs to respond to Bier's motion to dismiss by May 6, 2005 appears to have been responsive only to the first motion filed by plaintiffs on March 7, 2005 (d/e 38), and not plaintiffs' second motion filed March 16, 2005 (d/e 40).

10. Defendant then received the text order of this Court entered April 8, 2005 granting Defendant Bier until April 22, 2005 to respond to plaintiffs' March 16, 2005 motion.

11. In response, defendant Bier initially requests that this Court strike plaintiffs' March 16, 2005 (d/e 40) motion as untimely and improper. Plaintiffs had until March 10, 2005 to respond, they responded on March 7, 2005 asking for an abeyance of time, which was granted by this Court on March 28, 2005.

12. Any further response or motion directed to Bier's motion to dismiss after March 10, 2005 was untimely. Plaintiffs should be held to respond to the motion to dismiss on or before May 6, 2005 as previously ordered.

13. Alternatively, defendant Bier prays that this Court deny plaintiffs' March 16, 2005 motion to strike for improper service of Bier's motion to dismiss.

14. Plaintiffs -- though arguably plaintiff, Robert Tierney, is the only *pro se* litigant who is raising this motion to strike as the electronic signature for the CM/ECF system is only for him – purportedly make the argument that the motion was filed prior to "being served with the Second Amended Complaint," thus, it should be stricken. (d/e 40, Paragraph 17).

15. Plaintiffs' argument in Paragraph 17 is confusing, in that it appears that plaintiffs are arguing that the motion to dismiss was premature because it was not served on counsel prior to filing the motion on February 24, 2005, though they claim service was made on Bier on February 15, 2005.

16. Either way, the motion to dismiss the second amended complaint was not premature and was filed in accordance with the extension allowed by this Court on February 10, 2005. See, text order entered 2/10/2005.

17. Moreover, the second amended complaint was electronically filed on January 27, 2005. Bier had already appeared in the case, through counsel, and counsel for Bier was a participant in the CM/ECF.

18. Fed.R.Civ.P. 5(b)(2)(D) provides that "service by electronic means is complete on transmission" and "If authorized by local rule, a party may make service under this subparagraph (D) through the court's transmission facilities."

19. Therefore, service on Bier, and his attorney, was effected on January 27, 2005 when the second amended complaint (d/e 23) was electronically filed.

20. Plaintiffs, Robert and Ann Tierney, also became participants to the CM/ECF system on or about January 27, 2005 and prior to February 24, 2005.

21. Robert and Ann Tierney, were both served, via electronic means, with Bier's motion to dismiss second amended complaint on February 24, 2005. Therefore, service of the motion to dismiss was proper under Fed.R.Civ.P. 5(b)(2)(D).

22. Case Tierney, a minor and not a proper party to this action, was not served. He has since been dismissed from this case (text order entered March 30, 2005), thus, it is irrelevant to argue improper service of the motion to dismiss as to Case Tierney. The issue is moot.

Wherefore, defendant Bier prays that this Court deny plaintiffs' motion to strike for improper service and enter an order consistent with this Court's order of March 28, 2005 requiring plaintiffs' to respond to Bier's motion on or before May 6, 2005.

Respectfully Submitted,

DEFENDANT BARNEY BIER, IN HIS
INDIVIDUAL CAPACITY AS THE
ADAMS COUNTY STATE'S ATTORNEY

By:  s/Julie M. Koerner
Julie M. Koerner Bar Number: 6204852
Attorney for Defendant-Barney Bier
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
E-mail: jkoerner@okgc.com

Julie M. Koerner
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| J. ROBERT TIERNEY, et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 04-3138 |
| vi. ) | |
| ) | Judge Jeanne E. Scott |
| SHERIDAN SWIM CLUB, INC., et. al. ) | Magistrate B. G. Cudmore |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 12, 2005, I electronically filed the foregoing **Defendant Bier's Response to Plaintiffs' Motion To Disqualify Attorney Brett Gorman/Plaintiffs' Motion to Strike** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney of record for the party and parties that are participants as follows:

J. Robert Tierney
Ann S. Tierney
2157 Summer Creek Drive
Quincy, IL 62305
217-223-4849
email: spg@insightbb.com

Brett K. Gorman
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
217-223-3030
217-223-1005
bgorman@srnm.com

Paul Bown
Brown, Hay & Stephens, L.L.P.
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
217-544-8491
217-544-9609
pbown@bhsloaw.com

      By:  s/Julie M. Koerner
Julie M. Koerner Bar Number: 6204852
Attorney for Defendant-Barney Bier
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
E-mail: jkoerner@okgc.com