E-FILED
Tuesday, 12 April, 2005  01:40:05 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY   ) <br> CASE M. TIERNEY, by and through his   ) <br> Next Best Friend, J. ROBERT TIERNEY,   ) <br>                                                                  ) <br> Plaintiffs,   ) <br>                                                                  ) <br> v.                                                              ) <br>                                                                  ) <br> SHERIDAN SWIM CLUB, INC., an Illinois   ) <br> Corporation, DOUG OLSON, ROBERT   ) <br> MEYER, and ROBERT HULTZ, Members of the   ) <br> Sheridan Swim Club, Inc. Board in their Individual   ) <br> And Official Capacities, ANDREW C. SCHNACK,   ) <br> III, BARNEY BIER, JON BARNARD, in their   ) <br> Individual Capacities, DENNIS GORMAN,   ) <br> Attorney for The Quincy School District #172, a   ) <br> political subdivision of the State of Illinois, in his   ) <br> Individual and Official Capacities,   ) <br> Defendants.   ) | Case No. 04-3138 <br><br> Judge Jeanne E. Scott <br><br> Magistrate B. G. Cudmore |

**DEFENDANT BARNARD'S RESPONSE TO PLAINTIFFS' MOTION TO DISQUALIFY ATTORNEY BRETT GORMAN/PLAINTIFFS' MOTION TO STRIKE**

Defendant, Jonathan Barnard, by his attorneys, Clifford G. Kosoff and Julie M. Koerner, responds to plaintiffs', Robert Tierney and Ann Tierney, motion to disqualify Brett Gorman/Motion to Strike as follows:

1. On March 7, 2005, defendant Barnard filed his appearance and first motion to quash service and dismiss plaintiffs' second amended complaint. (d/e 37)

2. On March 16, 2005, plaintiffs filed a motion to strike all notices of appearance and motions filed on behalf of defendant Barnard, claiming that Barnard's motion to quash was "frivolous and dilatory" and service was improper. (d/e 40).

3. Service of Barnard's appearance and motion were proper as to the plaintiffs in that service was effected on March 7, 2005 via electronic means as provided for by Fed.R.Civ.P. 5(b)(2)(D).

4. As of March 7, 2005, plaintiffs, Robert and Ann Tierney, were participants in the CM/ECF system. As participants in the system, service was effected on them as of March 7, 2005. Fed.R.Civ.P. 5(b)(2)(D)

5. Case Tierney, a minor and not a proper party to this action, was not served. He has since been dismissed from this case (text order entered 03/302005), thus, it is irrelevant to argue improper service of Barnard's appearance and motion to quash as to Case Tierney. The issue is moot.

6. On March 28, 2005, which was two days prior to the fourteen (14) day deadline to respond to plaintiffs' motion filed March 16, 2005, this Court entered five (5) orders.

7. Specifically, with respect to Barnard's motion to quash (d/e 37), the Court denied the motion as moot based on personal service made after the filing of Barnard's motion to quash. (text order entered 3/28/05 2:25 P.M.) The Court also made a finding that the plaintiffs' presented sufficient cause to excuse their prior failure to serve defendant, pursuant to Fed.R.Civ.P. 4(m).

8. In that text order, as well as a separate text order setting deadlines (text order entered 3/28/05 at 2:32 P.M.), defendant Barnard was given until April 15, 2005 to answer plaintiff's second amended complaint.

9. Based on this Court's rulings on March 28, 2005 denying Barnard's motion to quash as moot and setting the deadline to respond to plaintiff's pleadings by

April 15, 2005, defendant Barnard reasonably believed that this Court had ruled on plaintiffs' motion to strike (d/e 40) and that defendant need not file a response to that motion by March 30, 2005.

10. Defendant then received the text order of this Court entered April 8, 2005 granting Defendant Barnard until April 22, 2005 to respond to plaintiffs' March 16, 2005 motion.

11. In response, defendant Barnard prays that this Court deny plaintiffs' March 16, 2005 (d/e 40) motion and enter an order finding that service of defendant's appearance and motions on Robert and Ann Tierney was proper, pursuant to Fed.R.Civ.P 5(b)(2)(D).

12. Since this Court has already denied Barnard's motion to quash as moot and found that service has been properly made, defendant makes no further response as to the remainder of plaintiff's motion or prayer for relief, which the Court has essentially granted.

Wherefore, defendant Barnard prays that this Court deny plaintiffs' motion to strike defendant Barnard's appearance, and further deny plaintiffs' motion to strike

Barnard's motion to quash as moot, in that this Court has already entered an order denying the motion on March 28, 2005.

        Respectfully Submitted,

        DEFENDANT JONATHAN BARNARD,
        IN HIS INDIVIDUAL CAPACITY AS
        THE ADAMS COUNTY STATE'S
        ATTORNEY

        By:  s/Julie M. Koerner
        Julie M. Koerner Bar Number: 6204852
        Attorney for Defendant-Barney Bier
        O'Halloran, Kosoff, Geitner & Cook, P.C.
        650 Dundee Road, Suite 475
        Northbrook, Illinois 60062
        Telephone: (847) 291-0200
        Fax: (847) 291-9230
        E-mail: jkoerner@okgc.com

Julie M. Koerner
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| J. ROBERT TIERNEY, et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 04-3138 |
| vi. | ) | |
| | ) | Judge Jeanne E. Scott |
| SHERIDAN SWIM CLUB, INC., et. al. | ) | Magistrate B. G. Cudmore |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 12, 2005, I electronically filed the foregoing **Defendant Barnard's Response to Plaintiffs' Motion To Disqualify Attorney Brett Gorman/Plaintiffs' Motion to Strike** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney of record for the party and parties that are participants as follows:

J. Robert Tierney
Ann S. Tierney
2157 Summer Creek Drive
Quincy, IL 62305
217-223-4849
email: spg@insightbb.com

Paul Bown
Brown, Hay & Stephens, L.L.P.
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
217-544-8491
217-544-9609
pbown@bhsloaw.com

Brett K. Gorman
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
217-223-3030
217-223-1005
bgorman@srnm.com

                                    By:  s/Julie M. Koerner
                                    Julie M. Koerner Bar Number: 6204852
                                    Attorney for Defendant-Barney Bier
                                    O'Halloran, Kosoff, Geitner & Cook, P.C.
                                    650 Dundee Road, Suite 475
                                    Northbrook, Illinois 60062
                                    Telephone: (847) 291-0200
                                    Fax: (847) 291-9230
                                    E-mail: jkoerner@okgc.com