E-FILED
Thursday, 14 April, 2005  01:16:16 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY<br>CASE M. TIERNEY, by and through his<br>Next Best Friend, J. ROBERT TIERNEY,<br><br>    Plaintiffs,<br><br>v.<br><br>SHERIDAN SWIM CLUB, INC., an Illinois<br>Corporation, DOUG OLSON, ROBERT<br>MEYER, and ROBERT HULTZ, Members of the<br>Sheridan Swim Club, Inc. Board in their Individual<br>And Official Capacities, ANDREW C. SCHNACK,<br>III, BARNEY BIER, JON BARNARD, in their<br>Individual Capacities,  DENNIS GORMAN,<br>Attorney for The Quincy School District #172, a<br>political subdivision of the State of Illinois, in his<br>Individual and Official Capacities,<br>    Defendants. | Case No. 04-3138<br><br>Judge Jeanne E. Scott<br><br>Magistrate B. G. Cudmore |

## DEFENDANT BARNARD'S MOTION TO ENLARGE TIME FOR FILING A RESPONSE TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendant, Jonathan H. Barnard, by his attorney, Julie M. Koerner, moves this Court for an enlargement of time to file his responsive pleadings to plaintiffs' second amended complaint, pursuant to Fed.R.Civ.P. 6(b), and states as follows:

1. That plaintiffs filed their second amended complaint on January 27, 2005.

2. That defendant filed a motion to quash, which was denied by this Court on March 28, 2005, at which time this Court ordered defendant to respond to the plaintiffs' pleadings on or before April 15, 2005.  (text order entered 3/28/05, Judge Scott).

3.  That plaintiffs second amended complaint consists of thirty (30) pages and contains purported constitutional and state law claims under ten (10) different theories. (d/e 23).

4.  That in addition to the issues presented simply by the pleadings in this case, there are also issues of *res judicata*, collateral estoppel, and Rooker Feldman, which arise from the multiple prior lawsuits filed by the Tierneys with respect to the same, or similar issues, involved with this present action.

5.  That counsel has been diligently researching the multitudinous issues presented in plaintiffs' second amended complaint for the purpose of preparing a motion to dismiss, but needs additional time to prepare for said motion.

6.  That counsel prays that this Court grant an enlargement of time to respond to plaintiffs' pleadings via a motion to dismiss until April 29, 2005.

7.  That this is the first time that counsel has made a request for an enlargement of time.

8.  That counsel has no objection to continuing the time frame in which the Tierneys have to file a response to the previously filed motion by defendant Bier, presently set for May 6, 2005, to a future date to allow plaintiffs sufficient time to respond to both motions together instead of separately.

Wherefore, defendant Barnard respectfully prays that this Court grant him an

enlargement of time until April 29, 2005 to file a response to plaintiffs' second amended complaint.

                                              Respectfully Submitted,

                                              DEFENDANT BARNEY BIER, IN HIS
                                              INDIVIDUAL CAPACITY AS THE
                                              ADAMS COUNTY STATE'S ATTORNEY

                                              By:  s/Julie M. Koerner
                                              Julie M. Koerner Bar Number: 6204852
                                              Attorney for Defendant-Barney Bier
                                              O'Halloran, Kosoff, Geitner & Cook, P.C.
                                              650 Dundee Road, Suite 475
                                              Northbrook, Illinois 60062
                                              Telephone: (847) 291-0200
                                              Fax: (847) 291-9230
                                              E-mail: jkoerner@okgc.com

Julie M. Koerner
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, et. al. )<br>)<br>Plaintiffs, )<br>)<br>vi. )<br>)<br>SHERIDAN SWIM CLUB, INC., et. al. )<br>)<br>Defendants. ) | Case No. 04-3138<br><br>Judge Jeanne E. Scott<br>Magistrate B. G. Cudmore |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 14, 2005, I electronically filed the foregoing **Defendant Barnard's Motion to Enlarge Time For Filing A Response to Plaintiff's Second Amended Complaint** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney of record for the party and parties that are participants as follows:

J. Robert Tierney
Ann S. Tierney
2157 Summer Creek Drive
Quincy, IL 62305
217-223-4849
email: spg@insightbb.com

Paul Bown
Brown, Hay & Stephens, L.L.P.
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
217-544-8491
217-544-9609
pbown@bhsloaw.com

Brett K. Gorman
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
217-223-3030
217-223-1005
bgorman@srnm.com

                                        By: s/Julie M. Koerner
                                        Julie M. Koerner Bar Number: 6204852
                                        Attorney for Defendant-Barney Bier
                                        O'Halloran, Kosoff, Geitner & Cook, P.C.
                                        650 Dundee Road, Suite 475
                                        Northbrook, Illinois 60062
                                        Telephone: (847) 291-0200
                                        Fax: (847) 291-9230
                                        E-mail: jkoerner@okgc.com