**E-FILED**
Friday, 15 April, 2005  01:51:49 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF ILLINOIS**

**SPRINGFIELD DIVISION**

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, )<br>CASE M. TIERNEY, By And Through His )<br>Next Best Friend, J. ROBERT TIERNEY )<br>                         Plaintiffs, )<br>                                        )<br>    vs. )<br>                                        )<br>SHERIDAN SWIM CLUB, INC., an Illinois corporation, )<br>DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ, )<br>Members of the Sheridan Swim Club Inc., Board in their )<br>Individual and Official Capacities, ANDREW C. SCHNACK III, )<br>BARNEY BIER, and JON BARNARD in their Individual )<br>Capacities, DENNIS GORMAN, Attorney for The Quincy )<br>School District 172, a political subdivision of the State of Illinois, )<br>in his Individual and Official Capacities, )<br>                        Defendants )| No.04-3138<br>JURY DEMAND |

**PLAINTIFF'S RESPONSE TO DEFENDANT BARNARD'S MOTION FOR**

**EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Now comes Plaintiff J. Robert Tierney, pro se, and in response to DEFENDANT BARNARD'S MOTION TO ENLARGE TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFFS' SECOND AMENDED COMPLAINT filed on behalf of Defendant Barnard, moves this Court to deny the Motion for extension of time, and in support thereof, Plaintiff make the following statements:

1. Attorney Julie Koerner is the same counsel of record for both <u>Defendants Barnard and Bier</u>.

2. Both defendants Bier and Barnard are also attorneys.

3. Bier is the former Adams County State's Attorney who left the office in December 2004. Barnard is the current Adam County State's Attorney who took office in December 2004.

1

4.  Barnard was also an Adams County Assistant State's attorney when he was the counsel of record for Defendants Bier, Schnack, Sheridan etc., in the State Court litigation 02-L-12.

5.  Defendants Barnard and Bier, and all other Defendants were initially served with the amended complaint on or about October 15, 2004 by waiver of service of summons.

6.  Defendant Bier filed a responsive pleading on or about December 16, 2004.

7.  However, Defendant Barnard refused to accept waiver of service and failed to make an appearance and/or respond to the Complaint.

8.  It required 2 separate services by process server to perfect service on Defendant Barnard, who continued to hide in his office until the process server demanded that he appear personally to accept service.

9.  Attorney Koerner filed another responsive pleading/Motion To Dismiss on behalf of Defendant Bier but inexplicably filed a dilatory, bad-faith Motion To Quash on behalf of Barnard in a blatant attempt to avoid responding to the Complaint.

10. The Court denied Barnard's Motion to Quash and ordered Barnard to file a responsive pleading by April 15, 2005.

11. In paragraph 5 of Barnard Motion for Enlargement of Time, Koerner makes the following bad-faith statement:

    "That counsel has been diligently researching the multitudinous issues presented in plaintiffs' second amended complaint for the purpose of preparing a motion to dismiss, but needs additional time to prepare for said motion."

12. All of the claims and issues asserted in the second amended complaint were well known to attorney Koerner at the time she filed a responsive pleading/Motion to Dismiss on behalf of Defendant Bier several weeks ago, and also filed a Motion to Quash on behalf of Defendant Barnard weeks ago.

13. Attorney Koerner could have, and should have, filed a responsive pleading on behalf of Barnard when she filed a responsive pleading/Motion to Dismiss on behalf of Bier.

14. Furthermore, the claims in this litigation arise from causes of action, which occurred in June 2002, and thereafter and involve additional parties.

15. Barnard Motion is presented for purposes of delay and is clearly intended to prejudice and perpetuate damages against the pro se Plaintiffs and their children.

Wherefore, the Plaintiff moves this Court to deny Defendant Barnard Motion For Enlargement of Time consider sanctions against the Defendants in order to put a stop to these delaying tactics obviously made in bad-faith.

Dated April 15, 2005

Respectfully submitted,

Robert Tierney,
One of the Plaintiffs, pro se

## CERTIFICATE OF SERVICE

I hereby certify that on the _15_ day of _____April 2005_____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Julie M. Koerner
Clifford G. Kosoff
O'Halloran, Kosoff, Geitner & Cook
650 Dundee Road Suite 475
Northbrook, Illinois 60062
E-mail:jkoerner@okge.com

Paul Bown
Brown, Hay & Stephens, LLP
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, Illinois 62705-2459
E-mail:pbown@bhslaw.com

Brett K. Gorman
Schmiedeskamp, Robertson
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
Fax:  217-223-1005

Robert Tierney
Plaintiff, pro se
2517 Summer Creek
Quincy, IL  62305
Telephone:  217-223-4849
E-mail:  spg@insightbb.com