UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, CASE M. TIERNEY, By And Through His Next Best Friend, J. ROBERT TIERNEY, <br><br> Plaintiffs, <br><br> v. <br><br> SHERIDAN SWIM CLUB, INC., an Illinois corporation, ANDREW C. SCHNACK, III, in his Individual Capacity, DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ Members of the Sheridan Swim Club Inc., Board in their Individual and Official Capacities, BARNEY BIER, Member of the Sheridan Board in His Individual and Official Capacities, and in his Individual Capacity as the Adams County State's Attorney, JON BARNARD, in his Individual Capacity as an Adams County Assistant State's Attorney, DENNIS GORMAN, Attorney for the Quincy School District #172, a political subdivision of the State of Illinois, in his Individual and Official Capacities, <br><br> Defendants. | Case No. 04-3138 |

## MOTION FOR LEAVE TO FILE BRIEF
## IN EXCESS OF PAGE LIMITATIONS

Defendant **DENNIS W. GORMAN**, by his attorneys, **SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL**, moves this court for leave to file a memorandum in excess of the fifteen page limitation established by CDIL-LR7.1(B)(2). The brief is entitled "Memorandum in Support of Motion to Dismiss Plaintiffs' Second Amended Complaint," and the undersigned certifies that it is 23 pages long and 7,183 words in length. The length of the brief is necessary to address all of the issues raised in the Plaintiffs' second amended complaint, which contains 139 separate paragraphs of allegations.

        s/      Brett K. Gorman
        Brett K. Gorman, IL Bar #6210850
        Attorney for Defendant Dennis W. Gorman
        Schmiedeskamp, Robertson, Neu & Mitchell
        525 Jersey Street, P. O. Box 1069
        Quincy, IL 62306-1069
        Telephone: (217) 223-3030
        Facsimile: (217) 223-1005
        E-mail: bgorman@srnm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of April, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Robert Tierney
Ann S. Tierney
spg@insightbb.com
jrtast1972@yahoo.com

Paul R. Bown
Brown Hay & Stephens
pbown@bhslaw.com

Clifford G. Kosoff
Julie M. Koerner
O'Halloran, Kosoff, Geitner & Cook PC
ckosoff@okgc.com
jkoerner@okgc.com

Matthew D. Bilinsky
Terence J. Corrigan
Illinois Attorney General
mbilinsky@atg.state.il.us
tcorrigan@atg.state.il.us

        s/      Brett K. Gorman
        Brett K. Gorman, IL Bar #6210850
        Attorney for Defendant Dennis W. Gorman
        Schmiedeskamp, Robertson, Neu & Mitchell
        525 Jersey Street, P. O. Box 1069
        Quincy, IL 62306-1069
        Telephone: (217) 223-3030
        Facsimile: (217) 223-1005
        E-mail: bgorman@srnm.com