IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT

ADAMS COUNTY, ILLINOIS

| | | |
|---|---|---|
| JAMES R. TIERNEY, ANN S. TIERNEY and MERYL A. TIERNEY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 02-L-12 |
| SHERIDAN SWIM CLUB, et al., | ) ) ) | |
| Defendants. | ) | |

APR 1 6 2003

## ORDER

Cause comes on for supplemental hearing on Defendants' Motion to Dismiss the Third Amended Complaint, and Plaintiffs' Motion to Strike the Motion to Dismiss. Plaintiff Robert Tierney appears in person, Ann Tierney and Meryl Tierney do not appear. Jonathan H. Barnard, appears on behalf of all Defendants.

Argument, and certain documentary evidence presented by Plaintiff is considered on the Motion to Dismiss. Oral argument is heard on the Motion to Strike. The Court, having considered the arguments of the parties, pertinent case law and evidence herein, hereby orders, adjudges and decrees as follows:

Plaintiffs' Motion to Strike, as well as the Request to Present Testimony in Support Thereof, is hereby denied. The Court hereby grants the Motion to Dismiss all Counts of the Third Amended Complaint of Plaintiffs, pursuant to Section 2-615 and Section 2-619 of the Illinois Code of Civil Procedure, and accordingly, the same are hereby dismissed with prejudice at Plaintiffs' costs.

It is further ordered that all other Motions pending at the time of this ruling are hereby denied, including Plaintiffs' Motions for Discovery and various Discovery Sanctions; School District No. 172's Motion to Quash and for Sanctions; ~~and, Chet and Barb Vahle's Motion for Protective Order~~.

Dated: 4-11-, 2003.

The Honorable Joe R. Vespa

**EXHIBIT A**

pc    Jonathan H. Barnard
      Marec Edgar
      Robert Tierney / Ann Tierney / Meryl Tierney
      Chet W. Vahle / Barb Vahle

The clerk will please send a copy hereof to Judge Vespa in Peoria, the Plaintiff, Mr Tierney and the attorneys. The Parties can make any further challenges to this order by way of Motion if they see fit to do so.