E-FILED
Friday, 22 April, 2005  05:28:11 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, CASE M. TIERNEY, By And Through His Next Best Friend, J. ROBERT TIERNEY, <br><br>            Plaintiffs,<br><br>v.<br><br>SHERIDAN SWIM CLUB, INC., an Illinois corporation, ANDREW C. SCHNACK, III, in his Individual Capacity, DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ Members of the Sheridan Swim Club Inc., Board in their Individual and Official Capacities, BARNEY BIER, Member of the Sheridan Board in His Individual and Official Capacities, and in his Individual Capacity as the Adams County State's Attorney, JON BARNARD, in his Individual Capacity as an Adams County Assistant State's Attorney, DENNIS GORMAN, Attorney for the Quincy School District #172, a political subdivision of the State of Illinois, in his Individual and Official Capacities,<br><br>            Defendants. | Case No. 04-3138 |

### DEFENDANT DENNIS GORMAN'S MOTION TO DISMISS
### PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendant **DENNIS W. GORMAN,** by his attorneys, **SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL**, moves to dismiss the Plaintiffs' second amended complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). In support of this motion, the Defendant states as follows:

1. The court lacks subject matter jurisdiction to review the judgment of a state court under the Rooker-Feldman doctrine.

2. Alternatively, the Plaintiffs' second amended complaint should be dismissed for any or all of the following reasons:

   a. Plaintiffs fail to state claims upon which relief can be granted;

   b. Even if the Plaintiffs could plead viable claims, they would be barred by *res judicata* and collateral estoppel; and

   c. Even if the plaintiffs could plead viable §1983 or §1985 claims, they are barred by the statute of limitations.

3. The Defendant restates its continuing objection to J. Robert Tierney's unauthorized practice of law in representing Ann Tierney.

4. In support of this motion, the Defendant submits a memorandum of law, which accompanies the filing of this motion.

Wherefore, Defendant Dennis Gorman moves for the entry of an order dismissing this action against him its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and for such other relief as the court deems appropriate.

s/_____Brett K. Gorman_____
Brett K. Gorman, IL Bar #6210850
Attorney for Defendant Dennis W. Gorman
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: bgorman@srnm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of April, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Robert Tierney
Ann S. Tierney
spg@insightbb.com
jrtast1972@yahoo.com

Paul R. Bown
Brown Hay & Stephens
pbown@bhslaw.com

Clifford G. Kosoff
Julie M. Koerner
O'Halloran, Kosoff, Geitner & Cook PC
ckosoff@okgc.com
jkoerner@okgc.com

Matthew D. Bilinsky
Terence J. Corrigan
Illinois Attorney General
mbilinsky@atg.state.il.us
tcorrigan@atg.state.il.us

                                                  s/        Brett K. Gorman
                                            Brett K. Gorman, IL Bar #6210850
                                            Attorney for Defendant Dennis W. Gorman
                                            Schmiedeskamp, Robertson, Neu & Mitchell
                                            525 Jersey Street, P. O. Box 1069
                                            Quincy, IL 62306-1069
                                            Telephone: (217) 223-3030
                                            Facsimile: (217) 223-1005
                                            E-mail: bgorman@srnm.com