E-FILED
Friday, 29 April, 2005  10:19:52 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

April 29, 2005

**J Robert Tierney**

2517 Summer Creek

Quincy, IL 62301

RE: Tierney v Sheridan  Swim Club, et al.

CASE NO. 04-3138

Dear Mr. Tierney:

  NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

JOHN M. WATERS, CLERK

U.S. DISTRICT COURT

cc:  all counsel

notice revised 1/01

mhs