# United States District Court
### CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

April 29, 2005

**Ann S. Tierney**
2517 Summer Creek
Quincy, IL 62301

RE: Tierney v Sheridan Swim Club, et al.

CASE NO. 04-3138

Dear Ms. Tierney:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

                                            JOHN M. WATERS, CLERK
                                            U.S. DISTRICT COURT

cc:  all counsel

notice revised 1/01

mhs