UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY and ANN S. TIERNEY, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>SHERIDAN SWIM CLUB, INC., an Illinois corporation, )<br>DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ, )<br>Members of the Sheridan Swim Club Inc., Board in their )<br>Individual and Official Capacities, ANDREW C. SCHNACK III, )<br>BARNEY BIER, and JON BARNARD in their Individual )<br>Capacities, DENNIS GORMAN, Attorney for The Quincy )<br>School District 172, a political subdivision of the State of Illinois, )<br>in his Individual and Official Capacities, )<br>Defendants ) | No.04-3138<br>JURY DEMAND |

**PLAINTIFFS' FIRST MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING**

Now comes the Plaintiffs Robert Tierney and Ann Tierney, Pro se, and pursuant to Rule 6b and any other applicable Rules of the Federal Rules of Civil Procedure, moves this honorable Court for an enlargement of time until May 27, 2005 in which to reply to Defendants Four (4) Motions to Dismiss and in support thereof, Plaintiffs make the following statements:

1. The Defendants are represented by 4 separate attorneys who have filed 4 separate Motions to Dismiss on a staggered basis.
2. The last Motions to Dismiss were filed on or about April 15 and April 22, 2005, following an enlargement of time to respond to the Complaint.
3. The Plaintiffs have until May 13, 2005, to file Responses to these Motions.
4. Many of the issues raised in the various Motions to Dismiss allegedly relate to matters allegedly pertaining to Cases 99-3149 and 01-3179
5. Plaintiffs were represented by counsel, Richard Steagall, for those cases.
6. Plaintiffs are now Pro se.

1

7. Plaintiffs suffered a computer failure recently which necessitated purchasing a new hard drive and reloading and replicating all the files needed to respond to this Motion.
8. This is an ongoing activity since many files have to be obtained and scanned.
9. Plaintiffs are attempting to obtain various documents and information from Steagall and other third parties in order to respond to these Motions.
10. This Motion is made in good faith in order to properly represent the interests of the Plaintiffs and is not intended to cause undue delay.
11. This Court recently granted the Plaintiffs an enlargement of time until May 23, 2005, to respond to a Motion pertaining to Case 01-3179.
12. None of the Defendants will be unduly prejudiced by granting these Motions.

Wherefore, the plaintiffs respectfully prays this honorable Court grant an enlargement of time up to and including May 27, 2005, for Plaintiffs to reply to Defendants Four Motions to Dismiss, and for any other relief the Court deems appropriate.

Dated <u>May 11, 2005</u>

Respectfully submitted,

*[signature: Robert]*

*[signature: Tierney]*

Plaintiffs, Pro se

**CERTIFICATE OF SERVICE**

I hereby certify that on the  11  day of        May  2005       , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Julie M. Koerner
Clifford G. Kosoff
O'Halloran, Kosoff, Geitner & Cook
650 Dundee Road Suite 475
Northbrook, Illinois 60062
E-mail:jkoerner@okge.com

Paul Bown
Brown, Hay & Stephens, LLP
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, Illinois 62705-2459
E-mail:pbown@bhslaw.com

Brett K. Gorman
Schmiedeskamp, Robertson
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
Fax:  217-223-1005

/s/ Robert Tierney
/s/ Ann Tierney
Robert Tierney
Ann Tierney
Plaintiffs, pro se
2517 Summer Creek
Quincy, IL  62305
Telephone:  217-223-4849
E-mail:  spg@insightbb.com