E-FILED
Friday, 27 May, 2005 03:07:26 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY and ANN S. TIERNEY, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>SHERIDAN SWIM CLUB, INC., an Illinois corporation, )<br>DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ, )<br>Members of the Sheridan Swim Club Inc., Board in their )<br>Individual and Official Capacities, ANDREW C. SCHNACK III, )<br>BARNEY BIER, and JON BARNARD in their Individual )<br>Capacities, DENNIS GORMAN, Attorney for The Quincy )<br>School District 172, a political subdivision of the State of Illinois, )<br>in his Individual and Official Capacities, )<br>Defendants ) | No.04-3138<br>JURY DEMAND |

**PLAINTIFFS' SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING**

 Now comes the Plaintiffs Robert Tierney and Ann Tierney, Pro se, and pursuant to Rule 6b and any other applicable Rules of the Federal Rules of Civil Procedure, moves this honorable Court for an enlargement of time of 10 days until June 7, 2005, which to reply to Defendants' Four (4) Motions To Dismiss and in support thereof, Plaintiffs make the following statements: Gorman's Response to Plaintiffs Motion to Disqualify Counsel, and in support thereof, Plaintiffs make the following statements:

1. The Defendants are represented by 4 separate attorneys who have filed 4 individual Motions to Dismiss.
2. Many of the issues and defenses raised in these Motions to Dismiss allegedly relate to matters allegedly pertaining to Cases 99-2149 and 01-3179.
3. Plaintiffs were represented by counsel, Richard Steagall, for those cases.
4. Plaintiffs are now Pro se.
5. Plaintiffs suffered a computer failure recently which necessitated purchasing a new hard drive and reloading and replicating all the files needed to respond to this Motion.

6. Plaintiffs are attempting to obtain documents and information from various parties in order to respond to this Motion.
7. This is on ongoing activity.
8. The impending Memorial Day holiday has impeded the ability of the Plaintiffs to get information from parties due to their limited availability.
9. This Motion is made in good faith in order to properly represent the interests of the Plaintiffs and is not intended to cause undue delay.
10. None of the Defendants will be unduly prejudiced by granting these Motions.

Wherefore, the plaintiffs respectfully prays this honorable Court grant an enlargement of time of 10 days up to and including June 7, 2005, for Plaintiffs to reply to Defendants' Motions To Dismiss, and for any other relief the Court deems appropriate.

Dated May 26, 2005

Respectfully submitted,

_[signature]_

_[signature]_

Robert Tierney, Ann Tierney
Plaintiffs

**CERTIFICATE OF SERVICE**

We hereby certify that on the  27  day of    May  2005    , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Julie Koerner & Clifford Kosoff
O'Halloran, Kosoff, Geitner & Cook
650 Dundee Road Suite 475
Northbrook, Illinois 60062
E-mail:jkoerner@okge.com

Paul Bown
Brown, Hay & Stephens, LLP
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705
Fax: 217-5449609

Brett K. Gorman
Schmiedeskamp, Robertson
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
Fax:  217-223-1005

Robert Tierney, Ann Tierney
Plaintiffs, pro se
2517 Summer Creek
Quincy, IL  62305
Telephone:  217-223-4849
E-mail:  spg@insightbb.com