UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY and ANN S. TIERNEY,            )<br>                                                                             )<br>                           Plaintiffs,               )<br>                                                                             )<br>         vs.                                                              )<br>                                                                             )<br>SHERIDAN SWIM CLUB, INC., an Illinois corporation, )<br>DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ, )<br>Members of the Sheridan Swim Club Inc., Board in their )<br>Individual and Official Capacities, ANDREW C. SCHNACK III, )<br>BARNEY BIER, and JON BARNARD in their Individual )<br>Capacities, DENNIS GORMAN, Attorney for The Quincy )<br>School District 172, a political subdivision of the State of Illinois, )<br>in his Individual and Official Capacities,         )<br>                           Defendants                )  | No.04-3138<br>JURY DEMAND |

**AMENDED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT**

Now comes the Plaintiffs Robert Tierney, Ann Tierney, Pro se, and in the interests of judicial economy and pursuant to Rule 15 (d) of the Federal Rules of Civil Procedure, moves this honorable Court for leave to file a supplemental pleading to the Second Amended Complaint, and in support thereof, Plaintiffs make the following statements:

1. <u>A Motion For Leave To File A Supplemental Complaint was filed on or about July 12, 2005, with notice to the Court that a copy of the actual supplemental complaint would be submitted by July 19, 2005.</u>

2. <u>A copy of the supplemtal complaint is attached hereto.</u>

3. The complaint was filed on or about June 23, 2004.

4. An amended complaint was filed on or about July 7, 2004.

5. A second amended complaint was filed with leave of the court in January 2005, after the Plaintiffs discover new evidence and additional causes of action occurred in November 2004.

6. In November and December of 2004, the Plaintiffs obtained additional evidence, which required clarification to some of the factual pleadings in the Complaint(s), especially pertaining to claims against Defendant Bier.

7. The Plaintiffs were forced to obtain judicial intervention by the Chief Judge of the Eight Judicial Circuit Court in order to gain access to, and copies of public records, which were unlawfully impounded by the Adams County Circuit Clerk, which as a matter of law, are subject to disclosure upon request in compliance with The Freedom of Information Act. (See Exhibits attached to this Motion, and ¶¶'s 72-75 of the Second Amended Complaint)

8. Rule 12 Motions have been filed by the various defendants in response to the Second Amended Complaint and are pending before the Court.

9. New causes of action have occurred during the months of May, June, and July, 2005, involving 1 or more of the defendants as well as several new individuals who are not named defendants.

10. These causes of action give rise to new Federal and State claims.

11. Plaintiffs will file the completed supplemental pleading within 7 days by July 19, 2005.

12. The Plaintiffs are filing this Motion now in order to promote the interest of judicial economy and to alert the Court to the imminent filing of a supplemental pleading in order to stay any action on pending Motions and thereby avoid unnecessary filings by all parties.

13. The supplemental pleading may also affect the eligibility of some of the defendants' attorney to represent a "corporate" entity as well as individual defendants.

14. Per Rule 15(d) of the Federal Rules of Civil Procedure:

"Upon motion of a party the court may, upon reasonable notice and upon such terms as are just, permit the party to serve a supplemental pleading setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplanted. Permission may be granted even though the original pleading is defective in its statement of a claim for relief or defense. If the court deems it advisable that the adverse party plead the supplemental pleading, it shall so order, specifying the time therefore."

15. This Motion is made in good faith in order to properly represent the interests of the Plaintiffs and is not intended to cause undue delay.
16. None of the Defendants will be unduly prejudiced by granting these Motions.
17. Granting this Motion will in fact promote the interests of judicial economy.

Wherefore, the plaintiffs respectfully prays this honorable Court grant this motion for leave file a supplemental Complaint and for any other relief the Court deems appropriate.

Dated July 19, 2005

PROOF OF SERVICE

We hereby certify that on the __19__ day of __July__ 2005, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Julie M. Koerner
Clifford G. Kosoff
O'Halloran, Kosoff, Geitner & Cook
650 Dundee Road Suite 475
Northbrook, Illinois 60062
E-mail:jkoerner@okge.com

Paul Bown
Brown, Hay & Stephens, LLP
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, Illinois 62705-2459
E-mail:pbown@bhslaw.com

Brett K. Gorman
Schmiedeskamp, Robertson
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
Fax: 217-223-1005

*[signature: Ann Tierney]*

Robert Tierney
Ann Tierney
Plaintiffs, pro se
2517 Summer Creek
Quincy, IL  62305
Telephone:  217-223-4849
E-mail:  spg@insightbb.com