**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY )<br>CASE M. TIERNEY, by and through his )<br>Next Best Friend, J. ROBERT TIERNEY, )<br>                                           )<br>             Plaintiffs,                )<br>                                           )   Case No. 04-3138<br>        v.                              )<br>                                           )   Judge Jeanne E. Scott<br>SHERIDAN SWIM CLUB, INC., an Illinois )<br>Corporation, DOUG OLSON, ROBERT  )   Magistrate B. G. Cudmore<br>MEYER, and ROBERT HULTZ, Members of the )<br>Sheridan Swim Club, Inc. Board in their Individual )<br>And Official Capacities, ANDREW C. SCHNACK, )<br>III, BARNEY BIER, JON BARNARD, in their )<br>Individual Capacities, DENNIS GORMAN, )<br>Attorney for The Quincy School District #172, a )<br>political subdivision of the State of Illinois, in his )<br>Individual and Official Capacities, )<br>             Defendants.               ) | |

**DEFENDANT BARNARD'S RESPONSE IN OPPOSITION TO PLAINTIFFS'**
**AMENDED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT**

Defendant, Jonathan Banard, by his attorneys, Julie M. Koerner and Clifford G. Kosoff, respond to plaintiffs' amended motion for leave to file a supplemental complaint as follows:

1. On June 23, 2004, plaintiffs initially filed a complaint alleging various civil rights violations and state law claims against Jonathan Barnard and others. (d/e 1).

2. On July 7, 2004, plaintiffs filed an amended complaint.  (d/e 3).

3. On January 27, 2005, plaintiffs filed a second amended complaint.  (d/e 23).

4. On April 22, 2005, defendant Barnard filed a motion to dismiss plaintiffs' second amended complaint asserting that plaintiffs' purported constitutional claims are all

1

subject to dismissal pursuant to Fed.R.Civ.P. 12(b)(6) and/or 12(b)(1).  (d/e 56). Specifically, Barnard avers that this court lacks subject matter jurisdiction, pursuant to Rule 12(b)(1), by virtue of *res judicata*, collateral estoppel, Rooker-Feldman, and sovereign immunity.  Alternatively, Barnard maintains that plaintiffs' second amended complaint is subject to dismissal for failure to state a claim for which relief can be granted, pursuant to Rule 12(b)(6).

      5.    Plaintiffs sought three extensions to respond to several defendants' motions to dismiss filing their partial response on June 14, 2005.  (d/e 69).

      6.    On July 19, 2005, Mr. Tierney filed an amended motion for leave to file a supplemental complaint as well as a copy of the intended pleading entitled first supplemental to the second amended complaint.  (d/e 71).

      7.    Mr. Tierney alone has now filed a motion seeking to supplement the second amended complaint by including additional parties and "new" causes of action, which have occurred over the last four months.  (d/e 71).  Defendant notes that although the motion contains the reproduced signature of Ann Tierney that she has failed to file electronically as required by this court, pursuant to Local Rule 11.4.  Moreover, Mr. Tierney continues to fail to follow the local rules, even though admonished by this court on prior occasions (see Text Order of this Court entered 3/28/05), that his electronic signature is required and not his reproduced signature as is apparent on the documents.

      8.    In his latest motion, Mr. Tierney claims that new causes of action as well as parties have been identified, thereby giving rise to new Federal and State claims. Furthermore, he assert that any decision on the current motions to dismiss should be stayed.

9. A review of Mr. Tierney's proposed supplemental to the second amended complaint makes clear that none of the "new" facts or claims relate to defendant Barnard. The exact same constitutional claims and pendant state law claims against Barnard, which plaintiffs set forth in the second amended complaint, are present in the proposed supplement.

10. In fact, Mr. Tierney purports to add new factual allegations relating to the other defendants concerning the alleged wrongful termination of Case Tierney's youth membership at the Sheridan Swim Club on June 21, 2005. Mr. Tierney cannot represent his son, a minor, and cannot allege new acts of retaliation based on actions taken against his son.

11. Mr. Tierney's bold assertion that staying a decision on Barnard's motion to dismiss plaintiffs' second amended complaint will somehow promote the interests of judicial economy is absurd. Staying the decision will merely prolong a decision as to the issues raised in the motion to dismiss, as the same grounds for dismissal under the second amended complaint would exist under the supplemental complaint.

12. Mr. Tierney's assertion that Barnard will not be unduly prejudiced if his motion is granted is likewise without merit. Barnard should not be required to continually defend against a merit less complaint, whose deficiencies cannot be cured with further pleadings. As evidenced by the plaintiffs' repeated requests for extensions of time in the past, it is clear that the potential for prolonged litigation is very real. Barnard should not be burdened with being a party to a matter, which as a matter of law, can be decided at this time.

Wherefore, defendant, Jonathan H. Barnard, respectfully requests that this Court deny Mr. Tierney's amended motion for leave to File a supplemental complaint and proceed to ruling on defendant's pending motion to dismiss second amended complaint.

Respectfully Submitted,

DEFENDANT JONATHAN H. BARNARD, IN HIS INDIVIDUAL CAPACITY AS THE ADAMS COUNTY STATE'S ATTORNEY

By:  s/Julie M. Koerner
Julie M. Koerner Bar Number: 6204852
Attorney for Defendant-Barney Bier
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
E-mail: jkoerner@okgc.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 04-3138 |
| vi. ) | |
| ) | Judge Jeanne E. Scott |
| SHERIDAN SWIM CLUB, INC., et. al. ) | Magistrate B. G. Cudmore |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 2, 2005, I electronically filed the foregoing **Defendant Barnard's Response in Opposition to Plaintiffs' Motion to File A Supplemental Complaint** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney of record for the party and parties that are participants as follows:

J. Robert Tierney
Ann S. Tierney
2157 Summer Creek Drive
Quincy, IL 62305
217-223-4849
email: spg@insightbb.com

Paul Bown
Brown, Hay & Stephens, L.L.P.
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
217-544-8491
217-544-9609
pbown@bhsloaw.com

Brett K. Gorman
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
217-223-3030
217-223-1005
bgorman@srnm.com

      By: s/Julie M. Koerner
Julie M. Koerner Bar Number: 6204852
Attorney for Defendant-Barney Bier
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
**E-mail: jkoerner@okgc.com**

5