E-FILED
Tuesday, 02 August, 2005  01:40:50 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY CASE M. TIERNEY, by and through his Next Best Friend, J. ROBERT TIERNEY, | ) ) ) ) |
| Plaintiffs, | ) ) |
| | ) Case No. 04-3138 |
| v. | ) |
| | ) Judge Jeanne E. Scott |
| SHERIDAN SWIM CLUB, INC., an Illinois Corporation, DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ, Members of the Sheridan Swim Club, Inc. Board in their Individual And Official Capacities, ANDREW C. SCHNACK, III, BARNEY BIER, JON BARNARD, in their Individual Capacities,  DENNIS GORMAN, Attorney for The Quincy School District #172, a political subdivision of the State of Illinois, in his Individual and Official Capacities, | ) ) ) Magistrate B. G. Cudmore ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANT BARNEY BIER'S RESPONSE IN OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT**

Defendant, Barney Bier, by his attorneys, Julie M. Koerner and Clifford G. Kosoff, responds in opposition to plaintiffs' amended motion for leave to file a supplement to second amended complaint as follows:

    1.    On June 23, 2004, plaintiffs initially filed a complaint alleging various civil rights violations and state law claims against Barney Bier ("Bier"), and others. Plaintiffs assert that Bier's actions were committed under color of state law.  (d/e 1).

    2.    On July 7, 2004, plaintiffs filed an amended complaint.  (d/e 3).

    3.    On January 27, 2005, plaintiffs filed a second amended complaint. (d/e 23).

4. On February 24, 2005, Bier filed a motion to dismiss plaintiffs' second amended complaint, asserting that plaintiffs' purported constitutional claims are all subject to dismissal pursuant to Fed.R.Civ.P. 12(b)(6) and/or 12(b)(1). (d/e 26).

5. Specifically, Bier avers that this court lacks subject matter jurisdiction, pursuant to Rule 12(b)(1), by virtue of the application of *res judicata*, collateral estoppel, the Rooker-Feldman doctrine, the tolling of the statute of limitations set forth in 745 ILCS 10/8-101, and prosecutorial immunity. Alternatively, Bier maintains that plaintiffs' second amended complaint is subject to dismissal for failure to state a claim for which relief can be granted, pursuant to Rule 12(b)(6).

6. Plaintiffs responded to Bier's motion to dismiss on June 14, 2005. (d/e 69). As such, the motion has been fully briefed and the parties merely await the Court's ruling.

7. Mr. Tierney alone has now filed a motion seeking to supplement the second amended complaint by including additional parties and "new" causes of action, which have occurred over the last four months. (d/e 71). Defendant notes that although the motion contains the reproduced signature of Ann Tierney that she has failed to file electronically as required by this court, pursuant to Local Rule 11.4. Moreover, Mr. Tierney continues to fail to follow the local rules, even though admonished by this court on prior occasions (see Text Order of this Court entered 3/28/05), that his electronic signature is required and not his reproduced signature as is apparent on the documents.

8. The proposed supplement to second amended complaint contains no new state or federal claims against Bier.

9. Mr. Tierney purports to add new factual allegations relating to defendant Bier concerning the alleged wrongful termination of Case Tierney's youth membership at the Sheridan Swim Club on June 21, 2005. Mr. Tierney cannot represent his son, a minor, and cannot allege new acts of retaliation based on actions taken against his son. Further, this purported new claim still stems from the same operative set of facts as the prior federal suit, prior state suit, and pending federal suit, which Bier is seeking to dismiss. The issue of whether or not Sheridan Swim Club and its board members, including Bier, are state actors has been decided. They are not and therefore no constitutional questions are raised by their denial of a youth membership to Case Tierney again in 2005.

10. None of the new allegations or conduct raised in Mr. Tierney's proposed supplement to second amended complaint alters the fact that defendant Bier is entitled to dismissal from this suit for the reasons fully set forth in Bier's motion to dismiss (d/e 26) and supporting memorandum (d/e 27) which are dispositive of this matter and allowing Mr. Tierney to supplement his second amended complaint at this time will only serve to delay a ruling on Bier's pending motion to dismiss.

11. Contrary to Mr. Tierney's assertions, the interests of judicial economy will not be served if he is allowed to supplement the second amended complaint, as doing so would require Bier, as well as the other defendants with pending motions to dismiss, to remain parties to this frivolous litigation, while incurring substantial costs in the long-term, and wasting judicial resources.

Wherefore, defendant, Barney Bier, respectfully requests that this Court deny Mr. Tierney's amended motion for leave to file a supplemental second amended complaint

and proceed to ruling on defendant's pending motion to dismiss second amended complaint.

Respectfully Submitted,

DEFENDANT BARNEY BIER, IN HIS INDIVIDUAL CAPACITY AS THE ADAMS COUNTY STATE'S ATTORNEY

By: s/Julie M. Koerner
Julie M. Koerner Bar Number: 6204852
Attorney for Defendant-Barney Bier
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
E-mail: jkoerner@okgc.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| J. ROBERT TIERNEY, et. al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 04-3138 |
| vi. | ) |
| | ) Judge Jeanne E. Scott |
| SHERIDAN SWIM CLUB, INC., et. al. | ) Magistrate B. G. Cudmore |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2005, I electronically filed the foregoing **Defendant Bier's Response in Opposition to Plaintiffs' Motion to File A Supplemental Complaint** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney of record for the party and parties that are participants as follows:

J. Robert Tierney
Ann S. Tierney
2157 Summer Creek Drive
Quincy, IL 62305
217-223-4849
email: spg@insightbb.com

Paul Bown
Brown, Hay & Stephens, L.L.P.
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
217-544-8491
217-544-9609
pbown@bhsloaw.com

Brett K. Gorman
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
217-223-3030
217-223-1005
bgorman@srnm.com

By: s/Julie M. Koerner
Julie M. Koerner Bar Number: 6204852
Attorney for Defendant-Barney Bier
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
**E-mail: jkoerner@okgc.com**