UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, CASE M. TIERNEY, By And Through His Next Best Friend, J. ROBERT TIERNEY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 04-3138 |
| SHERIDAN SWIM CLUB, INC., an Illinois corporation, ANDREW C. SCHNACK, III, in his Individual Capacity, DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ Members of the Sheridan Swim Club Inc., Board in their Individual and Official Capacities, BARNEY BIER, Member of the Sheridan Board in His Individual and Official Capacities, and in his Individual Capacity as the Adams County State's Attorney, JON BARNARD, in his Individual Capacity as an Adams County Assistant State's Attorney, DENNIS GORMAN, Attorney for the Quincy School District #172, a political subdivision of the State of Illinois, in his Individual and Official Capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### OBJECTION TO PLAINTIFFS' AMENDED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT

Defendant **DENNIS W. GORMAN**, by his attorneys, **SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL**, objects to Plaintiffs' "Amended Motion for Leave to File a Supplemental Complaint" (d/e 71). As grounds for this objection, the Defendant states as follows:

1. Plaintiffs seek to join additional parties associated with the Sheridan Swim Club for "new causes of action" which have arisen "during the months of May, June, and July, 2005." (d/e 71, paragraph 9).

2. Given the history of these particular litigants in both the state and federal courts (which has been extensively documented in the motions to dismiss now pending), the Defendant believes this attempt to join additional individuals associated with the Sheridan Swim Club is made for the improper purpose of harassment and retaliation.

3. The new claims are also improper in that they apparently relate to the termination of a youth membership at Sheridan Swim Club for their minor son, Case Tierney. (d/e 71, Attachment #1, at paragraph 109b. This Court and the Seventh Circuit have repeatedly admonished the *pro se* Plaintiffs that they cannot represent their minor son in federal court proceedings. See District Court Orders herein dated March 9 and 30, 2005; and Seventh Circuit Docket sheet from *Tierney I,* Appeal No. 04-1205, attached as Exhibit A, at p. 6, 7, and 8.

4. The Plaintiffs' motion is also made for the improper purpose of attempting to keep this case alive and delay the disposition of the pending defense motions to dismiss.

Wherefore, the Defendant objects to Plaintiffs' "Amended Motion for Leave to File a Supplemental Complaint" (d/e 71), and prays that said motion be denied.

s/      Brett K. Gorman
Brett K. Gorman, IL Bar #6210850
Attorney for Defendant Dennis W. Gorman
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: bgorman@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, using the CM/ECF system which will send notification of such filing to the following:

J. Robert Tierney
Ann S. Tierney
spg@insightbb.com
jrtast1972@yahoo.com

Paul R. Bown
Brown Hay & Stephens
pbown@bhslaw.com

Clifford G. Kosoff
Julie M. Koerner
O'Halloran, Kosoff, Geitner & Cook PC
ckosoff@okgc.com
jkoerner@okgc.com

Matthew D. Bilinsky
Terence J. Corrigan
Illinois Attorney General
mbilinsky@atg.state.il.us
tcorrigan@atg.state.il.us

s/            Brett K. Gorman
Brett K. Gorman, IL Bar #6210850
Attorney for Defendant Dennis W. Gorman
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: bgorman@srnm.com

Home | PACER | Opinions  Help

# General Docket
## US Court of Appeals for the Seventh Circuit

```
Court of Appeals Docket #: 04-1205                                Filed: 1/26/04
Nsuit: 3440  Oth Civil Rights-Fed. Question
Tierney, J. Robert, et al v. Powers, Richard, et al
Appeal from: United States District Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

     District: 0753-3 : 99 C 3149
     Ordering Judge: Jeanne E. Scott, Judge
     Court Reporter: Kathy Sullivan, Court Reporter
     Date Filed: 6/24/99
     Date order/judgment: 12/19/03
     Date NOA filed: 1/15/04
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   01-2797   jmf   hw    rap
   Date filed: 10/9/01   Date disposed: 9/18/02  Disposition: AFFIRMED

Current cases:
                 Lead         Member      Start       End
     Consolidated:
                 02- 1403     04- 1205    2/11/04

Docket as of April 14, 2005 11:01 pm                          Page 1
```

