E-FILED
Tuesday, 09 August, 2005 05:11:44 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, and CASE M. TIERNEY by and through his next best friend, J. ROBERT TIERNEY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 04-3138 |
| SHERIDAN SWIM CLUB, INC., an Illinois corporation; DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ , Members of the Sheridan Swim Club Inc., Board in their Individual and Official Capacities, ANDREW C. SCHNACK, III, BARNEY BIER, and JON BARNARD in their Individual capacities, DENNIS GORMAN, attorney for the Quincy School District 172, a political subdividion of the State of Illinois, in his Individual and Official Capacities | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## OBJECTION TO PLAINTIFF'S AMENDED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT

NOW COMES Defendants Sheridan Swim Club, Inc., an Illinois corporation, Doug Olson, Robert Meyer, Robert Hultz, and Andrew C. Schnack, III by and through their attorneys, Brown, Hay & Stephens, LLP and for their Objection to Plaintiff's Amended Motion for Leave to File a Supplemental Complaint, shows the Court as follows:

1.   Plaintiff's First Supplement to Second Amended Complaint attached to Plaintiff's Amended Motion for Leave to File a Supplemental Complaint filed on July 19, 2005 purports to arise out of the relationship of Case Tierney with Sheridan Swim Club through an alleged youth membership.

2.   Case Tierney and his claims are not properly before this Court.

3.  The amendments proposed have no affect on the issues of *res judicata*, collateral estoppel and whether these parties are properly before the Court as state actors.

4.  Sheridan Swim Club adopts the objections of Dennis Gorman, Barney Bier and Jonathan Barnard previously filed.

WHEREFORE, Defendants, Sheridan Swim Club, Inc., Doug Olson, Robert Meyer, Robert Hultz, and Andrew C. Schnack, III pray for an Order of Court denying Plaintiff's Amended Motion for Leave to File a Supplemental Complaint and striking Plaintiff's First Supplement to the Second Amended Complaint.

SHERIDAN SWIM CLUB, INC., DOUG OLSON, ROBERT MEYER, ROBERT HULTZ, AND ANDREW C. SCHNACK, III, Defendants

By: s/ Paul Bown
Paul Bown, Reg #0265926
Brown, Hay & Stephens, LLP
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, Illinois 62705-2459
(217) 544-8491
(217) 544-9609
pbown@bhslaw.com

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the party and I hereby certify that I have mailed by United States Postal Service the document to the following that are non CM/ECF participants:

**J Robert Tierney**
2517 Summer Creek
Quincy, IL 62301
217-223-4849
Email: spg@insightbb.com

**Ann S Tierney**
2517 Summer Creek
Quincy, IL 62301
217-223-4849
Email: spg@insightbb.com

**Brett K. Gorman**
SCHMIEDESKAMP, ROBERTSON, NEU
& MITCHELL
525 Jersey
P.O. Box 1069
Quincy, IL 62306
bgorman@srnm.com

**Clifford G Kosoff**
O'HALLORAN KOSOFF GEITNER &
COOK PC
650 Dundee Road
Suite 475
Northbrook, IL 60062
847-291-0200
Fax: 847-291-9230
Email: ckosoff@okgc.com

**Julie M Koerner**
O'HALLORAN KOSOFF GEITNER &
COOK PC
650 Dundee Road
Suite 475
Northbrook, IL 60062
847-291-0200
Fax: 847-291-9230
Email: jkoerner@okgc.com

s/ Paul Bown
Paul Bown, Reg #0265926
Brown, Hay & Stephens, LLP
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, Illinois 62705-2459
(217) 544-8491
(217) 544-9609
pbown@bhslaw.com

August 9, 2005/ean/F:\wpwin60\PB\LIT\PB\TIERNEY\04 Cent Dist\Obj Ptf amd mtn lv file supp cpt.doc

3