E-FILED
Thursday, 11 August, 2005  10:56:28 AM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| J. ROBERT  TIERNEY and ) | |
| ANN S. TIERNEY ) | |
| Plaintiffs ) | |
| vs. ) | **Case Number:    04-3138** |
| **SHERIDAN SWIM CLUB, INC.,** ) | |
| **ANDREW C. SCHNACK, III,** ) | |
| **DOUG OLSON, ROBERT W. MEYER,** ) | |
| **ROBERT HULTZ, BARNEY BIER,** ) | |
| **JON BARNARD, DENNIS GORMAN** ) | |

[ ] **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Judgment is entered in the above-captioned case dismissing the case with prejudice, each party to bear its own costs.

ENTER this 11th day of August, 2005

JOHN M. WATERS, CLERK

s/Marleen Cooke

_____

BY:  DEPUTY CLERK