## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY,  )<br>  )<br>　　　　　　　　Plaintiffs,  )<br>  )<br>vs.  )<br>  )<br>SHERIDAN SWIM CLUB, INC., an Illinois corporation,  )<br>DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ,  )<br>Members of the Sheridan Swim Club Inc., Board in their  )<br>Individual and Official Capacities, ANDREW C. SCHNACK III,  )<br>BARNEY BIER, and JON BARNARD in their Individual  )<br>Capacities, DENNIS GORMAN, Attorney for The Quincy  )<br>School District 172, a political subdivision of the State of Illinois,  )<br>in his Individual and Official Capacities,  )<br>　　　　　　　　　　　　　　　　Defendants  ) | No.04-3138<br>**JURY DEMAND** |

## **NOTICE OF APPEAL**

　　　　Notice is hereby given that J. ROBERT TIERNEY and ANN S. TIERNEY, pro se, in the above named case, hereby appeal to the United States Court of Appeals of the Seventh Circuit from the Judgment entered in favor of the above named defendants, SHERIDAN SWIM CLUB, INC., et al, in this action on August 11, 2005 pursuant to the August 11, 2005 order directing entry of the judgment in favor of defendants, under any and all Fed. R. Civ. Procedure, and also appeals all previous orders and judgments relating to this case.

Dated: September 9, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By: s/ J. Robert Tierney

　　　　　　　　　　　　　　　　　　　　　　　　J. Robert Tierney, Plaintiff, Pro se

Note to Marlene in the Clerk's office.

This notice appeared when we tried to file the Notice of Appeal by using Appeal Section of the ECF system. Apparently the ECF system is flawed and does not allow pro se parties to file a Notice through the Appeal section of the ECF system.