UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, CASE M. TIERNEY, By And Through His Next Best Friend, J. ROBERT TIERNEY, <br><br> Plaintiffs, <br><br> v. <br><br> SHERIDAN SWIM CLUB, INC., an Illinois corporation, ANDREW C. SCHNACK, III, in his Individual Capacity, DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ Members of the Sheridan Swim Club Inc., Board in their Individual and Official Capacities, BARNEY BIER, Member of the Sheridan Board in His Individual and Official Capacities, and in his Individual Capacity as the Adams County State's Attorney, JON BARNARD, in his Individual Capacity as an Adams County Assistant State's Attorney, DENNIS GORMAN, Attorney for the Quincy School District #172, a political subdivision of the State of Illinois, in his Individual and Official Capacities, <br><br> Defendants. | Case No. 04-3138 |

## DEFENDANT'S MOTION FOR ATTORNEYS' FEES

Defendant **DENNIS W. GORMAN**, by his attorneys, SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL, and for his Motion for Attorneys' Fees, pursuant to 42 U.S.C. §1988, states as follows:

1.  On August 11, 2005 this Court entered judgment in favor of the Defendant on all counts in the Plaintiffs' complaint when it granted the Defendant's motion to dismiss in the above-captioned action. (See d/e 76).

2.  Pursuant to 42 U.S.C. §1988, a prevailing defendant is entitled to recover reasonable attorneys' fees if the suit was frivolous, vexatious, without foundation, or brought to harass or embarrass a defendant.

3.  In this suit, the Plaintiffs' action was legally baseless, vexatious, and designed to harass this defendant.

4.  In its August 11, 2005 Order, the Court dismissed the Plaintiffs' "Corrected Second Amended Complaint" in its entirety after determining that the claims failed to state a cause of action under §1983 or §1985. In the Order, the Court dismissed Counts I, II, III, IV, V, VI, and VII of the Corrected Second Amended Complaint with prejudice for failure to state a claim. (See d/e 76). The remaining state law counts were dismissed for lack of subject matter jurisdiction. The Court also denied the motion for leave to file a supplemental complaint and final judgment ended the case. The Court specifically held, after finding that there was no basis under §1983 or §1985 for the claims, as follows:

> "Finally, due to the protracted litigation and number of failed lawsuits referenced in this Opinion which center around the inability of Tierney family members to hold membership in the Sheridan Swim Club, the Court directs that J. Robert Tierney and Ann S. Tierney may only file additional law suits concerning the Sheridan Swim Club and related issues if leave of Court is first obtained."

(See d/e 76, at p.20).

5.  As a direct result of being forced to defend against the Plaintiffs' legally baseless, vexatious, and harassing claims, this Defendant has expended a total of $10,765.00 in attorneys' fees. Attached to this motion as <u>Exhibit A</u> is the Declaration of Brett K. Gorman, setting forth the dates services were rendered by Defendant's lead counsel, Schmiedeskamp, Robertson, Neu & Mitchell,

2

a description of the services rendered, the attorneys who performed services, the rate charged for those services, and the actual charge for those services. These matters are presented in an Excel spreadsheet, setting forth the aforementioned information. (See <u>B. Gorman Declaration Exhibit 1</u>). The Lodestar method is an appropriate manner for assessing an award of fees pursuant to 42 U.S.C. §1988.

6. The services described, time recorded, work performed, and amount of fees sought were reasonable to defend the Defendant in this lawsuit, and were caused by the Plaintiffs' baseless, vexatious, and harassing actions.

7. In support of his motion, Defendant Gorman submits concurrently herewith, Defendant's Memorandum in Support of his Motion for Attorneys' Fees, as well as the Declaration of Brett K. Gorman, which includes the Defendant's Lodestar calculations for counsel.

