# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

E-FILED
Tuesday, 13 September, 2005  03:41:18 PM
Clerk, U.S. District Court, ILCD

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:*                                             *Docket No.:*

*Division:*

**Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)**

*v.*

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

*Name:*                                                 *Name:*

*Firm:*                                                 *Firm:*

*Address:*                                              *Address:*


*Phone:*                                                *Phone:*


---

*Judge:*                                                *Nature of Suit Code:*

*Court Reporter:*                                       *Date Filed in District Court:*

                                                        *Date of Judgment:*

                                                        *Date of Notice of Appeal:*


*Counsel:*  ___Appointed      ___Retained      ___Pro Se

*Fee Status:*    ___Paid      ___Due      ___IFP      ___IFP Pending      ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:      ___Yes      ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET
*(separate sheet for additional counsel)*

*District:*  Central District of Illinois           *Docket No.:* 04-3138

*Division:* Springfield Division

### Plaintiff (Petitioner) Short Caption Defendant (Respondent)

J. Robert Tierney                    v.    Sheridan Swim Club Inc., et al.

---

*Additional Counsel for Plaintiff (Petitioner):*    *Additional Counsel for Defendant (Respondent):*

*Name:*                          *Name:*  Clifford G. Kosoff

*Firm:*                          *Firm:*   O'Halloran Kosoff Geitner & Cook PC

*Address:*                       *Address:*  650 Dundee Road
                                             Suite 475
                                             Northbrook, IL 60062

*Phone:*                         *Phone:*   847-291-0200

---

*Name:*                          *Name:*  Julie M. Koerner

*Firm:*                          *Firm:*   O'Halloran Kosoff Geitner & Cook PC

*Address:*                       *Address:*  650 Dundee Road
                                             Suite 475
                                             Northbrook, IL 60062

*Phone:*                         *Phone:*   847-291-0200

## SEVENTH CIRCUIT APPEAL INFORMATION SHEET
*(separate sheet for additional counsel)*

*District:*  Central District of Illinois          *Docket No.:*  04-3138

*Division:*  Springfield Division

**Plaintiff (Petitioner) Short Caption Defendant (Respondent)**

J. Robert Tierney                              v.     Sheridan Swim Club Inc., et al.

---

*Additional Counsel for Plaintiff (Petitioner):*     *Additional Counsel for Defendant (Respondent):*

*Name:*                                              *Name:*    Matthew D Bilinsky

*Firm:*                                              *Firm:*    Illinois Attorney General

*Address:*                                           *Address:*  500 S Second
                                                                  Springfield, IL 62706

*Phone:*                                             *Phone:*   217-782-5819

---

*Name:*                                              *Name:*    Terrence J. Corrigan

*Firm:*                                              *Firm:*   Illinois Attorney General

*Address:*                                           *Address:*  500 S Second
                                                                  Springfield, IL 62706

*Phone:*                                             *Phone:*   217-782-5819

## SEVENTH CIRCUIT APPEAL INFORMATION SHEET
*(separate sheet for additional counsel)*

*District:* Central District of Illinois  *Docket No.:* 04-3138

*Division:* Springfield Division

### Plaintiff (Petitioner) Short Caption Defendant (Respondent)

J. Robert Tierney                         v.   Sheridan Swim Club Inc., et al.

---

*Additional Counsel for Plaintiff (Petitioner):*    *Additional Counsel for Defendant (Respondent):*

*Name:*                                              *Name:*   Brett K Gorman

*Firm:*                                              *Firm:*   Schmiedeskamp Robertson Neu & Mitchell

*Address:*                                           *Address:*  525 Jersey Street
                                                                 P.O. Box 1069
                                                                 Quincy, IL 62306-1069

*Phone:*                                             *Phone:*  217-223-3030

---

*Name:*                                              *Name:*

*Firm:*                                              *Firm:*

*Address:*                                           *Address:*

*Phone:*                                             *Phone:*