E-FILED
Monday, 24 October, 2005  03:27:49 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE: October 20, 2005

TO: John M. Waters
United States District Court
Central District of Illinois
151 U.S. Courthouse
600 E. Monroe Street
United States Courthouse & Federal Building
Springfield, IL  62701

FROM: Gino J. Agnello, Clerk

RE: 05-3716
Tierney, J. Robert v. Sheridan Swim Club
04 C 3138, Jeanne E. Scott, Judge

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:          Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____          _____
(1202-052495)                          Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### DISMISSAL PER CIRCUIT RULE 3(b)

Date: October 20, 2005

By the Court:

No. 05-3716

J. ROBERT TIERNEY and ANN S. TIERNEY,
        Plaintiffs - Appellants
  v.

SHERIDAN SWIM CLUB INCORPORATED, ANDREW C. SCHNACK, III,
DOUG OLSON, member of the Sheridan Swim Club Board in their
individual and official capacities, et al.,
        Defendants - Appellees


Appeal from the United States District Court for the
Central District of Illinois
No. 04 C 3138, Jeanne E. Scott, Judge

    This cause, docketed on 9/15/05, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).


(1030-110293)