UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY and ANN S. TIERNEY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No.04-3138 |
| ) | **JURY DEMAND** |
| SHERIDAN SWIM CLUB, INC., an Illinois corporation, ) | |
| DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ, ) | |
| Members of the Sheridan Swim Club Inc., Board in their ) | |
| Individual and Official Capacities, ANDREW C. SCHNACK III, ) | |
| BARNEY BIER, and JON BARNARD in their Individual ) | |
| Capacities, DENNIS GORMAN, Attorney for The Quincy ) | |
| School District 172, a political subdivision of the State of Illinois, ) | |
| in his Individual and Official Capacities, ) | |
| Defendants ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Now comes the Plaintiffs Robert Tierney and Ann Tierney, Pro se, and pursuant to Rule 6b and any other applicable Rules of the Federal Rules of Civil Procedure, moves this honorable Court for an enlargement of time in which to reply to Defendant/Attorney Motion for Attorney Fees, and in support thereof, Plaintiffs make the following statements:

1. The Plaintiffs have experienced numerous problems with the ECF system over the course of this case history.

2. The Plaintiffs do not recall receiving an ECF Notice of the filing of Gorman's Motion, which was filed well after this case was closed on August 8, 2005. According to the text order of November 2, 2005, the Motion was filed on September 12, 2005.

3. Yesterday, November 21, 2005, the Plaintiff's downloaded a large number of e-mails (over 100), and only then did they discover the existence of Court's text order of November 2, 2005 and Gorman's Motion by reference in the Text Order.

4. This Motion is made in good faith in order to properly represent the interests of the Plaintiffs and is not intended to cause undue delay.

5. None of the Defendants will be unduly prejudiced by granting these Motions.

Wherefore, the plaintiffs respectfully prays this honorable Court grant an enlargement of time up to and including December 9, 2005, for Plaintiffs to reply to Defendant/Attorney Gorman's Motion for Attorney Fees, and for any other relief the Court deems appropriate.

Dated <u>November 22, 2005</u>

Respectfully submitted,<br>
By: s/ J. Robert Tierney<br>
J. Robert Tierney, Plaintiff, Pro se<br>
By: s/Ann S. Tierney, Plaintiff

PROOF OF SERVICE

Service of the foregoing instrument was made by sending this document as a PDF attachment to an e-mail to the following CM/ECF participants, or faxing a copy of same to the fax number of such attorneys of record of the parties to the above cause or, by hand delivering same in an envelope addressed to such attorney/parties at their business address as disclosed by the pleadings of record herein; or, by enclosing the same in an envelope addressed to same attorneys/parties, with postage thereon fully prepaid, addressed to the individuals set forth below and by depositing the same in the United States Mail from the Office on this  22  day of           November,  2005.

Brett K. Gorman
Schmiedeskamp, Robertson
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
Fax: 217-223-1005