# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY and ANN S. TIERNEY, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>SHERIDAN SWIM CLUB, INC., an Illinois corporation, )<br>DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ, )<br>Members of the Sheridan Swim Club Inc., Board in their )<br>Individual and Official Capacities, ANDREW C. SCHNACK III, )<br>BARNEY BIER, and JON BARNARD in their Individual )<br>Capacities, DENNIS GORMAN, Attorney for The Quincy )<br>School District 172, a political subdivision of the State of Illinois, )<br>in his Individual and Official Capacities, )<br>Defendants ) | No.04-3138<br>**JURY DEMAND** |

## MOTION FOR ENLARGEMENT OF TIME

Now comes the Plaintiffs Robert Tierney and Ann Tierney, Pro se, and pursuant to Rule 6b and any other applicable Rules of the Federal Rules of Civil Procedure, moves this honorable Court for an enlargement of time of one (1) week (7-days) in which to reply to Defendant/Attorney Motion for Attorney Fees, and in support thereof, Plaintiffs make the following statements:

1. The Plaintiffs have experienced numerous problems with the ECF system over the course of this case history.
2. A response is due on December 9, 2005.
3. The ECF system has apparently been recently updated.
4. The Plaintiffs attempted to access the ECF system today and discovered a conflict with the ECF system and the Plaintiff's computer operating system and/or the Internet Browser version, which prevented the ECF page from loading.
5. Plaintiffs are using a different system to file this Motion.
6. All records and documents pertaining to this case are kept on a different computer system.

7. Plaintiffs will update their Computer operating system and Internet Browser versions to meet with ECF compatibility.

8. This Motion is made in good faith in order to properly represent the interests of the Plaintiffs and is not intended to cause undue delay.

9. None of the Defendants will be unduly prejudiced by granting these Motions.

Wherefore, the plaintiffs respectfully prays this honorable Court grant an enlargement of time up to and including December 9, 2005, for Plaintiffs to reply to Defendant/Attorney Gorman's Motion for Attorney Fees, and for any other relief the Court deems appropriate.

Dated December 8, 2005, 2005

Respectfully submitted,
By: s/ J. Robert Tierney
J. Robert Tierney, Plaintiff, Pro se
By: s/Ann S. Tierney, Plaintiff

PROOF OF SERVICE

Service of the foregoing instrument was made by sending this document as a PDF attachment to an e-mail to the following CM/ECF participants, or faxing a copy of same to the fax number of such attorneys of record of the parties to the above cause or, by hand delivering same in an envelope addressed to such attorney/parties at their business address as disclosed by the pleadings of record herein; or, by enclosing the same in an envelope addressed to same attorneys/parties, with postage thereon fully prepaid, addressed to the individuals set forth below and by depositing the same in the United States Mail from the Office on this  8  day of    December, 2005 .

Brett K. Gorman
Schmiedeskamp, Robertson
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
Fax:  217-223-1005