UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY and ANN S. TIERNEY,  )<br>  )<br>Plaintiffs,  )<br>  )<br>vs.  )<br>  )<br>SHERIDAN SWIM CLUB, INC., an Illinois corporation,  )<br>DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ,  )<br>Members of the Sheridan Swim Club Inc., Board in their  )<br>Individual and Official Capacities, ANDREW C. SCHNACK III,  )<br>BARNEY BIER, and JON BARNARD in their Individual  )<br>Capacities, DENNIS GORMAN, Attorney for The Quincy  )<br>School District 172, a political subdivision of the State of Illinois,  )<br>in his Individual and Official Capacities,  )<br>Defendants  ) | No.04-3138<br>**JURY DEMAND** |

**MOTION TO FILE RESPONSE VIA THE ECF SYSTEM**

Now comes the Plaintiffs Robert Tierney and Ann Tierney, Pro se, and pursuant to any applicable Rules of the Federal Rules of Civil Procedure, moves this honorable Court to accept the filing, via the ECF system, of Plaintiffs Response To Defendant Gorman's Motion For Attorney Fees, and states as follows:

1. Plaintiffs obtained an enlargement of time to file the response because they needed to upgrade their computer system and Internet browser to meet compatibility issues with the ECF system.

2. Plaintiffs did not realized until Wednesday, December 14, 2005, that the Court had directed the Plaintiffs not to use the ECF system when they received the hard copy of the Court order of December 9, 2005.

3. Plaintiffs would have had to drive over 110 miles one way in order to timely file Response on December 16, 2005.

4. Plaintiffs had upgraded their computer system and tested the compatibility with the ECF.

5. Plaintiffs subsequently and successfully filed the Response via the ECF system.

6. The Response is filed as Document # 87 according the Notice of Electronic Filing.

7. If the Court still wished a hard copy, the Plaintiffs will mail a copy upon Order of this Court.

8. Attached is a copy of the Notice of Electronic Filing, which indicates that the Response was successfully filed.

Wherefore, the plaintiffs respectfully pray this honorable Court grant this Motion and for any other relief the Court deems appropriate.

Dated December 16, 2005.

> Respectfully submitted,
> By: s/ J. Robert Tierney
> J. Robert Tierney, Plaintiff, Pro se
> By: s/Ann S. Tierney, Plaintiff

PROOF OF SERVICE

Service of the foregoing instrument was made by sending this document as a PDF attachment to an e-mail to the following CM/ECF participants, or faxing a copy of same to the fax number of such attorneys of record of the parties to the above cause or, by hand delivering same in an envelope addressed to such attorney/parties at their business address as disclosed by the pleadings of record herein; or, by enclosing the same in an envelope addressed to same attorneys/parties, with postage thereon fully prepaid, addressed to the individuals set forth below and by depositing the same in the United States Mail from the Office on this  16  day of            December,  2005.

Brett K. Gorman
Schmiedeskamp, Robertson
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
Fax:  217-223-1005

# Responses and Replies
[3:04-cv-03138-JES-BGC Tierney, et al v. Sheridan Swim Club, et al](#) **CASE CLOSED on 08/11/2005**

**U.S. District Court**

**Central District of Illinois**
Notice of Electronic Filing

The following transaction was received from Tierney, J entered on 12/16/2005 at 2:39 PM CST and filed on 12/16/2005
**Case Name:**    Tierney, et al v. Sheridan Swim Club, et al
**Case Number:** [3:04-cv-3138](#)
**Filer:**    J Robert Tierney
Ann S Tierney
**WARNING: CASE CLOSED on 08/11/2005**
**Document Number:** [87](#)

**Docket Text:**
RESPONSE to Motion *For Attorney Fees* filed by Plaintiffs J Robert Tierney, Ann S Tierney. (Tierney, J)

The following document(s) are associated with this transaction:
**Document description:**
Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=12/16/2005] [FileNumber=253975-0

]
[98880df00a7f77a23ab89551955a0b034dd329e1dce18ba22a70226bc4b2f688aaa
2e0cce9cbec590a5511902232a860507eac0d64984ae219f2e686aa49b070]]

**3:04-cv-3138 Notice will be electronically mailed to:**

Paul R Bown     pbown@bhslaw.com, enichols@bhslaw.com
Brett K Gorman     bgorman@srnm.com, dsmith@srnm.com
Julie M Koerner     jkoerner@okgc.com,
Clifford G Kosoff     ckosoff@okgc.com,
Ann S Tierney     spg@insightbb.com
J Robert Tierney     spg@insightbb.com

**3:04-cv-3138 Notice will be delivered by other means to:**