UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

| | |
|---|---|
| J. ROBERT TIERNEY and ANN S. TIERNEY,        )<br>                                                                        )<br>                        Plaintiffs,                            )<br>                                                                        )<br>            vs.                                                      )<br>                                                                        )<br>SHERIDAN SWIM CLUB, INC., an Illinois corporation, )<br>DOUG OLSON, ROBERT MEYER, and ROBERT HULTZ, )<br>Members of the Sheridan Swim Club Inc., Board in their )<br>Individual and Official Capacities, ANDREW C. SCHNACK III, )<br>BARNEY BIER, and JON BARNARD in their Individual )<br>Capacities, DENNIS GORMAN, Attorney for The Quincy )<br>School District 172, a political subdivision of the State of Illinois, )<br>in his Individual and Official Capacities,              )<br>                        Defendants                          ) | No.04-3138<br>**JURY DEMAND** |

### MOTION FOR LEAVE TO FILE PLAINTIFFS' CORRECTED RESPONSE TO DEFENDANT GORMAN'S MOTION FOR ATTORNEY FEES

Now comes the Plaintiffs Robert Tierney and Ann Tierney, Pro se, and pursuant to any applicable Rules of the Federal Rules of Civil Procedure, moves this honorable Court to accept the filing, via the ECF system, of MOTION FOR LEAVE TO FILE PLAINTIFFS' CORRECTED RESPONSE TO DEFENDANT GORMAN'S MOTION FOR ATTORNEY FEES, and states as follows:

1. Plaintiffs filed PLAINTIFFS RESPONSE TO DEFENDANT GORMAN'S MOTION FOR ATTORNEY FEES on December 16, 2005.

2. Subsequent to this filing, and upon further proof reading, the Plaintiffs discovered several typographical errors and omissions, which they believe should be corrected.

3. Attached is the PLAINTIFFS CORRECTED RESPONSE TO DEFENDANT GORMAN'S MOTION FOR ATTORNEY FEES

4. There are no substantive changes to the Response, just typographical corrections and additions.

5. Most of these corrections/additions are highlighted in bold/italic face.

6.     If the Court still requires a hard copy, the Plaintiffs will mail a copy upon Order of this Court.

Wherefore, the plaintiffs respectfully pray this honorable Court grant this Motion and for any other relief the Court deems appropriate.

Dated <u>December 19, 2005.</u>

> Respectfully submitted,
> By: <u>s/ J. Robert Tierney</u>
> J. Robert Tierney, Plaintiff, Pro se
> By: s/Ann S. Tierney, Plaintiff

PROOF OF SERVICE

Service of the foregoing instrument was made by sending this document as a PDF attachment to an e-mail to the following CM/ECF participants, or faxing a copy of same to the fax number of such attorneys of record of the parties to the above cause or, by hand delivering same in an envelope addressed to such attorney/parties at their business address as disclosed by the pleadings of record herein; or, by enclosing the same in an envelope addressed to same attorneys/parties, with postage thereon fully prepaid, addressed to the individuals set forth below and by depositing the same in the United States Mail from the Office on this __19__ day of __December, 2005__.

Brett K. Gorman
Schmiedeskamp, Robertson
525 Jersey Street
P.O. Box 1069
Quincy, IL 62306-1069
Fax: 217-223-1005

2