---

```
04-1205  Tierney, J. Robert, et al v. Powers, Richard, et al

J. ROBERT TIERNEY                J. Robert Tierney
     Plaintiff - Appellant       [COR LD NTC pro]
                                 2517 Summer Creek
                                 Quincy, IL 62301

ANN S. TIERNEY                   Ann S. Tierney
     Plaintiff - Appellant       [COR LD NTC pro]
                                 2517 Summer Creek
                                 Quincy, IL 62301

MERYL A. TIERNEY, by and         Meryl A. Tierney
through her next friend J.       [COR LD NTC pro]
Robert Tierney                   2517 Summer Creek
     Plaintiff - Appellant       Quincy, IL 62301

CASE M. TIERNEY, by and
through his/her next friend J.
Robert Tierney
```



EXHIBIT A

```
        Plaintiff - Appellant
[term  09/15/04]

   v.

RICHARD POWERS, a Coach of          Megan Guenther
School District No. 172 and a       FAX 217/762-9713
Coach of the Sheridan Swim          217/762-9416
Club, in his individual             [COR LD NTC ret]
capacity                            MILLER TRACY BRAUN FUNK &
    Defendant - Appellee            GUENTHER
                                    316 S. Charter
                                    P.O. Box 80
                                    Monticello, IL 61856-0080

QUINCY SCHOOL DISTRICT NO. 172,     Delmer R. Mitchell
a political subdivision             FAX 217/223-1005
    Defendant - Appellee            217/223-3030
                                    [COR LD NTC ret]
                                    SCHMIEDESKAMP, ROBERTSON, NEU &
                                    MITCHELL
                                    525 Jersey Street
                                    P.O. Box 1069
                                    Quincy, IL 62306
                                    USA

Docket as of April 14, 2005 11:01 pm             Page 2
```

---

```
04-1205   Tierney, J. Robert, et al v. Powers, Richard, et al

J. ROBERT TIERNEY, ANN S. TIERNEY, MERYL A. TIERNEY, by and
through her next friend J. Robert Tierney, et al.,
        Plaintiffs - Appellants
   v.

RICHARD POWERS, a Coach of School District No. 172 and a
Coach of the Sheridan Swim Club, in his individual capacity and
QUINCY SCHOOL DISTRICT NO. 172, a political subdivision,
        Defendants - Appellees


Docket as of April 14, 2005 11:01 pm             Page 3
```

---

```
04-1205   Tierney, J. Robert, et al v. Powers, Richard, et al

1/26/04            Private civil case docketed. [04-1205] [1701600-1]
                   Transcript information sheet due 2/5/04. Appellant's brief
                   due 3/8/04 for J. Robert Tierney, for Ann S. Tierney, for
                   Meryl A. Tierney, for Case Tierney. (hard) [04-1205]

1/26/04            Filed Appellant J. Robert Tierney, Appellant Ann S.
                   Tierney, Appellant Meryl A. Tierney, Appellant Case Tierney
                   docketing statement.   [04-1205] [1701737-1] (hard)
```