WHEREFORE, Defendant **DENNIS W. GORMAN** respectfully requests that this Court award his fees of $10,765.00 expended in defending this baseless, vexatious, and harassing litigation pursuant to 42 U.S.C. §1988, and for such other and further relief as this Court deems appropriate.

s/           Brett K. Gorman
Brett K. Gorman, IL Bar #6210850
Attorney for Defendant Dennis W. Gorman
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: bgorman@srnm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, using the CM/ECF system which will send notification of such filing to the following:

J. Robert Tierney
Ann S. Tierney
spg@insightbb.com
jrtast1972@yahoo.com

Paul R. Bown
Brown Hay & Stephens
pbown@bhslaw.com

Clifford G. Kosoff
Julie M. Koerner
O'Halloran, Kosoff, Geitner & Cook PC
ckosoff@okgc.com
jkoerner@okgc.com

Matthew D. Bilinsky
Terence J. Corrigan
Illinois Attorney General
mbilinsky@atg.state.il.us
tcorrigan@atg.state.il.us

                                      s/_____ Brett K. Gorman _____
                                          Brett K. Gorman, IL Bar #6210850
                                          Attorney for Defendant Dennis W. Gorman
                                          Schmiedeskamp, Robertson, Neu & Mitchell
                                          525 Jersey Street, P. O. Box 1069
                                          Quincy, IL 62306-1069
                                          Telephone: (217) 223-3030
                                          Facsimile: (217) 223-1005
                                          E-mail: bgorman@srnm.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY, ANN S. TIERNEY, CASE M. TIERNEY, By And Through His Next Best Friend, J. ROBERT TIERNEY,<br><br>                  Plaintiffs,<br><br>v.<br><br>SHERIDAN SWIM CLUB, INC., an Illinois corporation, ANDREW C. SCHNACK, III, in his Individual Capacity, DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ Members of the Sheridan Swim Club Inc., Board in their Individual and Official Capacities, BARNEY BIER, Member of the Sheridan Board in His Individual and Official Capacities, and in his Individual Capacity as the Adams County State's Attorney, JON BARNARD, in his Individual Capacity as an Adams County Assistant State's Attorney, DENNIS GORMAN, Attorney for the Quincy School District #172, a political subdivision of the State of Illinois, in his Individual and Official Capacities,<br><br>                  Defendants. | Case No. 04-3138 |

**DECLARATION OF BRETT K. GORMAN**

I, Brett K. Gorman, declare as follows:

1.    I am a partner with the law firm Schmiedeskamp, Robertson, Neu & Mitchell ("SRNM"). I have personal knowledge of the matters set forth herein.

2.    I am a licensed attorney in Illinois (1992) and Missouri (1999) and am admitted to practice before the U.S. District Court for the Central and Northern District of Illinois. I graduated from the University of Illinois College of Law in 1992.

EXHIBIT A

3. Since my admission to the bar in 1992, I have been primarily engaged in civil trial work at all times. I am also familiar with the reasonable and customary fees for attorney services charged by law firms in Quincy, Illinois.

4. SRNM has represented Dennis W. Gorman relating to the above-captioned matter since receiving a request for waiver of service of summons in October 2004. SRNM is law firm of 16 lawyers with its office in Quincy. Its attorneys represent clients in civil litigation matters primarily in Illinois and Missouri, including federal cases filed in the United States District Court for the Central District of Illinois.

5. On August 11, 2005, the Court entered judgment in Case No. 04-3138 in favor of all Defendants, including Dennis Gorman. Pursuant to 42 U.S.C. §1988, the Defendant seeks the award of attorneys' fees and expenses incurred in defending Case No. 04-3138.

6. The following attorneys at SRNM participated in the defense of Dennis Gorman in the above-captioned matter:

   a. Brett K. Gorman received a B.A. from the University of Illinois in 1989, and a J.D. from the University of Illinois College of Law in 1992. I have practiced with SRNM since 1996.

   b. Dennis W. Gorman received a B.A. from the University of Illinois in 1964, and a J.D. from the University of Illinois College of Law in 1967. Mr. Gorman has practiced in Quincy, Illinois since 1967.

   c. Melinda S. Madison received a B.S. from Quincy College in 1991, and a J.D. from Southern Illinois University School of Law in 1998. Ms. Madison has practiced in Quincy, Illinois since 2000.

2

7. The hourly rate for the legal services provided by the foregoing attorneys in connection with this action (as identified in Exhibit 1) falls within the range of reasonable rates for attorneys in the Quincy area with comparable skills, education and experience.