|         | [04-1205] |
|---------|-----------|
| 1/26/04 | Disclosure Statement filed by Richard L. Steagall for Appellant Case Tierney, Appellant Meryl A. Tierney, Appellant Ann S. Tierney, Appellant J. Robert Tierney. [04-1205] [1701600-1] (hard) [04-1205] |
| 1/28/04 | ORDER: Both appellants and appellees shall file a statement advising this court whether it should consolidate this appeal with Appeal No. 02-1403 for purposes of briefing and disposition. DW [04-1205] Statement due 2/6/04 for Quincy School 172, for Richard Powers, for Case Tierney, for Meryl A. Tierney, for Ann S. Tierney, for J. Robert Tierney. (tiff) [04-1205] |
| 2/6/04  | Filed Appellee Quincy School 172 Statement of Position on possible consolidation with appeal No. 02-1403, per this court's 1/26/04 order. [04-1205] [1701600-1] (julr) [04-1205] |
| 2/6/04  | Disclosure Statement filed by John Gazzoil and Brett Gorman for Appellee Quincy School 172, Dennis Gorman, James Citro, Dennis Koch and Joanne Kirlin. [04-1205] [1701600-1] (julr) [04-1205] |
| 2/6/04  | Filed Appellant J. Robert Tierney, Appellant Ann S. Tierney, Appellant Meryl A. Tierney, Appellant Case Tierney Statement of Position, per this court's 1/26/04 order. [04-1205] [1701600-1] (julr) [04-1205] |
| 2/11/04 | ORDER: The court orders these appeals CONSOLIDATED for purposes of briefing and disposition: [1701600-1] DW [02-1403, 04-1205] Appellant's brief due 3/15/04 for Ann S. Tierney in 02-1403, for Case Tierney in 04-1205, for Meryl A. Tierney in 04-1205, for Ann S. Tierney in 04-1205, for J. Robert Tierney in 04-1205. Appellee's brief due 4/14/04 for Quincy School 172 in 02-1403, for Quincy School 172 in 04-1205, for Richard Powers in 04-1205. Appellant's reply brief due 4/28/04 for Ann S. Tierney in 02-1403, for Case Tierney in 04-1205, for Meryl A. Tierney in 04-1205, for Ann S. Tierney in 04-1205, for J. Robert Tierney in 04-1205. Counsel for appellees are encouraged to avoid unnecessary duplication by filing a joint brief or a joint appendix or by adopting parts of a co-appellee's brief. Duplicative briefing will be stricken and may result in disciplinary sanctions against counsel. (tiff) |

Docket as of April 14, 2005 11:01 pm                    Page 4

---

04-1205   Tierney, J. Robert, et al v. Powers, Richard, et al

[02-1403 04-1205]

| 2/27/04 | Filed Appellee Richard Powers in 04-1205 statement re consolidation of appeal. [1712338-1]      [04-1205] [1712338-1] (hard) [04-1205] |
|---------|---|

| | |
|---|---|
| 2/27/04 | Disclosure Statement filed by Megan Guenther for Appellee Richard Powers in 04-1205. [04-1205] [1480639-1] (hard) [04-1205] |
| 3/3/04 | Filed motion by Appellant Ann S. Tierney in 02-1403, Appellant J. Robert Tierney in 04-1205, Appellant Ann S. Tierney in 04-1205, Appellant Meryl A. Tierney in 04-1205, Appellant Case Tierney in 04-1205 to extend time to file appellant's brief. [1713812-1]   [02-1403, 04-1205] (tiff) [02-1403 04-1205] |
| 3/3/04 | ORDER issued GRANTING motion for extension of time to file appellant's brief only to the extent that briefing will proceed as follows: [1713812-1] CMD [02-1403, 04-1205] 1. Appellant's brief due 4/19/04 for Ann S. Tierney in 02-1403, for Case Tierney in 04-1205, for Meryl A. Tierney in 04-1205, for Ann S. Tierney in 04-1205, for J. Robert Tierney in 04-1205. 2. The appellee(s) brief is due on or before 5/19/04 for Quincy School 172 in 02-1403, for Quincy School 172 in 04-1205, for Richard Powers in 04-1205. 3. The reply brief, if any, is due 6/2/04 for Ann S. Tierney in 02-1403, for Case Tierney in 04-1205, for Meryl A. Tierney in 04-1205, for Ann S. Tierney in 04-1205, for J. Robert Tierney in 04-1205. (tiff) [02-1403 04-1205] |
| 4/12/04 | Filed motion by Appellant Ann S. Tierney in 02-1403, Appellant J. Robert Tierney in 04-1205, Appellant Ann S. Tierney in 04-1205, Appellant Meryl A. Tierney in 04-1205, Appellant Case Tierney in 04-1205 to extend time to file appellant's brief. [1727368-1]   [02-1403, 04-1205] (nath) [02-1403 04-1205] |
| 4/13/04 | ORDER issued GRANTING motion for extension of time to file appellants' brief. [1727368-1] CMD [02-1403, 04-1205] 1. Appellants' brief due 5/5/04 for Ann S. Tierney in 02-1403, for Case Tierney in 04-1205, for Meryl A. Tierney in 04-1205, for Ann S. Tierney in 04-1205, for J. Robert Tierney in 04-1205. 2. The appellee's brief is due on or before 6/4/04 for Quincy School 172 in 02-1403, for Quincy School 172 in 04-1205, for Richard Powers in 04-1205. 3. The reply brief, if any, is due 6/18/04 for Ann S. Tierney in 02-1403, for Case Tierney in 04-1205, for Meryl A. Tierney in 04-1205, for Ann S. Tierney in 04-1205, for J. Robert Tierney in 04-1205. (hudk) [02-1403 04-1205] |