8. As part of the customary procedures of SRNM, attorneys and paralegals working on matters for clients record daily the time spent working for that client, by matter. The time entries are recorded on time sheets by the attorneys and paralegals who have worked on a particular matter at or near the time they perform the work, and are kept by SRNM in the ordinary course of its regularly conducted business activities. The time sheets are then transmitted to an SRNM accounting support staff responsible for inputting the information recorded on the time sheets into a computerized billing program.

9. Attached as Exhibit 1 is an Excel spreadsheet prepared based upon the attorney time entered in the SRNM computerized billing program for work on the defense of Dennis Gorman in the above-captured lawsuit. Exhibit 1 identifies the date services were rendered, a description of services rendered, the attorney that performed the services (BKG is Brett K. Gorman; DWG is Dennis W. Gorman; MSM is Melinda S. Madison). The total is $10,765.00.

10. The services described, time recorded, work performed, and amount of fees sought in Exhibit 1 are reasonable and were necessary to defend this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 2 day of September, 2005, in Quincy, Illinois.

_____
Brett K. Gorman

3

STATE OF ILLINOIS    )
                     )    ss.
COUNTY OF ADAMS      )

Subscribed and sworn to before me this 2nd day of September, 2005.

"OFFICIAL SEAL"
DEBRA ANN SMITH
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03/16/2009

_Debra Ann Smith_

4

| Date | Services Rendered | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 11/15/2004 | Review and analysis of Tierney Request for Waiver of Service of Summons under Federal Rules and analysis regarding future strategy re Motion to Dismiss based upon unauthorized practice of law; conference with D. Gorman re plan of action; | BKG | 0.80 | 130.00 | 104.00 |
| 11/16/2004 | Preparation of draft Motion to Enjoin the Unauthorized Practice of Law on behalf of defendant D. Gorman; | BKG | 1.00 | 130.00 | 130.00 |
| 12/17/2004 | Review file re: status and review activity on federal docket; | BKG | 0.30 | 130.00 | 39.00 |
| 12/17/2004 | Review status report filed by R. Tierney; | BKG | 0.20 | 130.00 | 26.00 |
| 12/17/2004 | Receipt and review of Motion to Dismiss and Memorandum of Law in Support of Motion to Dismiss filed by defendant B. Bier; | BKG | 0.60 | 130.00 | 78.00 |
| 12/17/2004 | Conference with D. Gorman re: Summons issue and recent activities; | BKG | 0.20 | 130.00 | 26.00 |
| 12/20/2004 | Review issues with partner; memo to file; | DWG | 0.40 | 130.00 | 52.00 |
| 12/20/2004 | Review Complaint with partner; prepare to analyze; | DWG | 0.40 | 130.00 | 52.00 |
| 1/3/2005 | Review status and additional activities; review Motion for Leave to File Second Amended Complaint and related procedural Motions filed by Tierneys; review of proposed Second Amended Complaint; | BKG | 0.75 | 130.00 | 97.50 |
| 1/4/2005 | Telephone conference with defense counsel for attorney and State's Attorney re: joint defense strategy and background; | BKG | 0.70 | 130.00 | 91.00 |
| 1/5/2005 | Review multiple documents filed up to date; | DWG | 0.70 | 130.00 | 91.00 |
| 1/24/2005 | Receipt and review of plaintiffs' reply to defendant Bier's Response in Opposition to plaintiffs' Motion for Leave to File Amended Complaint; review Motion for Leave to Utilize Electronic Case Filing System filed by plaintiffs; review Central District docket summaries re pro se lawsuit; | BKG | 0.40 | 130.00 | 52.00 |
| 1/28/2005 | Review status and Court Order entered by Judge Cudmore on multiple pending issues; e-mail to D. Gorman; | BKG | 0.30 | 130.00 | 39.00 |
| 2/8/2005 | Review status of pro se litigation and docket deadlines for service of Summons; | BKG | 0.20 | 130.00 | 26.00 |
| 2/14/2005 | Review status of pro se proceeding and confirmed deadline for service of Summons upon defendants; | BKG | 0.20 | 130.00 | 26.00 |
| 2/15/2005 | Receipt and review of Summons served by R. Tierney on D. Gorman; review of Federal Rules re: service issue; | BKG | 0.40 | 130.00 | 52.00 |
| 2/15/2005 | Additional preparation of Motion to Quash Service of Summons and Enjoin Unauthorized Practice of Law; | BKG | 0.70 | 130.00 | 91.00 |
| 2/23/2005 | Review of Tierney I file re: documents and Orders in support of Motion to be filed in pro se lawsuit; | BKG | 0.70 | 130.00 | 91.00 |
| 2/25/2005 | Conference with D. Gorman re: status and plan of action; | BKG | 0.20 | 130.00 | 26.00 |
| 3/2/2005 | Review draft Motion to Quash; review Federal Rules re: service of Summons, additional drafting and preparation of Motion to Quash Service; | BKG | 2.00 | 130.00 | 260.00 |
| 3/3/2005 | Review pleading issues re: Motion to Quash; | DWG | 0.30 | 130.00 | 39.00 |
| 3/3/2005 | Review pleadings re: status; | DWG | 0.30 | 130.00 | 39.00 |
| 3/3/2005 | Review of Rule 11 Sanctions issue and Sanctions for filing duplicitous pleadings under 28 USC Section 1927; | BKG | 1.00 | 130.00 | 130.00 |