Docket as of April 14, 2005 11:01 pm                Page 5

---

04-1205  Tierney, J. Robert, et al v. Powers, Richard, et al

| | |
|---|---|
| 5/5/04 | Filed motion by Appellant Ann S. Tierney in 02-1403, Appellant J. Robert Tierney in 04-1205, Appellant Ann S. Tierney in 04-1205, Appellant Meryl A. Tierney in 04-1205, Appellant Case Tierney in 04-1205 to extend time to file appellant's brief. [1735117-1]   [02-1403, 04-1205] (hudk) [02-1403 04-1205] |

| | |
|---|---|
| 5/5/04 | ORDER issued GRANTING motion for extension of time to file appellant's brief. [1735117-1] CMD [02-1403, 04-1205] 1. Appellant's brief due 5/7/04 for Ann S. Tierney in 02-1403, for Case Tierney in 04-1205, for Meryl A. Tierney in 04-1205, for Ann S. Tierney in 04-1205, for J. Robert Tierney in 04-1205. 2. The appellees brief is due on or before 6/7/04 for Quincy School 172 in for Quincy School 172 in 04-1205, for Richard Powers in 04-1205. 3. The reply brief, if any, is due 6/21/04 for Ann S. Tierney in 02-1403, for Case Tierney in 04-1205, for Meryl A. Tierney in 04-1205, for Ann S. Tierney in 04-1205, for J. Robert Tierney in 04-1205. (nath) [02-1403 04-1205] |
| 5/10/04 | Filed 15c appellant's brief by Ann S. Tierney in 02-1403, J. Robert Tierney in 04-1205, Ann S. Tierney in 04-1205, Meryl A. Tierney in 04-1205, Case Tierney in 04-1205. Electronically Transmitted . [02-1403, 04-1205] [0-0] (stef) [02-1403 04-1205] |
| 5/10/04 | Filed 10c appendix by Appellant Ann S. Tierney in 02-1403, Appellant J. Robert Tierney in 04-1205, Appellant Ann S. Tierney in 04-1205, Appellant Meryl A. Tierney in 04-1205, Appellant Case Tierney in 04-1205 . [02-1403, 04-1205] [1736536-1] (stef) [02-1403 04-1205] |
| 5/26/04 | Filed motion by Appellee Quincy School 172 to extend time to file appellee's brief. [1742166-1] [02-1403, 04-1205] (nath) [02-1403 04-1205] |
| 5/27/04 | ORDER issued GRANTING motion for extension of time to file appellee's brief. [1742166-1] JKL [02-1403, 04-1205] 1. Appellees' briefs due 7/1/04 for School 172 in 02-1403, for Quincy School 172 in 04-1205, Richard Powers in 04-1205. 2. The reply brief if any is due on 7/15/04 for Ann S. Tierney in 02-1403, for Case Tierney in 04-1205, for Meryl A. Tierney in 04-1205, for S. Tierney in 04-1205, for J. Robert Tierney in 04-1205. (hudk) [02-1403 04-1205] |
| 7/1/04 | Filed 15c appellee's brief by Quincy School 172 in 02-1403, Quincy School 172 in 04-1205. Disk filed. [02-1403, 04-1205] [0-0] (josh) [02-1403 04-1205] |
| 7/1/04 | Filed 10c appendix by Appellee Quincy School 172 in 02-1403, Appellee Quincy School 172 in 04-1205 . [02-1403, 04-1205] [1753294-1] (josh) [02-1403 04-1205] |