B. Gorman
Declaration Exhibit 1                             Page 1

| Date | Services Rendered | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 3/3/2005 | Additional preparation of Motion to Quash Service of Summons and for Dismissal; | BKG | 2.00 | 130.00 | 260.00 |
| 3/3/2005 | Conference with D. Gorman re: strategy for defense of pro se lawsuit; | BKG | 0.30 | 130.00 | 39.00 |
| 3/4/2005 | Review documents for filing; | DWG | 0.40 | 130.00 | 52.00 |
| 3/4/2005 | Additional preparation of Motion to Quash Service and Memorandum of Law in Support of Motion to Quash Service and Dismiss; preparation of Entry of Appearance and additional documents for electronic filing; assembly of extensive Exhibits in support of Motion; edit, revision, and additional preparation of Motion; keycite case authority cited in Motion supporting Memorandum; conference with D. Gorman re Motion and arguments; | BKG | 4.00 | 130.00 | 520.00 |
| 3/4/2005 | Review of service upon person at defendant's place of business is sufficient personal service; | MSM | 0.25 | 110.00 | 27.50 |
| 3/8/2005 | Review pleadings filed by State's Attorney and Tierney; | DWG | 0.40 | 130.00 | 52.00 |
| 3/8/2005 | Conference with D. Gorman re: summons issue; | BKG | 0.20 | 130.00 | 26.00 |
| 3/8/2005 | Review additional pleadings filed by R. Tierney in pro se lawsuit; | BKG | 0.30 | 130.00 | 39.00 |
| 3/8/2005 | Review of Motion to Quash Service filed by attorney for J. Barnard; | BKG | 0.30 | 130.00 | 39.00 |
| 3/9/2005 | Receipt and review of Order directing pro se plaintiffs to retain counsel for Case Tierney by March 25, 2005; | BKG | 0.20 | 130.00 | 26.00 |
| 3/9/2005 | Conference with D. Gorman re: Summons issue; | BKG | 0.20 | 130.00 | 26.00 |
| 3/10/2005 | Review service issues; | DWG | 0.20 | 130.00 | 26.00 |
| 3/10/2005 | Conference with D. Gorman re: Summons issue; | BKG | 0.20 | 130.00 | 26.00 |
| 3/11/2005 | Review service issues; | DWG | 0.20 | 130.00 | 26.00 |
| 3/11/2005 | Review Complaint; | DWG | 0.40 | 130.00 | 52.00 |
| 3/11/2005 | Review service issues; | DWG | 0.10 | 130.00 | 13.00 |
| 3/11/2005 | Conference with D. Gorman re: service of Summons by R. Tierney; | BKG | 0.20 | 130.00 | 26.00 |
| 3/15/2005 | Receipt and review of Court Order granting plaintiffs' Motion for Leave to Amend/Correct Complaint; | BKG | 0.10 | 130.00 | 13.00 |
| 3/15/2005 | Receipt and review of corrected Second Amended Complaint; | BKG | 0.20 | 130.00 | 26.00 |
| 3/16/2005 | Receipt and review of plaintiffs' Motion to Disqualify attorney B. Gorman/plaintiffs' Motion to Strike; | BKG | 0.50 | 130.00 | 65.00 |
| 3/17/2005 | Review Petition to Disqualify re: disqualify partner; | DWG | 0.30 | 130.00 | 39.00 |
| 3/21/2005 | Review Motion to Disqualify issues re: drafting Response; | BKG | 0.70 | 130.00 | 91.00 |
| 3/21/2005 | Receipt and review of Summons served upon J. Barnard and filed by R. Tierney; receipt and review of Summons served upon D. Gorman and filed by R. Tierney; | BKG | 0.20 | 130.00 | 26.00 |
| 3/22/2005 | Receipt and review of letter from attorney for Sheridan defendants re: status of responsive pleading; | BKG | 0.10 | 130.00 | 13.00 |
| 3/24/2005 | Preparation of Motion to Stay Deadlines to Respond to Motion to Disqualify and plaintiffs' Second Amended Complaint pending ruling on D. Gorman's pending Motion to Quash and Dismiss; conference with D. Gorman; | BKG | 1.00 | 130.00 | 130.00 |
| 3/25/2005 | Receipt and review of plaintiffs' Motion for Leave to Withdraw as Party (Case Tierney);` | BKG | 0.20 | 130.00 | 26.00 |