Docket as of April 14, 2005 11:01 pm                          Page 6

---

04-1205  Tierney, J. Robert, et al v. Powers, Richard, et al

| | |
|---|---|
| 7/2/04 | Brief deficiency letter sent to Appellee Richard Powers in 04-1205. [1480639-1] [04-1205] (bobi) [04-1205] |
| 7/2/04 | Filed 15c appellee's brief by Richard Powers in 04-1205. Disk filed. [04-1205] [0-0] (bobi) [04-1205] |

| | |
|---|---|
| 7/6/04 | Filed motion by Appellant Ann S. Tierney in 02-1403, Appellant J. Robert Tierney in 04-1205, Appellant Ann S. Tierney in 04-1205, Appellant Meryl A. Tierney in 04-1205, Appellant Case Tierney in 04-1205 to extend time to file appellant's reply brief. [1753861-1] [02-1403, 04-1205] (hudk) [02-1403 04-1205] |
| 7/6/04 | Filed motion by attorney Richard L. Steagall in 02-1403, Richard L. Steagall in 04-1205 to withdraw as counsel for the Appellant Ann S. Tierney in 02-1403, Appellant J. Robert Tierney in 04-1205, Appellant Ann S. Tierney in 04-1205, Appellant Meryl A. Tierney in 04-1205, Appellant Case Tierney in 04-1205. [1753864-1] [1753864-1] [02-1403, 04-1205] (hudk) [02-1403 04-1205] |
| 7/8/04 | ORDER re: 1. Motion to withdraw as counsel for appellants. 2. Appellants' motion to extend time for filing reply brief to 8/5/04 or such other time the court deems appropriate to allow appellants to file substitute counsel. The motions are GRANTED. Attorney Richard L. Steagall may withdraw from further representation of the appellants in these consolidated appeals. Appellants Ann S. Tierney and J. Robert Tierney are reminded that they, as individuals, will be proceed pro se in this matter unless they secure new counsel. <u>The appellants are further reminded that Meryl A. Tierney and Case M. Tierney may only appear and proceed by and through an attorney</u>. Accordingly, new counsel shall file an appearance and a disclosure statement by 8/5/04, or these appeals will be dismissed as to Meryl A. Tierney and Case M. Tierney. [1753861-1] [1753864-1] CMD [02-1403, 04-1205] 1. Appellants' reply brief due 8/19/04 for Ann S. Tierney in 02-1403, for Case Tierney in 04-1205, for Meryl A. Tierney in 04-1205, for Ann S. Tierney in 04-1205, for J. Robert Tierney in 04-1205. (hudk) [02-1403 04-1205]   ✱ |
| 7/8/04 | Filed Appellant J. Robert Tierney in 04-1205 notice of limited appearance and response to motion to withdraw as counsel for appellants. [1480639-1] [04-1205] (hudk) [04-1205] |
| 7/12/04 | ORDER re: Notice of limited appearance and response to motion to withdraw as counsel for appellants. In light of this court's order dated 7/8/04, any relief requested in the notice is DENIED. CMD [02-1403, 04-1205] (hudk) [02-1403 04-1205] |