B. Gorman
Declaration Exhibit 1                        Page 2

| Date | Services Rendered | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 3/25/2005 | Receipt and review of Motion to Dismiss Second Amended Complaint filed by Sheridan Swim Club defendants and supporting Memorandum of Law; | BKG | 0.60 | 130.00 | 78.00 |
| 3/28/2005 | Review J. Barnard's Motion; memo re: dismissal; | DWG | 0.40 | 130.00 | 52.00 |
| 3/28/2005 | Review multiple Orders of the Court; | DWG | 0.40 | 130.00 | 52.00 |
| 3/28/2005 | Receipt and review of multiple Orders entered by Judge Scott on pending Motions, including Motion to Quash Service of Summons served on D. Gorman (denied as moot); conference with D. Gorman; | BKG | 0.40 | 130.00 | 52.00 |
| 3/30/2005 | Review of disqualification issue and legal research re: authority in support of response in opposition to Motion to Disqualify; | BKG | 1.00 | 130.00 | 130.00 |
| 3/30/2005 | Preparation of Response Brief in Opposition to Motion to Disqualify and filing with Federal Court; | BKG | 1.75 | 130.00 | 227.50 |
| 3/30/2005 | Conference with D. Gorman re: status and filing of Response in Opposition to Motion to Disqualify; | BKG | 0.25 | 130.00 | 32.50 |
| 3/30/2005 | Receipt and review of Court Order granting plaintiffs' Motion for Leave to Withdraw C. Tierney as party; | BKG | 0.20 | 130.00 | 26.00 |
| 4/8/2005 | Review plaintiffs' pleadings and pleadings from prior litigation; analysis of plaintiffs' theories re: drafting responsive pleading on behalf of D. Gorman; prepare outline re: defense position; | BKG | 3.00 | 130.00 | 390.00 |
| 4/8/2005 | Receipt and review of Court Order denying plaintiffs' Motion for Enlargement of Time to File Reply re: Motions to Disqualify; | BKG | 0.10 | 130.00 | 13.00 |
| 4/8/2005 | Receipt and review of Court Order setting deadline for defendants Barnard and Bier to file Response in Opposition to Motion to Disqualify; | BKG | 0.10 | 130.00 | 13.00 |
| 4/8/2005 | Receipt and review of plaintiffs' Motion for Enlargement of Time to File Reply re: Motion to Disqualify Counsel; | BKG | 0.20 | 130.00 | 26.00 |
| 4/11/2005 | Conference with M. Madison re: research issues re: federal law on res judicata and collateral estoppel; | BKG | 0.25 | 130.00 | 32.50 |
| 4/11/2005 | Preparation of Motion for Extension of Time to File Responsive Pleading; | BKG | 0.60 | 130.00 | 78.00 |
| 4/11/2005 | Review res judicata and collateral estoppel argument presented under Illinois law; | MSM | 0.20 | 110.00 | 22.00 |
| 4/11/2005 | Review of application of principles of res judicata and collateral estoppel under federal law; | MSM | 2.00 | 110.00 | 220.00 |
| 4/11/2005 | Revise argument on res judicata and collateral estoppel presented under Illinois law to include application of principles by Federal Courts; | MSM | 0.50 | 110.00 | 55.00 |
| 4/12/2005 | Receipt and review of plaintiffs' response in opposition to Motion for Extension of Time to File Responsive Pleading; | BKG | 0.30 | 130.00 | 39.00 |
| 4/12/2005 | Receipt and review of defendant J. Barnard's response to plaintiffs' Motion to Disqualify; | BKG | 0.20 | 130.00 | 26.00 |
| 4/12/2005 | Receipt and review of defendant B. Bier's response to plaintiffs' Motion to Disqualify; | BKG | 0.20 | 130.00 | 26.00 |
| 4/12/2005 | Conference with M. Madison re: defense theories and research issues; | BKG | 0.40 | 130.00 | 52.00 |
| 4/13/2005 | Telephone conference with attorney for J. Barnard re: defense theories and responding to multiple claims asserted by R. Tierney | BKG | 0.60 | 130.00 | 78.00 |