Docket as of April 14, 2005 11:01 pm                          Page 7

---

04-1205  Tierney, J. Robert, et al v. Powers, Richard, et al

| | |
|---|---|
| 7/15/04 | Filed prose motion by Appellant J. Robert Tierney in 04-1205 for reconsideration of order withdrawing attorney Steagall. [1757688-1] [02-1403, 04-1205] (hard) [02-1403 04-1205] |

| | |
|---|---|
| 7/19/04 | ORDER issued DENYING motion for reconsideration. [1757688-1]  CMD [02-1403, 04-1205] (hard) [02-1403 04-1205] |
| 7/21/04 | Filed motion by Appellee Quincy School 172 in 02-1403, Appellee Richard Powers in 04-1205, Appellee Quincy School 172 in 04-1205 for order directing pro se litigants to serve papers filed with the court upon counsel for appellees. [1759170-1] [02-1403, 04-1205] (kell) [02-1403 04-1205] |
| 7/22/04 | ORDER issued GRANTING motion for order directing pro se litigants to serve papers filed with the court upon counsel for appellees to the extent that the appellants are reminded of their obligation to serve opposing counsel with copies of all papers filed with this court. [1759170-1] CMD [02-1403, 04-1205] (kell) [02-1403 04-1205] |
| 8/2/04 | Filed prose motion by Appellant Ann S. Tierney in 02-1403, Appellant J. Robert Tierney in 04-1205, Appellant Ann S. Tierney in 04-1205, Appellant Meryl A. Tierney in 04-1205, Appellant Case Tierney in 04-1205 to extend time to file appellants' reply briefs and adequate time to find substitute counsel. [1762840-1] [02-1403, 04-1205] (hard) [02-1403 04-1205] |
| 8/5/04 | ORDER issued GRANTING motion to extend time to 10/15/04 to allow plaintiffs-appellants adequate time to find substitute counsel and to extend time for filing reply brief to 11/16/04 only to the extent that new counsel must file an appearance and a disclosure statement by 9/10/04, or <u>these appeal will dismissed as to Case M. Tierney</u>. [1762840-1] CMD [02-1403, 04-1205] The reply brief, if any is due by 9/24/04. In light of the appellants' representation that appellant Meryl Tierney is an adult, the clerk of this court shall MODIFY the docket to reflect that appellant Meryl Tierney is currently proceeding pro se in this matter. (kell) [02-1403 04-1205]  |
| 9/13/04 | Filed motion by Appellant Ann S. Tierney in 02-1403, Appellant J. Robert Tierney in 04-1205, Appellant Ann S. Tierney in 04-1205, Appellant Meryl A. Tierney in 04-1205, Appellant Case Tierney in 04-1205 to extend time to file appellant's reply brief. [1776946-1]  [02-1403, 04-1205] (kell) [04-1205] |
| 9/13/04 | Filed prose motion by Appellant Ann S. Tierney, Appellant J. Robert Tierney, Appellant Meryl A. Tierney to extend time file appellant's reply brief. [1777013-1] [02-1403, 04-1205] (nath) [02-1403 04-1205] |

Docket as of April 14, 2005 11:01 pm                 Page 8

---

04-1205   Tierney, J. Robert, et al v. Powers, Richard, et al

| | |
|---|---|
| 9/15/04 | ORDER re: (1) Plaintiff-appellants' motion to extend time for filing appellant reply brief.  Pursuant to this court's |