| Date | Services Rendered | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 4/13/2005 | Review all pleadings from Tierney I and Tierney II and tab prior Orders of Judge Scott re: res judicata and collateral estoppel defenses; | BKG | 1.00 | 130.00 | 130.00 |
| 4/14/2005 | Conference with D. Gorman re: status; | BKG | 0.20 | 130.00 | 26.00 |
| 4/14/2005 | Receipt and review of J. Barnard's Motion to Extend Time to Respond to Plaintiffs' Second Amended Complaint; | BKG | 0.20 | 130.00 | 26.00 |
| 4/14/2005 | Receipt and review of B. Bier's Motion to Extend Time to Respond to Plaintiffs' Second Amended Complaint; | BKG | 0.20 | 130.00 | 26.00 |
| 4/15/2005 | Receipt and review of Court Orders denying plaintiffs' Motion to Disqualify, extending time for D. Gorman and J. Barnard to file responsive pleading and Order re: additional deadlines; docket new deadlines; | BKG | 0.30 | 130.00 | 39.00 |
| 4/15/2005 | Receipt and review of plaintiffs' response to J. Barnard's Motion for Extension of Time to File Responsive Pleading; | BKG | 0.20 | 130.00 | 26.00 |
| 4/15/2005 | Review validity of plaintiffs' claims; | MSM | 1.00 | 110.00 | 110.00 |
| 4/18/2005 | Review of Rooker-Feldman research memorandum; conference with M. Madison re: additional issues for research re: filing of Motion to Dismiss; | BKG | 0.60 | 130.00 | 78.00 |
| 4/18/2005 | Continue review of possible theories of dismissal; | MSM | 1.70 | 110.00 | 187.00 |
| 4/18/2005 | Memo to partner regarding possible theories of dismissal; | MSM | 0.50 | 110.00 | 55.00 |
| 4/19/2005 | Additional review of plaintiffs' Second Amended Complaint re: drafting arguments and positions re: Motion to Dismiss; | BKG | 1.50 | 130.00 | 195.00 |
| 4/20/2005 | Additional drafting of Brief in Support of Motion to Dismiss Plaintiffs' Second Amended Complaint; review Rooker-Feldman doctrine and draft additional portions of argument; | BKG | 4.00 | 130.00 | 520.00 |
| 4/20/2005 | Review application of 42 U.S.C. 1985 and access to Courts; | MSM | 1.50 | 110.00 | 165.00 |
| 4/20/2005 | Draft various sections of Motion to Dismiss Plaintiffs' Complaint; | MSM | 2.75 | 110.00 | 302.50 |
| 4/21/2005 | Additional edit, revision and preparation of Brief in Support of Motion to Dismiss Plaintiffs' Second Amended Complaint | BKG | 3.00 | 130.00 | 390.00 |
| 4/21/2005 | Conference with M. Madison re: additional issues; | BKG | 0.30 | 130.00 | 39.00 |
| 4/21/2005 | Review right to free speech and right to petition government for redress of grievances under First Amendment in preparation for Motion to Dismiss plaintiffs' latest claims in Federal Court; | MSM | 1.00 | 110.00 | 110.00 |
| 4/21/2005 | Draft section of Motion to Dismiss regarding plaintiffs' claims that right to free speech and to petition government for redress of grievances were violated; | MSM | 0.50 | 110.00 | 55.00 |
| 4/21/2005 | Review freedom of association under First Amendment in preparation for Motion to Dismiss plaintiffs' latest claims in Federal Court; | MSM | 1.50 | 110.00 | 165.00 |
| 4/21/2005 | Draft section of Motion to Dismiss regarding plaintiffs' claims that right to freedom of association was violated; | MSM | 0.50 | 110.00 | 55.00 |
| 4/21/2005 | Review right to procedural due process in preparation for Motion to Dismiss plaintiffs' latest claims in Federal Court; | MSM | 1.00 | 110.00 | 110.00 |