|  |  |
|---|---|
|  | order of 8/5/04, appellant Case M. Tierney was ordered to secure new counsel and have counsel file an appearance and a disclosure statement by 9/10/04. To this date, no attorney has filed an appearance or a disclosure statement on behalf of Case M. Tierney. <u>Because appellant Case M. Tierney is a minor and may only appear and proceed by and through an attorney</u>. Appeal no. 04-1205 is DISMISSED as to Case M. Tierney. #1 is GRANTED, and the appellants' reply brief, if any, is due by 10/12/04. No further extensions of time will be allowed. [1776946-1] [1777013-1] [02-1403, 04-1205] (kell) [02-1403 04-1205] |
| 9/22/04 | MANDATE ISSUED ONLY AS TO Appellant - Case M. Tierney in 04-1205. [04-1205] [1480639-1] (cove) [04-1205] |
| 9/29/04 | Filed person mandate receipt for Case M. Tierney. [04-1205] [1781839-1] (amyd) [04-1205] |
| 10/13/04 | Filed 15c appellant's reply brief by Ann S. Tierney in 02-1403, J. Robert Tierney in 04-1205, Ann S. Tierney in 04-1205, Meryl A. Tierney in 04-1205. Disk not required. [02-1403, 04-1205] [0-0] (desi) [02-1403 04-1205] |
| 11/4/04 | Filed instanter motion by Appellee Quincy School 172 in 02-1403, Appellee Quincy School 172 in 04-1205 to file reply brief. [1794932-1] 15c appellee's sur-reply brief tendered. [0-0] [02-1403, 04-1205] (hudk) [02-1403 04-1205] |
| 11/5/04 | ORDER issued GRANTING instanter motion to file reply brief. [1794932-1] The clerk shall file appellee's sur-reply brief INSTANTER. [1790155-1] LAB [02-1403, 04-1205] (hudk) [02-1403 04-1205] |
| 11/5/04 | Filed 15c appellee's sur-reply brief by Quincy School 172 in 02-1403, Richard Powers in 04-1205, Quincy School 172 in 04-1205, per order. Disk filed. [02-1403, 04-1205] [0-0] (scze) [02-1403 04-1205] |
| 11/17/04 | Notice to the District Court to transmit the record on appeal. [02-1403, 04-1205] [0-0] (fran) [02-1403 04-1205] |
| 11/24/04 | Original record on appeal filed. Contents of record: 1 vol. pleadings. [02-1403, 04-1205] [1801032-1] (kuzi) [02-1403 04-1205] |
| 11/24/04 | Original record on appeal filed. Contents of record: 8 vol. pleadings; 1 vol. transcripts; 4 vol. loose pleadings. [04-1205, 02-1403] [1801185-1] (kuzi) [02-1403 04-1205] |

Docket as of April 14, 2005 11:01 pm                    Page 9

---

04-1205   Tierney, J. Robert, et al v. Powers, Richard, et al

| 12/3/04 | Filed motion by Appellant Ann S. Tierney in 02-1403, Appellant J. Robert Tierney in 04-1205, Appellant Ann S. Tierney in 04-1205, Appellant Meryl A. Tierney in 04-1205 |
|---|---|