| Date | Services Rendered | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 4/21/2005 | Draft section of Motion to Dismiss regarding plaintiffs' claims that right to procedure due process was violated; | MSM | 1.00 | 110.00 | 110.00 |
| 4/21/2005 | Review civil conspiracy in preparation for Motion to Dismiss plaintiffs' latest claims in Federal Court; | MSM | 1.00 | 110.00 | 110.00 |
| 4/21/2005 | Draft section of Motion to Dismiss regarding plaintiffs' claims of civil conspiracy; | MSM | 0.50 | 110.00 | 55.00 |
| 4/21/2005 | Review intentional infliction of emotional distress in preparation for Motion to Dismiss plaintiffs' latest claims in Federal Court; | MSM | 1.00 | 110.00 | 110.00 |
| 4/21/2005 | Draft section of Motion to Dismiss regarding plaintiffs' claims of intentional infliction of emotional distress; | MSM | 0.50 | 110.00 | 55.00 |
| 4/22/2005 | Review pleading for filing re: dismissal; | DWG | 0.60 | 130.00 | 78.00 |
| 4/22/2005 | Additional preparation of defendant D. Gorman's Motion to Dismiss Plaintiffs' Second Amended Complaint and Memorandum of Law in Support of Motion; extensive drafting of additional argument on all theories alleged in Plaintiffs' Second Amended Complaint; additional review of case authority in support of defendant's position; multiple conferences with M. Madison; preparation of Motion for Leave to File Brief in Excess of Page Limitations; review and compile Exhibits in Support of Motion; e-filing of Motion and supporting Memorandum of Law; | BKG | 6.50 | 130.00 | 845.00 |
| 4/22/2005 | Review and analysis of defendant Barnard's Memorandum in Support of Motion to Dismiss Plaintiffs' Second Amended Complaint; review defendant Barnard's Motion to Dismiss; | BKG | 1.00 | 130.00 | 130.00 |
| 4/22/2005 | Review and revision of Motion to Dismiss plaintiffs' latest claims in Federal Court; | MSM | 3.00 | 110.00 | 330.00 |
| 4/22/2005 | Review 42 U.S.C. 1983 and elements of cause of action thereunder; | MSM | 0.25 | 110.00 | 27.50 |
| 4/22/2005 | Draft section of Motion to Dismiss applicable to actions under 42 U.S.C. 1983; | MSM | 0.20 | 110.00 | 22.00 |
| 4/22/2005 | Assist in finalizing Motion to Dismiss plaintiffs' latest Federal Court action and preparation of Exhibits; | MSM | 1.00 | 110.00 | 110.00 |
| 4/29/2005 | Receipt and review of Notice served on R. Tierney and A. Tierney re: filing of Motion to Dismiss; | BKG | 0.20 | 130.00 | 26.00 |
| 5/3/2005 | Telephone conference with U.S. District Court Clerk re: defendant's position on Motion for Extension of Time filed by Tierneys; | BKG | 0.20 | 130.00 | 26.00 |
| 5/3/2005 | Receipt and review of Court Order entered in Tierney State Court litigation re: status of Petition for Relief from Judgment; | BKG | 0.20 | 130.00 | 26.00 |
| 5/11/2005 | Receipt and review of Motion for Extension of Time filed by plaintiffs re: response to pending Motions to Dismiss; | BKG | 0.30 | 130.00 | 39.00 |
| 6/1/2005 | Receipt and review of Court Order granting plaintiffs' Second Motion for Extension of Time to File Responsive Pleading and setting final deadline of June 7, 2005; | BKG | 0.20 | 130.00 | 26.00 |
| 6/7/2005 | Receipt and review of Court Order setting final extension for Tierneys to respond to pending Motions to Dismiss; docket deadline; | BKG | 0.20 | 130.00 | 26.00 |