|          |                                                                                                                                                                                                                                                                                                            |
|----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          | to file reply to sur-brief of appellees. [1804055-1] [02-1403, 04-1205] (hard) [02-1403 04-1205]                                                                                                                                                                                                          |
| 12/7/04  | ORDER issued DENYING motion to file reply. The clerk shall return unfiled the copies of the reply to the sur-reply. [1804055-1] LAB [02-1403, 04-1205] (hard) [02-1403 04-1205]                                                                                                                            |
| 2/22/05  | Filed Circuit Rule 53 order PER CURIAM. AFFIRMED. Chief Judge Joel M. Flaum, Circuit Judge William J. Bauer, Circuit Judge Richard A. Posner. [02-1403, 04-1205] [1701600-1] (hard) [02-1403 04-1205]                                                                                                       |
| 2/22/05  | ORDER: Final judgment filed per C.R. 53 order. With costs: y. [02-1403, 04-1205] [1830063-1] (hard) [02-1403 04-1205]                                                                                                                                                                                      |
| 3/3/05   | Filed prose motion by Appellant Ann S. Tierney in 02-1403, Appellant J. Robert Tierney in 04-1205, Appellant Ann S. Tierney in 04-1205, Appellant Meryl A. Tierney in 04-1205 for extension of time to file Petition for Rehearing and Petition for Rehearing Enbanc. [1833907-1] [02-1403, 04-1205] (kell) [02-1403 04-1205] |
| 3/4/05   | ORDER issued DENYING motion for extension of time to file Enbanc Petition for Rehearing. [1833907-1] LAB [02-1403, 04-1205] Petition for Rehearing due 3/8/05 for Ann S. Tierney in 02-1403, for Meryl A. Tierney in 04-1205, for Ann S. Tierney in 04-1205, for J. Robert Tierney in 04-1205. (hudk) [02-1403 04-1205] |
| 3/4/05   | Filed Appellee Quincy School 172 in 02-1403, Appellee Quincy School 172 in 04-1205 Bill of Costs in the amount of $576.00. [02-1403, 04-1205] [1701600-1] (eric) [02-1403 04-1205]                                                                                                                         |
| 3/8/05   | Filed 30c Petition for Rehearing and Petition for Rehearing Enbanc by Appellant Ann S. Tierney in 02-1403, Appellant J. Robert Tierney in 04-1205, Appellant Ann S. Tierney in 04-1205, Appellant Meryl A. Tierney in 04-1205, per order. Dist. [02-1403, 04-1205] [1835654-1] (hudk) [02-1403 04-1205]    |
| 3/10/05  | Filed motion by Appellant Ann S. Tierney in 02-1403, Appellant J. Robert Tierney in 04-1205, Appellant Ann S. Tierney in 04-1205, Appellant Meryl A. Tierney in 04-1205 to supplement the filing of the Petition for Rehearing En Banc [1836597-1] 30c supplement tendered. [0-0] [02-1403, 04-1205] (kell) [02-1403 04-1205] |

Docket as of April 14, 2005 11:01 pm                          Page 10


04-1205   Tierney, J. Robert, et al v. Powers, Richard, et al

| 3/14/05 | ORDER issued DENYING motion to supplement the filing of the Petition for Rehearing En Banc with the balance of the required number of copies of the petition. [1836597-1] LAB [02-1403, 04-1205] (hudk) [02-1403 04-1205] |
|---------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|

| | |
|---|---|
| 3/28/05 | ORDER: Appellant Ann S. Tierney in 02-1403, Appellant J. Robert Tierney in 04-1205, Appellant Ann S. Tierney in 04-1205, Appellant Meryl A. Tierney in 04-1205 Petition for Rehearing and Petition for Rehearing Enbanc is DENIED. [02-1403, 04-1205] [1835654-1] (hudk) [02-1403 04-1205] |
| 4/5/05 | MANDATE ISSUED AND ENTIRE RECORD RETURNED WITH BILL OF COSTS IN THE AMOUNT OF $ 576.00. (Contents returned: 9 vol. pleadings; 4 vol. loose pleadings; 1 vol. transcripts.) [02-1403, 04-1205] [1701600-1] (cove) [02-1403 04-1205] |
| 4/13/05 | Filed mandate receipt. [02-1403, 04-1205] [1848239-1] (hudk) [02-1403 04-1205] |
| 4/13/05 | Filed receipt for bill of costs. [02-1403, 04-1205] [1701600-1] (hudk) [02-1403 04-1205] |

Docket as of April 14, 2005 11:01 pm                    Page 11

| PACER Service Center |||| 
|---|---|---|---|
| Transaction Receipt ||||
| 08/02/2005 13:04:23 ||||
| PACER Login: | ▬▬▬▬ | Client Code: | Tierney pro se |
| Description: | dkt report | Case Number: | 04-1205 |
| Billable Pages: | 11 | Cost: | 0.88 |