B. Gorman
Declaration Exhibit 1                                    Page 5

| Date | Services Rendered | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 6/7/2005 | Receipt and review of plaintiffs' third and final Motion for Enlargement of Time to File Response to defendants' pending Motions to Dismiss; | BKG | 0.20 | 130.00 | 26.00 |
| 6/14/2005 | Receipt and review of Tierney Response Brief in Opposition to Pending Motions to Dismiss | BKG | 0.50 | 130.00 | 65.00 |
| 6/15/2005 | Review Brief re: response to Motion; | DWG | 0.20 | 130.00 | 26.00 |
| 7/20/2005 | Review Complaint Amendment; | DWG | 0.40 | 130.00 | 52.00 |
| 7/25/2005 | Receipt and review of Motion filed by R. Tierney and A. Tierney for Leave to File Amended Pleading joining additional parties; | BKG | 0.30 | 130.00 | 39.00 |
| 7/25/2005 | Receipt and review of Court Order denying plaintiffs' Motion for Leave to File Supplemental Complaint; | BKG | 0.20 | 130.00 | 26.00 |
| 7/26/2005 | Receipt and review of plaintiffs' Amended Motion for Leave to File Supplemental Complaint; review of proposed supplemental pleading and analysis re: filing of objection; | BKG | 0.50 | 130.00 | 65.00 |
| 8/1/2005 | Review e-mail and review with partner re: Amendment; | DWG | 0.20 | 130.00 | 26.00 |
| 8/1/2005 | Preparation of draft objection to plaintiffs' Motion to File Supplemental Pleading; e-mails to and from attorneys for co-defendants re: position on plaintiffs' Motion to Amend; | BKG | 0.60 | 130.00 | 78.00 |
| 8/2/2005 | Review e-mails re: Tierney's new pleadings; | DWG | 0.10 | 130.00 | 13.00 |
| 8/2/2005 | Conference with partner re: strategy; | DWG | 0.10 | 130.00 | 13.00 |
| 8/2/2005 | Conference with D. Gorman re: draft objection to plaintiffs' amended Motion for Leave to File a Supplemental Complaint; additional preparation of objection; obtain information from Seventh Circuit docket re: prior admonition to plaintiffs re: attempts to represent minor plaintiff; e-filing of objection with Central District; | BKG | 1.00 | 130.00 | 130.00 |
| 8/2/2005 | Receipt and review of Response Briefs filed on behalf of J. Barnard and B. Bier in opposition to plaintiffs' Amended Motion for Leave to File Supplemental Complaint; | BKG | 0.30 | 130.00 | 39.00 |
| 8/9/2005 | Receipt and review of Sheridan's objection to plaintiffs' Amended Motion for Leave to File Supplemental Complaint; | BKG | 0.20 | 130.00 | 26.00 |
| 8/11/2005 | Receipt and review of opinion and Order of Judge Scott dismissing lawsuit with prejudice; docket deadline for filing Motion for Attorney's Fees; | BKG | 0.75 | 130.00 | 97.50 |
| | **TOTAL** | | | | **$10,765.00** |
| | | DWG | 6.5 | $130.00 | $845.00 |
| | | BKG | 56.55 | $130.00 | $7,351.50 |
| | | MSM | 23.35 | $110.00 | $2,568.50 |

B. Gorman
Declaration Exhibit 1              Page 6